# EXHIBIT D

## Superior Court of California, County of San Francisco
Case Number: CGC-07-465862
Title: TAMI GREENWALD VS. THE BOHEMIAN CLUB, INC. et al
Cause of Action: OTHER NON EXEMPT COMPLAINTS
Generated: Oct-16-2007 8:42 am PST

Register of Actions   Parties   Attorneys   Calendar   Payments   Documents

## Register of Actions

Date Range: First Date Aug-06-2007   Last Date Oct-16-2007   (Dates must be entered as MMM-DD-YYYY)
Descending Date Sequence   ALL FILING TYPES   Submit

| Date | Proceedings | Document | Fee |
|---|---|---|---|
| OCT-15-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF GREENWALD, TAMI SERVED SEP-19-2007, SUBSTITUTE SERVICE ON NATURAL PERSON ON DEFENDANT THE BOHEMIAN CLUB, INC. | | |
| OCT-15-2007 | SUMMONS ON COMPLAINT, PROOF OF SERVICE ONLY, FILED BY PLAINTIFF GREENWALD, TAMI SERVED SEP-18-2007, PERSONAL SERVICE ON DEFENDANT CAMPBELL, DAN | | |
| AUG-07-2007 | 1ST AMENDED COMPLAINT FILED BY PLAINTIFF GREENWALD, TAMI AS TO DEFENDANT THE BOHEMIAN CLUB, INC. BOWEN, ALBERT BRANDENBURG, RICHARD CAMPBELL, DAN DOES 1-99, INCLUSIVE | View | |
| AUG-06-2007 | NOTICE TO PLAINTIFF | View | |
| AUG-06-2007 | OTHER NON EXEMPT COMPLAINTS, COMPLAINT FILED BY PLAINTIFF GREENWALD, TAMI AS TO DEFENDANT THE BOHEMIAN CLUB, INC. BOWEN, ALBERT BRANDENBURG, RICHARD CAMPBELL, DAN DOES 1-99, INCLUSIVE SUMMONS ISSUED, JUDICIAL COUNCIL CIVIL CASE COVER SHEET FILED CASE MANAGEMENT CONFERENCE SCHEDULED FOR JAN-25-2008 PROOF OF SERVICE DUE ON OCT-05-2007 CASE MANAGEMENT STATEMENT DUE ON JAN-10-2008 | View | 335.00 |