# EXHIBIT E

1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
5  Fax No.:     415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8
                SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
                         COUNTY OF SAN FRANCISCO
10

   TAMI GREENWALD,                    Case No. CGC-07-465862
11
              Plaintiff,              DEFENDANTS THE BOHEMIAN CLUB
12                                    AND DAN CAMPBELL'S ANSWER TO
       v.                             PLAINTIFF'S UNVERIFIED AMENDED
13                                    COMPLAINT FOR DAMAGES
   THE BOHEMIAN CLUB, INC., ALBERT
14 BOWEN, RICHARD BRANDENBURG,
   DAN CAMPBELL, and DOES 1
15 THROUGH 99, inclusive,
                                      Complaint Filed:        August 6, 2007
16            Defendants.             Amended Complaint Filed: August 7, 2007

17

18

19       COME NOW Defendants THE BOHEMIAN CLUB and DAN CAMPBELL

20 (collectively referred to as "Defendants") to answer the unverified Amended Complaint filed by

21 Plaintiff TAMI GREENWALD (hereinafter referred to as "Plaintiff") as follows:

22                              **GENERAL DENIAL**

23       Pursuant to section 431.30(d) of the California Code of Civil Procedure, Defendants

24 hereby answer the unverified Complaint filed by Plaintiff by generally denying each and every

25 allegation contained therein, by denying that Plaintiff has been damaged or has sustained any

26 damages as a result of the conduct alleged therein, and by asserting the following separate and

27 distinct affirmative defenses.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT          CASE NO. CGC-07-465862

## AFFIRMATIVE DEFENSES

**AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that neither the Complaint, nor any cause of action set forth therein against Defendants, states facts upon which relief can be granted.

**AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that insofar as the Amended Complaint is based upon alleged discriminatory or other allegedly unlawful actions that occurred more than one year prior to the filing of the charge Plaintiff filed with the California Department of Fair Employment & Housing, it is barred by California Government Code section 12960.

**AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff's causes of action are barred by the appropriate statute(s) of limitations, including, but not limited to, California Code of Civil Procedure sections 337, 338, 339 and 340 and Government Code section 12965(b).

**AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant asserts that Plaintiff's employment was covered by a collective bargaining agreement and her claims are completely preempted by Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. section 195(a), because in order to adjudicate those claims the Court must interpret the meaning of the collective bargaining agreement that governed the terms of Plaintiff's employment with Defendant The Bohemian Club.

**AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that, assuming, *arguendo*, the actions alleged in Plaintiff's Amended Complaint occurred, such actions were not motivated by Plaintiff's sex or disability.

**AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that insofar as the Amended Complaint is based on allegedly unlawful actions or claims not specified in the charge filed by Plaintiff with the California Department of Fair Employment and Housing, and Plaintiff has failed to exhaust her administrative remedies, such alleged actions cannot form the basis for any claim for relief under the California Fair Employment and Housing Act.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT    CASE NO. CGC-07-465862




**AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff's claims of liability or damages are barred or reduced by her unreasonable failure to take advantage of preventive and corrective opportunities and other internal remedies provided by Defendant The Bohemian Club, including but not limited to the Club's anti-harassment/discrimination policy, and to otherwise avoid harm.

**AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff engaged in wrongdoing during and after her employment with The Bohemian Club, and that the after-acquired evidence of this wrongdoing bars Plaintiff's claims of liability or damages or reduces such claims to the fullest extent allowed by law.

**AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff was treated fairly and in good faith, and that all actions taken with regard to Plaintiff were for lawful business reasons or were otherwise justified, privileged or done in good faith.

**AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff's claims are barred by the doctrine of unclean hands.

**AS A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff is estopped by her voluntary conduct from bringing this lawsuit.

**AS A TWELTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff's claims are barred, in whole or in part, by the exclusive remedy provisions of the California Workers' Compensation Act, California Labor Code sections 3600 *et seq.*

**AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that, to the extent that Plaintiff has suffered mental or emotional distress, such distress was caused, in whole or in part, by a preexisting condition unrelated to Plaintiff's employment with the Bohemian Club.

**AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff's claims are barred by waiver and/or laches.

**AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendants allege that Plaintiff has failed to state a claim for which general or specific, special, punitive or exemplary damages may be granted.

3.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433.1940

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT     CASE NO. CGC-07-465862

 

1   AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE Defendants
2   allege that Plaintiff has not suffered any damages as a result of any actions taken by Defendants or
3   their agents.

4   AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Plaintiff
5   has failed to state a claim for which attorneys' fees and costs may be granted.

6   AS AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,
7   Defendants allege that the injuries and damages alleged in the Amended Complaint were caused by
8   and/or were contributed to by Plaintiff's own acts or failures to act, and that Plaintiff's recovery, if
9   any, should be reduced by an amount proportionate to the amount by which said acts caused or
10  contributed to said alleged injuries or damages.

11  AS A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,
12  Defendants allege that the damages alleged in the Amended Complaint were proximately caused by
13  or contributed to by the acts, or failures to act, of persons other than Defendants, and that these acts
14  or failures to act constitute an intervening and superseding cause of the damages and injuries alleged
15  in the Amended Complaint.

16  AS A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants
17  allege that, even assuming, *arguendo*, Plaintiff suffered any damages, such damages were
18  proximately caused by factors unrelated to any employment with The Bohemian Club.

19  AS A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE,
20  Defendants allege that at no time did they act maliciously, oppressively, fraudulently, wantonly, with
21  any bad faith or in reckless disregard of Plaintiff's rights, or authorize, consent to or ratify any
22  knowing malicious, oppressive or fraudulent conduct of any employee or agent of The Bohemian
23  Club toward Plaintiff.

24  AS A TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE,
25  Defendants allege that any unlawful or other wrongful acts attributed to any person(s) employed by
26  that Defendant The Bohemian Club were outside the scope of that person's authority and such acts,
27  if any, were not authorized, ratified or condoned by Defendants, nor did Defendants know or have
28  reason to be aware of such conduct.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

4.

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT    CASE NO. CGC-07-465862

 

AS A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff has failed to state facts sufficient to constitute any cause of action against the Doe Defendants as individual defendants.

AS A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff's claim for punitive damages is barred, in whole or in part, by the United States and California Constitutions.

AS A TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that any award to Plaintiff must be offset by all sums heretofore received by Plaintiff from any source, including but not limited to, unemployment insurance, private insurance, state disability insurance, Social Security disability payments, workers' compensation payments, and any sums earned by Plaintiff in other employment.

AS A TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff has failed to state a claim for which individual liability may attach.

AS A TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff failed to take reasonable steps to mitigate her alleged damages.

AS A TWENTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendants allege that because Plaintiff's Amended Complaint is couched in conclusionary terms, all affirmative defenses that may be applicable to the within action cannot be fully anticipated. Accordingly, the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable, is reserved.

WHEREFORE Defendants pray as follows:

1. That Plaintiff take nothing by her Amended Complaint;
2. That judgment be entered in favor of Defendants and against Plaintiff on all causes of action;
3. That Defendants be awarded their attorneys' fees according to proof;
4. That Defendants be awarded their costs of suit; and

5. That Defendants be awarded such other and further relief as the Court may deem appropriate.

Dated: October 16, 2007

*/s/ William F. Terheyden*

WILLIAM F. TERHEYDEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL

Firmwide:83165196.1 011124.1042

6.

DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

CASE NO. CGC-07-465862

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On October 16, 2007, I served the within document(s):

**DEFENDANTS THE BOHEMIAN CLUB AND DAN CAMPBELL'S ANSWER TO PLAINTIFF'S UNVERIFIED AMENDED COMPLAINT FOR DAMAGES**

☐ by facsimile transmission on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3). The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

Burke J. Hansen, Esq.
The Law Offices of Burke Hansen
819 Eddy Street
San Francisco, CA 94109
Fax: 415.474.3748

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 16, 2007, at San Francisco, California.

_____
Linda K. Camanio

Firmwide:83293574.1 011124.1042

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE    Case No. CGC-07-465862