# EXHIBIT F



1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5  Fax No.:     415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
                              COUNTY OF SAN FRANCISCO
10

11 TAMI GREENWALD,                         Case No. CGC-07-465862

12              Plaintiff,                 NOTICE TO STATE COURT, PLAINTIFF
                                           AND COUNSEL OF REMOVAL OF CIVIL
13       v.                                ACTION TO FEDERAL COURT UNDER
                                           28 U.S.C. §§ 1332, 1441 AND 1446
14 THE BOHEMIAN CLUB, INC., ALBERT         (FEDERAL QUESTION)
   BOWEN, RICHARD BRANDENBURG,
15 DAN CAMPBELL, and DOES 1
   THROUGH 99, inclusive,
                                           Complaint Filed:         August 6, 2007
16              Defendants.                Amended Complaint Filed: August 7, 2007

17

18         TO THE CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF

19 SAN FRANCISCO AND TO PLAINTIFF TAMI GREENWALD AND HER ATTORNEY OF

20 RECORD:

21         PLEASE TAKE NOTICE that Defendants THE BOHEMIAN CLUB, and DAN

22 CAMPBELL have, on October 16, 2007, filed a Notice of Removal in the office of the Clerk of the

23 United States District Court in and for the Northern District of California. A true and correct copy

24 of said Notice of Removal and accompanying exhibits are attached hereto and incorporated herein

25 by reference as Exhibit 1.

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE TO STATE COURT, PLAINTIFF AND COUNSEL OF REMOVAL        CASE NO. CGC-07-465862

1  PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. § 1446, the filing of
2  said Notice of Removal of Civil Action with the United States District Court, together with the filing
3  of said Notice of Removal of Civil Action with this Court, effects the removal of this action and this
4  Court may proceed no further unless and until the case is remanded.

Dated: October 16, 2007


WILLIAM F. TERHEYDEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

Firmwide:83285867.1 011124.1042