# EXHIBIT H

```
 1  WILLIAM F. TERHEYDEN, Bar No. 43940
    JOHN C. FISH, Jr., Bar No. 160620
 2  JOSHUA J. CLIFFE, Bar No. 215390
    LITTLER MENDELSON
 3  A Professional Corporation
    650 California Street, 20th Floor
 4  San Francisco, CA  94108.2693
    Telephone:   415.433.1940
 5  Fax No.:     415.399.8490

 6  Attorneys for Defendants
    THE BOHEMIAN CLUB, RICHARD
 7  BRANDENBURG AND DAN CAMPBELL
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TAMI GREENWALD, | Case No. |
|---|---|
| Plaintiff, | **DEFENDANT DAN CAMPBELL'S JOINDER IN NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |
| v. | |
| THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive, | |
| Defendants. | |

Defendant Dan Campbell hereby joins Defendant The Bohemian Club to file the joint Notice of Removal to this Court of the state court action described in said Notice of Removal.

Dated: October 16, 2007

_____
WILLIAM F. TERHEYDEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DAN CAMPBELL

Firmwide:83291518.1 011124.1042

**JOINDER**