WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMI GREENWALD,

    Plaintiff,

v.

THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,

    Defendants.

Case No. C 07 5261

**DEFENDANT DAN CAMPBELL'S JOINDER IN NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

Defendant Dan Campbell hereby joins Defendant The Bohemian Club to file the joint Notice of Removal to this Court of the state court action described in said Notice of Removal.

Dated: October 16, 2007

_____
WILLIAM F. TERHEYDEN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
DAN CAMPBELL

Firmwide:83291518.1 011124.1042

JOINDER