WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: jcliffe@littler.com

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMI GREENWALD,<br><br>Plaintiff,<br><br>v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99; inclusive,<br><br>Defendants. | Case No. C 07-05261 WHA<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed:      August 6, 2007<br>Amended Complaint Filed: August 7, 2007 |

I declare that I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to the within entitled cause. The address of my business is Toshi's Legal Connection, 3701 Sacramento Street, #269, San Francisco, California 94118. On October 16, 2007, I served the following documents:

**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT (FEDERAL QUESTION)**

**DEFENDANT THE BOHEMIAN CLUB'S JOINDER IN NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

**DEFENDANT DAN CAMPBELL'S JOINDER IN NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                                                    Case No. C 07-05261 WHA

1  ECF REGISTRATION INFORMATION HANDOUT

2  ORDER SETTING INITIAL CASE MANAGEMENT
CONFERENCE AND ADR DEADLINES

3

4  SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL
CASE MANAGEMENT CONFERENCE IN CIVIL CASES
BEFORE WILLIAM ALSUP

5

6  STANDING ORDER FOR ALL JUDGES OF THE NORTHERN
DISTRICT OF CALIFORNIA
(CONTENTS OF JOINT CASE MANAGEMENT STATEMENT)

7

8  NOTICE OF AVAILABILITY OF MAGISTRATE
JUDGE TO EXERCISE JURISDICTION

9

10  on the party listed below by personally delivering a true copy to the business office addressed as

11  follows:

12  Burke J. Hansen, Esq.                    Robert L. Zaletel, Esq.
    The Law Offices of Burke Hansen         McQuaid Bedford & Van Zandt LLP
13  819 Eddy Street                          221 Main Street, 16th Floor
    San Francisco, CA  94109                San Francisco, CA  94105
14

15

16  I declare under penalty of perjury that the foregoing is true and correct and that this

17  declaration was executed on October 17, 2007, at San Francisco, California.

18

19  _____
    TOSHINORI KAWASE
20  PRINT NAME

21

22

23

24  Firmwide:83313970.1 011124.1042

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                        2.                        Case No. C 07-05261 WHA