```
 1  WILLIAM F. TERHEYDEN, Bar No. 43940
    JOHN C. FISH, Jr., Bar No. 160620
 2  JOSHUA J. CLIFFE, Bar No. 215390
    LITTLER MENDELSON
 3  A Professional Corporation
    650 California Street, 20th Floor
 4  San Francisco, CA 94108.2693
    Telephone:  415.433.1940
 5  Facsimile:  415.399.8490
    E-mail: jcliffe@littler.com
 6
    Attorneys for Defendants
 7  THE BOHEMIAN CLUB, RICHARD
    BRANDENBURG AND DAN CAMPBELL
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMI GREENWALD,<br><br>Plaintiff,<br><br>v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99; inclusive,<br><br>Defendants. | Case No. C 07-05261 WHA<br><br>**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint Filed:       August 6, 2007<br>Amended Complaint Filed:  August 7, 2007 |

I declare that I am employed in the County of San Francisco, California. I am over the age of 18 years and not a party to the within entitled cause. The address of my business is Toshi's Legal Connection, 3701 Sacramento Street, #269, San Francisco, California 94118. On October 16, 2007, I served the following documents:

**NOTICE TO STATE COURT, PLAINTIFF AND COUNSEL
OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT
UNDER 28 U.S.C. §§ 1332, 1441 AND 1446 (FEDERAL QUESTION)**

on the party listed below by personally delivering a true copy to the business office addressed as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE
PARTY OF REMOVAL TO FEDERAL COURT

Case No. C 07-05261 WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Burke J. Hansen, Esq.
The Law Offices of Burke Hansen
819 Eddy Street
San Francisco, CA 94109

Robert L. Zaletel, Esq.
McQuaid Bedford & Van Zandt LLP
221 Main Street, 16th Floor
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 17, 2007, at San Francisco, California.

*[signature]*

TOSHINORI KAWASE
PRINT NAME

Firmwide:83312029.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE
PARTY OF REMOVAL TO FEDERAL COURT

2.

Case No. C 07-05261 WHA