WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>　　　　　Defendants. | Case No. C 07-05261 WHA<br><br>**DECLARATION OF MATT OGGERO IN SUPPORT OF DEFENDANTS THE BOHEMIAN CLUB AND DAN CAMPBELL'S BRIEF RE: ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED** |

I, MATT OGGERO, hereby declare and state:

1. I am an employee of The Bohemian Club ("the Club"), which is a Defendant in the above-captioned matter. I make this declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. The Bohemian Club is a private club that is centered around the performing arts—music, singing, and plays.

3. Since 2/19/01, I have been employed as the General Manager of the Club. I am responsible for the overall operations of the Club.

4. The vast majority of the Club's employees have been represented by a labor union for over 20 years, to the best of my knowledge. Until recently, the employees were represent by San Francisco Hotel Employees and Restaurant Employees, Local 2. In approximately 2004, Local 2 became affiliated with UNITE HERE. Tami Greenwld is in the bargaining unit represented by Local 2.

5. The Club's collective bargaining agreement with Local 2 is attached hereto as Exhibit A. The agreement terminated on July 31, 2005, and the parties have commenced negotiating for a new contract but have not reached a new agreement. However, the terms and conditions of Section 9 of this agreement (Discipline) remain in effect as the parties have not reached impasse. Said Section 9 governs Tami's Greenwald's employment with the Club.

6. Since July 31, 2005, the Club has voluntarily complied with Section 8 of the agreement (Grievance Procedure), except for Step 3 which deals with binding arbitration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 12th day of November 2007 in San Francisco, California.

_____
MATT OGGERO

Firmwide:83578058.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693

2.

OGGERO DECLARATION RE: ORDER TO SHOW CAUSE         CASE NO. C 07-05261 WHA