# EXHIBIT A - PART 2

## SECTION 27. MATERNITY LEAVE

Maternity leaves shall be treated in the same way as any other disability in accordance with applicable state and/or federal law.

## SECTION 28. BULLETIN BOARDS

The Union shall have the use of a designated bulletin board of the Club for posting official, signed Union notices.

## SECTION 29. UNION BUTTONS

All employees shall be permitted while on duty to wear one (1) official Union button evidencing Union membership.

## SECTION 30. JOB DESCRIPTIONS

(a)    Employees shall not be required to perform work which is not customary to their craft, except in emergency such as fire, flood, earthquake or death.

(b)    It is understood and agreed between the parties that, upon occasion and in order to continue to provide the excellent service historically offered by the Club to its members, employees may be directed to perform tasks that are not routinely part of their normal job duties. By way of example only, a bartender may be directed to serve a drink to a member at a table. It is further understood that this section shall not be construed so as to combine the work of two (2) separate job classifications into one.

## SECTION 31. OVERTIME

(a)    All work performed in excess of eight (8) hours in a day or forty (40) hours in the work week shall be compensated at the rate of one and one-half (1-1/2) times the regular rate of pay.

(b)    An employee who has not worked thirty (30) or more hours in the work week may be assigned to a sixth (6th) and/or seventh (7th) days of work in the work week at straight-time for up to eight (8) hours on any such day; provided, however, that in no event will workers work more than forty (40) hours in the work week without receiving one and one-half (1-1/2) times the regular rate of pay for any such hours worked.

(c)    Employees shall not be regularly scheduled to work the sixth (6th) and/or seventh (7th) days in the work week. In the application of this paragraph, employees will be asked to

indicate whether they are willing to work the sixth (6th) and/or seventh (7th) days of the work week at straight-time in circumstances where such work is available.  The Club will offer such work to the employees who have indicated that they wish to be considered in order of seniority by classification.  In no event will the Club be required to offer such work to an employee if, in so doing, such would result in the requirement that overtime be paid pursuant to this Section.

(d)     For the purposes of computing overtime, any portion of one-half (1/2) hour shall be considered one-half (1/2) hour.

## CRAFT RULES

## FOOD PREPARATION DEPARTMENT

## SECTION 1. SHIFTS

—(a)    An eight (8) hour straight shift shall include a one-half (1/2) hour paid meal period and two (2) ten (10) minute breaks within eight (8) consecutive hours.

(b)    Short shifts of four (4) hours or less shall be permitted, and employees assigned to work a short shift shall receive the four (4) hour shift rate.  No employee on the payroll on September 5, 1984 who is working an eight (8) hour straight shift will have his or her shift hours reduced by reason of this provision.

(c)    A shift starting between the hours of 8:00 p.m. of one day and 4:00 a.m. of the following day shall be deemed to be a "night shift."  The rate for the night shift shall be two dollars ($2.00) in excess of what the wage would otherwise be, but this wage differential shall not apply in those classifications where the word "night" appears in the definition or where it is otherwise specifically provided.

## SECTION 2. UNIFORMS AND LINENS

(a)    All members of Local 2 coming under the jurisdiction of the Food Preparation Department shall be furnished a proper fitting uniform consisting of cooks' pants, jacket, kerchief, small caps, and aprons without cost to the employee.

(b)    All uniforms and linen worn by the employee while working shall be cleaned and laundered by the Employer without cost to the employee. The Employer shall be responsible for loss or damage to uniforms, linen, or tools of the trade belonging to the employee resulting from fire within the premises.  The Employer shall also be responsible for loss or damage to all wearing apparel belonging to the employee resulting from fire within the premises due to negligence on the part of the Employer.

(c)    The Employer shall furnish extra employees the linen or pay two dollars ($2.00) in cash per day for the laundry.

(d)    Proper sanitary dressing rooms with individual lockers will be made available for all employees.

## SECTION 3. RELIEF COOKS

A relief cook shall be paid at the rate of pay for each station the cook relieves. However, in no instance shall said employee receive a lower rate of pay than that set forth for all other cooks. A relief pantry shall be paid at the rate of pay for each station relieved in the pantry.

No shift shall have a starting time after 12 midnight and before 5:00 a.m., except in the case of bakers.

## SECTION 4. KITCHEN STATIONS

A station of a kitchen is defined to be a department or subdivision of the activities of the kitchen in charge of Station Cook engaged in or supervising the duties of preparing and serving or preparing a certain class or classes of food.

Only the following are recognized kitchen stations: Pastry Station; Garde Manger Station; Roast Station; Broiler Station; Fry Station; Butcher Station; Breakfast Station; Vegetable Station; Pantry Station; or Combination Station (combining any of the foregoing). Each station or combination station shall be in the charge of a Station Cook. Only one (1) Station Cook shall be recognized at any one station per day, but this shall not prohibit the Employer from hiring additional Station Cooks if the Employer deems it advisable for the necessary conduct of business.

There shall be at least one (1) Chef or Head Cook in each kitchen and so paid.

## SECTION 5. NIGHT CHEF

A Night Chef (if employed) shall be permitted to act as a Station Cook at any station of the kitchen or any combination of such stations.

## SECTION 6. ALL OTHER COOKS

Cooks in this classification need not be under the supervision of a Station Cook. They may perform all of the skilled tasks required in the art of cooking. They may be made responsible during their shift for any subdivision of a Kitchen Station, such as Soup, Fish, Cold Meats, Salads, Carver, etc. They can be employed at any of the Kitchen Stations, provided that this is not done to avoid payment of a bona fide Station Cook and/or to circumvent the spirit and intent of this Agreement.

## SECTION 7. APPRENTICES

Employment of apprentices shall be in accordance with the State Apprenticeship Standards Agreement between the Union and the Club, and the apprentices shall be paid the following percentages of the "Station Cook's" rate for the Club:

1st 6 months  - 55%
2nd 6 months - 60%
3rd 6 months  - 65%
4th 6 months  - 70%
5th 6 months  - 75%
6th 6 months  - 80%

Upon successful completion of the Apprenticeship Program, graduates shall be paid 100 percent of the Station Cook's wage rate, if hired.

Pastry Apprentices:  Pastry Apprentices shall be paid the following percentages of the assistant to Pastry Chef rate for the Club:

1st 6 months  - 55%
2nd 6 months - 60%
3rd 6 months  - 65%
4th 6 months  - 70%

## SECTION 8. NUMBER OF COOKS

In determining the number of cooks employed, there shall be counted all the employees of the Club coming under the jurisdiction of cook's department, except apprentices.

## SECTION 9. MEALS

In addition to the wages herein provided, employees shall be entitled to three (3) meals per shift, one (1) of which shall be on paid time.

## SECTION 10. OUT OF TOWN AND OFF-PREMISES WORK

The Employer shall pay all transportation and other necessary expenses for an employee in these crafts who is required to perform services for the Employer out of town, and such employee's time shall begin to run upon the employee's leaving the Club and shall continue until

the employee shall have had time to return to the Club.  The employee shall be paid at the overtime rate per shift for any shift during which such outside work is performed.

If a regular employee of the Club is required to perform a portion of said employee's straight shift in any day outside of the Club premises, said employee shall be entitled to receive fifty percent (50%) more than the straight shift rate of pay for the portion of the shift worked outside of the Club premises.  This section shall apply to all work performed outside of the Club premises.

## DINING ROOM DEPARTMENT

### SECTION 1. SHIFTS

    (a)    Eight-Hour Straight Shift:  The eight-hour straight shift shall include a one-half (1/2) hour paid meal period and two (2) ten (10) minute breaks within eight (8) consecutive hours.

    (b)    Six-Hour Straight Shift:  The six-hour straight shift shall be more than three (3) hours and not more than six (6) hours.

    (c)    Six-Hour Split Shift:  The six-hour split shift shall be more than three (3) hours and not more than six (6) hours of work within a spread of nine (9) hours.

    (d)    Four-Hour Straight Shift:  The four-hour straight shift shall be three (3) hours but not more than four (4) hours.

    (e)    One Meal Shift:  One to three (3) consecutive hours of work shall constitute a one meal shift.

    (f)    An employee who has not worked more than thirty (30) hours in a given week may be assigned to a sixth day of work, provided the employee is paid overtime for all work in excess of eight (8) hours a day and forty (40) hours a week and provided such employee shall not be regularly scheduled for a sixth day of work under this provision.

### SECTION 2. BUSPERSONS

    Any Busperson who regularly performs the duties of Food Server shall be classified a Food Server.  In the restaurants and in room service (where Room Service Food Server is on duty), Food Servers shall take all orders.  Buspersons may only assist.

### SECTION 3. BANQUETS

    (a)    A banquet shall be deemed to be any function which has been regarded as and paid for at the banquet rate according to the custom and usage of the trade.

    (b)    Banquet Food Servers shall not be required to set up for more than the number assigned to them to serve, nor shall they be required to clear off more than the number given them to serve.

(c)     A regular Food Server or Busperson shall not be required to serve at a banquet except in an emergency.  When such Food Server or Busperson is required to serve at a banquet, said person shall be paid at the rate of the shift actually worked, three hours or six hours (whichever the case may be) in the dining room or room service, in addition to the regular banquet rate.

(d)     The Club may continue its practice of calling extra Banquet Food Servers directly on a rotating basis. The Club shall provide the Union with a current list of its extra banquet Food Servers. The number of servers on the list shall not be increased and vacancies shall be filled only by extra Banquet Food Servers from the Union's hiring hall or from other union establishments.

(e)     In the hiring of extra Food Servers for banquets or a la carte, the Club shall designate the number of Food Servers needed, and the Union shall then furnish crews of extra Food Servers available.

(f)     There shall be at least one (1) tray stand for each two (2) Food Servers.

(g)     If Banquet Food Servers, after the completion of their party, are transferred to the dining room for a la carte service, in addition to the banquet rate they shall be paid at the rate of the shift actually worked in the dining room.

## SECTION 4. BANQUET SHIFTS, COVERS, OVERAGES

(a)     The shift for breakfast, lunch, or tea banquets shall be three (3) hours or less.  The shift for dinner or supper banquets shall be four (4) hours or less.

(b)     Breakfast, Luncheon and Tea (before 4:00 p.m.)  A Food Server shall not be required to serve more than twenty (20) persons.  When a Food Server is required to serve over twenty (20) persons, the Food Server shall be paid one dollar ($1.00) per each additional person, in addition to the established wages.

(c)     Dinner Banquets.  A Food Server shall not be required to serve more than sixteen (16) persons.  When a Food Server is required to serve over sixteen (16) persons, the Food Server shall be paid one dollar ($1.00) per each additional person, in addition to the established wages.

(d)     Supper Parties (beginning after 9:00 p.m. and before 4:00 a.m.)  A Food Server shall not be required to serve more than sixteen (16) persons.  When a Food Server is required to serve over sixteen (16) persons, the Food Server shall be paid one dollar ($1.00) per each additional person, in addition to the established wages.

## SECTION 5. BANQUET GRATUITIES

(a)      In arranging all banquets where guests are to be served, a guaranteed minimum gratuity of fifteen percent (15%) shall be added to the total food portion of the check and a guaranteed minimum gratuity of ten percent (10%) to the total beverage portion of the check. Seventy-five percent (75%) of the total gratuity shall be distributed to the Food Servers and Buspersons working the function, and the remaining twenty-five percent (25%) shall be distributed as follows:  Five percent (5%) to the Bartender(s) and twenty percent (20%) to the Head Food Server, Captain, Maitre d', and others.  Should no Bartender(s) work the function, the five percent (5%) shall be paid to the Food Servers and Buspersons.  Where an engager specifies an additional gratuity for an employee and this gratuity exceeds the mandatory gratuity as described hereinabove, such specified gratuity is not to be included in the gratuity distribution formula referred to above.  The Employer shall be responsible for and shall guarantee the distribution of said gratuities and all banquet gratuities received in accordance with this rule.

(b)      Each banquet check given to the engager for signature shall provide a place for indicating the total amount of gratuity and for verification thereof by the engager or guest authorized to sign the check.  Each such banquet check shall so specify the total amount of the gratuity and be made available to the Food Servers and Bartenders working the party.

(c) 1.  A Club function shall be defined as a function organized, planned and promoted by the Club for its members and paid for by the participating members of the Club itself.

2.  Club functions and functions in which all proceeds go to benefit a designated charity may be exempt from the mandatory gratuity referred to in subsection (a) herein.

3.  Camp Functions.  Camp functions included in the definition of Club Functions shall be limited to the following:  Camp functions limited to camp members, Club Officers, Club members who provide entertainment for that function and the spouses or one (1) significant other of those members attending the function.

(d)      Buffets and Receptions:  Eighty percent (80%) of the total combined food and beverage gratuity, received and shown on the check, regardless of how it is specified by the guest or engager, shall be distributed as follows:  1) Fifteen percent (15%) of the eighty percent (80%) portion of the total gratuity shall be divided equally among all Buspersons and Bar Attendants working the buffet or reception; 2) Eighty-five percent (85%) of the eighty percent (80%) portion of the total gratuity shall be divided equally among the Bartender, Food Servers, and Cocktail Servers working the buffet or reception.

The remaining twenty percent (20%) of the total combined food and beverage gratuity shall be distributed to the Head Food Server, Captain, Maitre d', and others.

The Employer shall be responsible for and shall guarantee the distribution of all buffet and reception gratuities in accordance with this rule.

(e)     Cocktail Parties:  Eighty percent (80%) of any gratuity left shall be allocated for distribution on an equal basis to the persons actually working the party in the room.  The remaining twenty percent (20%) shall be distributed to the Head Food Server, Captain, Maitre d', and others.

(f)     The Employer shall notify the engager of the buffet, reception, or cocktail party that a gratuity of fifteen percent (15%) of the food and ten percent (10%) of the beverage portion of the bill is suggested.

(g)     The Employer shall be responsible for maintaining and shall require that its auditing department maintain complete records of all banquets given, including all gratuities and/or service charges received or distributed and the actual banquet checks.  Such records for each banquet shall be kept for at least one (1) year, and all such records shall be made available to the Union upon request at any time during business hours.  Should the Employer fail or refuse to furnish the Union with the records as provided herein, the Union shall then make such requests in writing.  A penalty in an amount equal to ten percent (10%) of the gratuity shall be added and charged to the Employer for each week or fraction thereof after the elapse of a ten (10) working day period for which the Employer has refused or failed to make available such records to the Union as required herein.

(h)     All gratuities for Extra Food Servers and Buspersons shall be forwarded by the Employer to the Union on a weekly basis, but in no event later that two weeks following said function, together with the following information:  The total amount of the check, the total gratuity, the name of the function and the engager, the date, the check number, and the names of the employees working the function.

## SECTION 6. SPECIAL OCCASIONS AND OFF-PREMISES WORK

(a)     For New Year's Eve dinners, the wage rates for food servers shall be:

|                        | 8/1/00   | 8/1/01  | 8/1/02  |
|------------------------|----------|---------|---------|
| 8-hour straight shift  | $103.60  | 107.60  | 111.60  |
| 6-hour straight shift  | 80.00    | 83.00   | 86.00   |

The overtime rate shall be double time for each hour or fraction thereof.

(b)    The Employer shall pay all transportation and other necessary expenses for an employee in these crafts who is required to perform services for the Employer out of town, and such employee's time shall begin to run upon leaving the Club and shall continue until the employee shall have had time to return to the Club.  The employee shall be paid at the overtime rate per shift for any shift during which such outside work is performed.  If a regular employee of the Club is required to perform a portion of said employee's shift on any day outside of the Club premises, said employee shall be entitled to receive fifty percent (50%) more than the shift rate of pay for the portion of the shift worked outside of the Club premises.

(c)    This section shall apply to all work performed outside of the Club premises.

## SECTION 7. TICKET SALES

Where tickets are sold including the price of the dinner, a fifteen percent  (15%) service charge shall be included in the price of the ticket.  The fifteen percent (15%) service charge shall be distributed in accordance with the rules under Section 5 Banquet Gratuities, subsection (a), of the Dining Room Department Craft Rules.

This section may not apply to Club functions or charity functions as defined in Section 5 Banquet Gratuities, subsection (c).

## SECTION 8. OVERTIME

Any work performed after 2:00 a.m. shall be paid for at the rate of one and one-half (1-1/2) times the straight-time rate per hour or any fraction thereof.

## SECTION 9. DEFINITION OF WORK

Subject to Section 30 of the General Rules except in the case of combination jobs under Section 22 of the General Rules, no employees coming under the jurisdiction of the Dining Room Department shall be required or permitted to perform work outside of their craft, except in case of emergency, such as fire, earthquake, flood, or death.

## SECTION 10. LOSSES AND PENALTIES

An employee working in the capacity of Food Server and who serves a guest or patron of the Club shall not be held responsible for failure of such guest or patron to pay the amount of the meal or beverage check, unless such employee shall have neglected to notify the management of

such failure within ten (10) minutes after said employee's knowledge thereof. In connection with the meal checks, no losses or penalties shall be charged, except in accordance with this rule.

## SECTION 11. UNIFORMS AND LINENS

(a)    Food Servers and Buspersons shall be supplied with complete, proper-fitting uniforms, including any required clothing by the Club, and the Club shall launder same at all times without cost to the employee. However, if extras are required to wear a dress coat or tuxedo of their own, they shall be paid three dollars ($3.00) in addition to the wage of the shift worked.

(b)    Employers shall furnish to Head Food Servers and Captains complete, proper-fitting uniforms, including any required clothing, and shall launder same without cost to the employee.

(c)    Head Food Servers and Captains required to wear a designated coat or trousers shall receive one dollar ($1.00) in addition to their regular rate of pay.

(d)    Host persons shall be supplied with complete, proper-fitting uniforms, including any required clothing, by the Club, and the Club shall launder same without cost to the employee.

## SECTION 12. NIGHT SHIFT

The night shift rule in the General Rules shall not apply to these crafts. Where an employee works the one-meal shift commencing at or after 8:00 p.m., the rate shall be two dollars ($2.00) in excess of the rate shown in the wage schedule.

## SECTION 13. THIRTY HOURS PER WEEK

Any regular employee working six (6) hours or more per day or thirty (30) hours per week shall be considered a full-time worker and shall not work more than five (5) days per week, except in cases of emergency.

## SECTION 14. CONTRIBUTIONS

No employee shall be required to contribute to Head Food Servers, Captains, or host person or anyone in charge.

# BEVERAGE DEPARTMENT

## SECTION 1. SHIFTS

(a)     All shifts shall be completed in the same Club where the shift commences.

(b)     An eight (8) hour straight shift shall include a one-half (1/2) hour paid meal period and two (2) ten (10) minute breaks within eight (8) consecutive hours.  No split shifts shall be permitted.

(c)     "Short shifts" of four hours or less shall be permitted in addition to work of regular staff.  Employees assigned to work a short shift shall receive at least the four-hour shift rate.

(d)     At no time shall an employee receive less than provided in the wage schedule for any shift.

## SECTION 2. BANQUETS AND SPECIAL OCCASIONS

(a)     Employees working a banquet or special occasion shall be paid the full banquet/special occasion rate for the first four (4) hours or less.

(b)     For any shift starting after 8:00 p.m., the rate shall be as provided in the wage scale until midnight.  Thereafter, the overtime rate (as described in subsection (a) herein) shall apply.

## SECTION 3. BANQUET GRATUITIES

(a)     In arranging all banquets where guests are to be served, a guaranteed minimum gratuity of fifteen percent (15%) shall be added to the total food portion of the check and a guaranteed minimum gratuity of ten percent (10%) to the total beverage portion of the check.  Seventy-five percent (75%) of the total gratuity shall be distributed to the Food Servers and Buspersons working the function and the remaining twenty-five percent (25%) shall be distributed as follows:  Five percent (5%) to the Bartender(s) and twenty percent (20%) to the Head Food Server, Captain, Maitre d' and others.  Should no Bartender(s) work the function, the five percent (5%) shall be paid to the Food Servers and Buspersons.  Where an engager specifies an additional gratuity for an employee and this gratuity exceeds the mandatory gratuity as described hereinabove, such specified gratuity is not to be included in the gratuity distribution formula referred to above.  The Employer shall be responsible for and shall guarantee the distribution of said gratuities and all banquet gratuities received in accordance with this rule.

(b)    Each banquet check given to the engager for signature shall provide a place for indicating the total amount of the gratuity and for verification thereof by the engager or guest authorized to sign the check. Each such banquet check shall so specify the total amount of the gratuity and be made available to the food servers and bartenders working the party.

(c)    1    A Club function shall be defined as a function organized, planned and promoted by the Club for its members and paid for by the participating members or the Club itself.

2.    Club functions and functions in which all proceeds go to benefit a designated charity may be exempt from the mandatory gratuity referred to in subsection (a) herein.

3.    Camp Functions.    Camp functions included in the definition of Club Functions shall be limited to the following: Camp functions limited to camp members, Club Officers, Club members who provide entertainment for that function and the spouses or one (1) significant other of those members attending the function.

(d)    Buffets and Receptions: Eighty percent (80%) of the total combined food and beverage gratuity received and shown on the check, regardless of how it is specified by the guest or engager, shall be distributed as follows:  1) Fifteen percent (15%) of the eighty percent (80%) portion of the total gratuity shall be divided equally among all Buspersons and Bar Attendants working the buffet or reception;  2) Eighty-five percent (85%) of the eighty percent (80%) portion of the total gratuity shall be divided equally among the Bartender, Food Servers and Cocktail Servers working the buffet or reception.

The remaining twenty percent (20%) of the total combined food and beverage gratuity shall be distributed to the Head Food Server, Captain, Maitre d', and others.

The Employer shall be responsible for and shall guarantee the distribution of all buffet and reception gratuities in accordance with this rule.

(e)    Cocktail Parties: Eighty percent (80%) of any gratuity left shall be allocated for distribution on an equal basis to the persons actually working the party in the room. The remaining twenty percent (20%) of the service charge shall be allocated to the Head Food Server, Captain, Maitre d', and others.

(f)    The Employer shall notify the engager of the buffet, reception, or cocktail party that a gratuity of fifteen percent (15%) of the food portion and ten percent (10%) of the beverage portion of the bill is suggested.

(g)    The Employer shall maintain a record and shall also require any of its supervisory or executive employees to maintain a record of any gratuities paid and received either by the Employer or by any supervisory or executive employee, as the case may be, together with any instructions specified in writing by the person giving the gratuity, and this information, together with the occasion, the date, and room where served, the name of the engager, the total sales, and the distribution of the gratuity, if any, shall be disclosed to the Union upon request.

(h)    All gratuities for extra employees shall be mailed or delivered to the Union within fourteen (14) calendar days from the day work was performed.  Any gratuity not so received by an employee shall be increased by one (1) hour's pay at the banquet rate for each day of violation of this provision beyond the said fourteen (14) day period.

## SECTION 4. TICKET SALES

Where tickets are sold including the price of the dinner, a fifteen percent  (15%) service charge shall be included in the price of the ticket.   The fifteen percent (15%) service charge shall be distributed in accordance with the rules under Section 3 Banquet Gratuities, of the Beverage Department Craft Rules.

This section may not apply to Club functions or charity functions as defined in Section 3 (c), of the Beverage Department Craft Rules.

## SECTION 5. OFF-PREMISES WORK

(a)    The Employer shall pay all transportation and other necessary expenses for an employee in these crafts who is required to perform services for the Employer out of town, and such employee's time shall begin to run upon leaving the Club and shall continue until the employee shall have had time to return to the Club.  The employee shall be paid at the overtime rate per shift for any shift during which such outside work is performed.

(b)    This section shall apply to all work performed outside of the Club premises.

## SECTION 6. NEW YEAR'S EVE

On New Year's Eve, all overtime work shall be compensated at the rate of double time based on the New Year's Eve shift rate as follows:

|  | **8/1/00** | **8/1/01** | **8/1/02** |
|---|---|---|---|
| 7-hour straight shift | $131.35 | 134.85 | 138.35 |

## SECTION 7. VACANCIES

When vacancies occur, the seniority of all employees within the department shall apply for shifts, stations, and days off.

## SECTION 8. UNIFORMS AND LINENS

The Employer shall furnish, launder, and maintain at no cost to the employee, all linen and uniforms, which uniform shall consist of a jacket or special uniform.

## SECTION 9. BREAKAGE

Unavoidable or accidental breakage or destruction of merchandise or equipment shall not be charged against an employee.

# STEWARDS DEPARTMENT

## SECTION 1. SHIFTS

(a)  An eight (8) hour straight shift shall include a one-half (1/2) hour paid meal period and two (2) ten (10) minute breaks within eight (8) consecutive hours.

(b)  Short shifts of four (4) hours or less shall be permitted, and employees assigned to work a short shift shall receive the four (4) hour shift rate. No employee on the payroll on September 5, 1984 who is working an eight (8) hour straight shift will have his or her shift hours reduced by reason of this provision.

(c)  A shift starting between the hours of 7:00 p.m. of one day and 4:00 a.m. of the following day shall be deemed to be a night shift. The rate for the night shift shall be two dollars ($2.00) in excess of what the wages would otherwise be.

(d)  No shift shall have a starting time after 12 midnight and before 4:00 a.m. In the event the Employer violates this section, the employee shall be paid at time and one-half based on the regular rate of pay for each shift so worked.

(e)  No employee shall be allowed to work more than one shift in any calendar day.

## SECTION 2. UNIFORMS AND LINENS

(a)  The Employer agrees to furnish, clean, launder, and maintain, without cost to the employee, all uniforms, linens, or tools that are used in its service by an employee. Such uniforms, linens, or tools shall remain the property of the Employer at all times.

(b)  All employees are entitled to at least one clean uniform and apron each day.

(c)  Definition of uniforms:
For men:                    An apron and jacket or cook's shirt
For women:                  An apron and smock.

## SECTION 3. COMBINATION BUSPERSON-DISHWASHER

Full shift    - $2.50 in addition to the regular scale.
Four hours  - $2.00 in addition to the regular scale.

## SECTION 4. OUT-OF-PREMISES WORK

The Employer shall pay all transportation and other necessary expenses of the employees in those crafts who are required to perform services for the Employer out of the premises, and such employee's time shall begin to run upon leaving the Club and shall continue until the employee shall have had time to return to the Club.   Said employee shall be paid at the overtime rate per shift for any shift during which such outside work is performed.  This section shall apply to all work performed outside of the Club premises.

## SECTION 5. NEW YEAR'S EVE

All shifts starting at 2:00 p.m. or thereafter shall be paid at time and one-half the regular rate of pay.

## SECTION 6. EXTRA MISCELLANEOUS EMPLOYEES

Extra miscellaneous employees, where needed, shall be employed for banquets or special parties.

## SECTION 7. DISHWASHING SOAP

The Employer agrees to supply kitchen workers with a brand of soap for dishwashing that is approved by standards set up by the California State Department of Public Health.

## SECTION 8. EMPLOYEE UPGRADE

Consistent with the provisions of Section 2 of the Basic Agreement, employees shall be given equal consideration to be upgraded to positions when openings become available within the establishment where they are employed.

## SECTION 9. DISH-UP

Any employee called upon to place food on a plate or otherwise assist a cook shall be paid two dollars and fifty cents ($2.50) per day in addition to the rate for the shift as specified in the wage scales.

## HOUSEKEEPING AND SERVICE DEPARTMENT

### SECTION 1. SHIFTS

(a)    An eight (8) hour straight shift shall include a one-half (1/2) hour paid meal period and two (2) ten (10) minute breaks within eight (8) consecutive hours.

(b)    A short shift shall be deemed to be one that shall be at least four (4) consecutive hours and less than eight (8) hours per day and/or less than forty (40) hours per week.

### SECTION 2. NIGHT SHIFT

(a)    Any employee whose major portion of his or her shift falls after 7:00 p.m. shall receive two dollars ($2.00) in addition to their regular rate of pay.

(b)    No shift shall have a starting time after 12 midnight or before 5:00 a.m. Any Bellperson scheduled to work a shift in which any portion thereof falls after 12 midnight shall receive two dollars and fifty cents ($2.50) in addition to the regular rate of pay.

### SECTION 3. OVERTIME

Should an employee be called back to work after leaving the Club after completion of the workday, said employee shall be paid for not less than four (4) hours at the overtime rate or the time actually worked, whichever is greater.

### SECTION 4. SPECIAL UNIFORMS OR DRESS

Whenever a uniform or special dress is required, such uniform or special dress shall be supplied by and remain the property of the Club. A "special dress" shall be deemed to be required whenever an employer specifies that an individual employee or group of employees shall wear a particular color or style of dress. All uniforms or special dress shall be cleaned, laundered, and maintained by the Club without cost to the employees.

### SECTION 5. DEFINITION OF WORK

(a)    Subject to Section 30 of the General Rules except for combination jobs under Section 22 of the General Rules, employees coming under the jurisdiction of the Housekeeping and Service Department shall not be required to perform duties outside of their classifications, except in case of an emergency, such as fire, earthquake, flood, or death.

(b)    Clerks required to do transcripts shall receive one dollar and fifty cents ($1.50) per day in addition to their regular pay.

(c)    Room Cleaners shall not be required to perform Housepersons or Janitors' duties.

(d)    Room Cleaners or Bedmakers shall not be assigned more than fourteen (14) rooms to be cleaned per shift. They shall be paid two dollars ($2.00) per room for each room in excess of fourteen (14) rooms cleaned per shift. They shall receive fifty cents (50¢) per cot if required to make up cots.

(e)    Utility and Maintenance Workers:  Any employee who is regularly engaged in maintaining and making minor repairs to plumbing fixtures, furniture, woodwork, electrical appliances, heat and hot water systems and appliances, ventilating systems, windows, etc., shall be classified as a Utility or Maintenance Worker and so paid. The duties of a Utility or Maintenance Worker may include building shelves, repairing woodwork and furniture, repairing electrical appliances, installing faucet washers, the cleaning and maintenance of swimming pools, incinerator worker and similar duties, provided however, that a Utility Worker will not be required to work in Club engine rooms (boiler rooms shall not be deemed engine rooms), service elevators, or perform other functions in conflict with the recognized field of work of any other union. The Employer shall furnish and bear the cost of upkeep of all tools and equipment used by the Utility or Maintenance Worker.

(f)    A Head Houseperson is an employee who has general charge of the cleaning duties and may have general supervision of those employees performing same.

(g)    Janitorial workers and Housepersons are employees who regularly perform cleaning duties in and about the Club. Janitorial workers and Housepersons shall not be required to perform Utility or Maintenance Worker work, except to a limited extent in an emergency.

(h)    Doorpersons shall not be required to perform maintenance or janitorial duties except to a limited extent in an emergency.

(i)    Wall Washers:  A Wall Washer is an employee whose regular and primary duties consist of washing walls.

(j)    Gardeners and Assistant Gardeners: Gardeners and Assistant Gardeners are employees whose regular and primary duties consist of maintaining lawns, shrubs, flowers, and plants in and about the Club area, including maintenance of the outside grounds and paths. Where only one such employee is hired, said employee shall be classified and paid as a Gardener.

## WAGE INCREASES

For all employees, wages shall be increased as follows:

| | Effective 8/1/2000 $.50 | Effective 8/1/2001 $.50 | Effective 8/1/2002 $.50 | Effective 8/1/2003 & 8/1/2004 Wage Reopener | | |
|---|---|---|---|---|---|---|
| Per hour increases | 0.25 | 0.5 | 0.5 | 0.5 | Reopener | Reopener |
| CLASSIFICATION | 8/1/99 | 8/1/00 | 8/1/01 | 8/1/02 | 8/1/03 | 8/1/04 |
| **Kitchen** | | | | | | |
| Sous Chef | 130.65 | 134.65 | 138.65 | 142.65 | | |
| Night Chef | 121.15 | 125.15 | 129.15 | 133.15 | | |
| Banquet Chef | 121.15 | 125.15 | 129.15 | 133.15 | | |
| Second Cook | 121.15 | 125.15 | 129.15 | 133.15 | | |
| Garde Manger Station Cook | 117.40 | 121.40 | 125.40 | 129.40 | | |
| Butcher Station Cook | 117.40 | 121.40 | 125.40 | 129.40 | | |
| Roast Station Cook | 117.40 | 121.40 | 125.40 | 129.40 | | |
| Boiler Station Cook | 117.40 | 121.40 | 125.40 | 129.40 | | |
| Fry Station Cook | 117.40 | 121.40 | 125.40 | 129.40 | | |
| **All Other Cooks, except as herein provided** | | | | | | |
| 8 hour straight shift | 109.75 | 113.75 | 117.75 | 121.75 | | |
| 4 hour straight shift | 62.40 | 66.40 | 70.40 | 74.40 | | |
| Head Pantry (one per club) | 104.95 | 108.95 | 112.95 | 116.95 | | |
| All Other Pantry | 96.70 | 100.70 | 104.70 | 108.70 | | |
| Help Kitchen Cooks | 90.65 | 94.65 | 98.65 | 102.65 | | |
| **Dining Room** | | | | | | |
| **Food Servers** | | | | | | |
| 8-hour straight shift | 91.40 | 95.40 | 99.40 | 103.40 | | |
| 6-hour straight shift | 73.10 | 76.10 | 79.10 | 82.10 | | |
| 6-hour shift within 9 hours | 77.30 | 80.30 | 83.30 | 86.30 | | |
| 4-hour shift | 56.20 | 58.20 | 60.20 | 62.20 | | |
| 3-hour shift or less | 42.20 | 43.70 | 45.20 | 46.70 | | |
| **Buspersons** | | | | | | |
| 8-hour shift | 86.40 | 90.40 | 94.40 | 98.40 | | |
| 6-hour straight shift | 70.30 | 73.30 | 76.30 | 79.30 | | |
| 6-hour shift within 9 hours | 73.90 | 76.90 | 79.90 | 82.90 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| hour shift or less | 40.60 | 42.10 | 43.60 | 45.10 | | |
| Per hour increases | 0.25 | 0.5 | 0.5 | 0.5 | Reopener | Reopener |
| CLASSIFICATION | 8/1/99 | 8/1/00 | 8/1/01 | 8/1/02 | 8/1/03 | 8/1/04 |

**Dining Room Continued**

**Banquet Food Servers**

| | | | | | | |
|---|---|---|---|---|---|---|
| Breakfast, Lunch, Tea 3 hrs. | 34.65 | 36.15 | 37.65 | 39.15 | | |
| Dinner 4 hrs. | 44.20 | 46.20 | 48.20 | 50.20 | | |
| Supper 4 hrs. | 48.45 | 50.45 | 52.45 | 54.45 | | |

Food Servers – Club
Functions and Charity
Events Food and Beverage
Checkers

| | | | | | | |
|---|---|---|---|---|---|---|
| Breakfast, Lunch, Tea 3 hrs. | 45.20 | 46.70 | 48.20 | 49.70 | | |
| Dinner 4 hrs. | 58.15 | 60.15 | 62.15 | 64.15 | | |
| Supper 4 hrs. | 63.35 | 65.35 | 67.35 | 69.35 | | |

**Food and Beverage Checkers**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1-1/2 hours within 11 hours | 98.70 | 102.70 | 106.70 | 110.70 | | |
| 11/2 hours within 8 hours | 94.15 | 98.15 | 102.15 | 106.15 | | |
| hrs. or less straight | 54.75 | 56.75 | 58.75 | 60.75 | | |

**Head Food Servers, Captains or Host
Persons in charge of Individual
Rooms or Room Service**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1-1/2 hours within 11 hours | 112.75 | 116.75 | 120.75 | 124.75 | | |
| 1-1/2 hours within 8 hours | 107.70 | 111.70 | 115.70 | 119.70 | | |

**Captains or Host Persons**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1-1/2 hours within 11 hours | 105.05 | 109.05 | 113.05 | 117.05 | | |
| 1-1/2 hours within 8 hours | 100.60 | 104.60 | 108.60 | 112.60 | | |
| hours or less, Lunch Club | 52.85 | 54.35 | 55.85 | 57.35 | | |

**Section 6 – Special Occasions and
Off-Premises Work and New Year's
Eve Dinners**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8-hour straight shift | 99.60 | 103.60 | 107.60 | 111.60 | | |
| 6-hour straight shift | 78.50 | 81.50 | 84.50 | 87.50 | | |

| Per hour increases | 0.25 | 0.5 | 0.5 | 0.5 | Reopener | Reopener |
|---|---|---|---|---|---|---|
| CLASSIFICATION | 8/1/99 | 8/1/00 | 8/1/01 | 8/1/02 | 8/1/03 | 8/1/04 |
| **Beverage Department** | | | | | | |
| Bartender | | | | | | |
| 8 hour straight shift | 115.50 | 119.50 | 123.50 | 127.50 | | |
| 7 hours or less per day | 76.30 | 78.30 | 80.30 | 82.30 | | |
| **Banquet/Special Occasions, etc.** | | | | | | |
| 4 hours or less | 83.60 | 85.60 | 87.60 | 89.60 | | |
| New Year's Eve, 7 hours or less | 125.55 | 129.55 | 133.55 | 137.55 | | |
| Head Bartender | 119.95 | 123.95 | 127.95 | 131.95 | | |
| Stagepersons - 8 hours straight | 119.80 | 123.80 | 127.80 | 131.80 | | |
| Barpersons | 84.75 | 88.75 | 92.75 | 96.75 | | |
| Service Bar Persons | 85.90 | 89.90 | 93.90 | 97.90 | | |
| **Stewards Department** | | | | | | |
| Full Shift | 81.10 | 85.10 | 89.10 | 93.10 | | |
| Pot Washers | 81.70 | 85.70 | 89.70 | 93.70 | | |
| Night Porter | 88.20 | 92.20 | 96.20 | 100.20 | | |
| One-half (1/2) shift | 45.00 | 47.00 | 49.00 | 51.00 | | |
| **Housekeeping and Service Dept.** | | | | | | |
| Houseporters, Bath Attendants and Room Cleaners | 80.45 | 84.45 | 88.45 | 92.45 | | |
| Clerks | 96.30 | 100.30 | 104.30 | 108.30 | | |
| Chief Telephone Operators | 89.00 | 93.00 | 97.00 | 101.00 | | |
| Telephone Operators | 84.95 | 88.95 | 92.95 | 96.95 | | |
| Storekeeper | 91.10 | 95.10 | 99.10 | 103.10 | | |
| Inside Receptionist | 82.70 | 86.70 | 90.70 | 94.70 | | |
| Card Room Attendant | 83.75 | 87.75 | 91.75 | 95.75 | | |
| Elevator Operator | | | | | | |
| 8 hours straight | 80.45 | 84.45 | 88.45 | 92.45 | | |
| 6 hours straight | 67.35 | 70.35 | 73.35 | 76.35 | | |
| **Bell Person** | | | | | | |
| 8 hours straight | 75.80 | 79.80 | 83.80 | 87.80 | | |
| 8 hours within 11 hours | 81.74 | 85.74 | 89.74 | 93.74 | | |

| CLASSIFICATION | 8/1/99 | 8/1/00 | 8/1/01 | 8/1/02 | 8/1/03 | 8/1/04 |
|---|---|---|---|---|---|---|
| Head Houseperson | 85.05 | 89.05 | 93.05 | 97.05 | | |
| Per hour increases | 0.25 | 0.5 | 0.5 | 0.5 | Reopener | Reopener |

**Housekeeping and Service Dept. Continued**

| CLASSIFICATION | 8/1/99 | 8/1/00 | 8/1/01 | 8/1/02 | 8/1/03 | 8/1/04 |
|---|---|---|---|---|---|---|
| Housekeeper | 85.05 | 89.05 | 93.05 | 97.05 | | |
| Linen Room Person | 80.60 | 84.60 | 88.60 | 92.60 | | |
| Room Cleaner - 4 hours or less | 44.80 | 46.80 | 48.80 | 50.80 | | |
| Wall Washers | 92.65 | 96.65 | 100.65 | 104.65 | | |

## EXHIBIT "A"

### Checkoff Agreement

1.      Pursuant to Section 2 (h) of the Agreement between the Union and the Employer, it is agreed that the Employer shall, during the term of this Agreement, deduct each month Union membership dues, initiation fee and assessments from the pay of those employees who have authorized such deduction in writing as provided in this Checkoff Agreement.  Such membership dues, initiation fee and assessments shall be limited to amounts levied by the Union in accordance with its Constitution and By-Laws.  Deductions shall be made only for those employees who voluntarily submit to the restaurant employing them a written authorization in accordance with the "Authorization for Checkoff of Dues, Initiation Fee and Assessments" form set forth below.  It is the Union's responsibility to provide the employee with this form.

2.      The required authorization shall be in the following form:

### PAYROLL DEDUCTION AUTHORIZATION

Date_____

        I, the undersigned, a member of _____hereby request and voluntarily authorize the Employer to deduct from any wages or compensation due me, the regular monthly union dues, initiation fee and/or assessments uniformly applicable to the members in accordance with the Constitution and By-Laws of the Union.

        This authorization shall remain in effect and shall be irrevocable unless I revoke it by sending written notice to both the Employer and the Union by registered mail during a period of fifteen (15) days immediately succeeding any yearly period subsequent to the date of this authorization or subsequent to the date of termination, of the applicable contract between the Employer and the Union, whichever occurs sooner, and shall be automatically renewed as an irrevocable checkoff from year to year unless revoked as herein provided.

Signed_____

Social Security No._____

3.      Deductions shall be made only in accordance with the provisions of said Authorization for Checkoff Dues, Initiation Fee and/or Assessments, together with the provisions of this Checkoff Agreement.

4.      A properly executed Authorization for Checkoff Dues, Initiation Fee and/or Assessments form for each employee for whom Union membership dues are to be deducted hereunder, shall be delivered to the Employer before any payroll deductions are made.  Deductions shall be made thereafter only under Authorization for Checkoff of Dues, Initiation Fee and/or Assessment forms which have been properly executed and are in effect.  Any Authorization for Checkoff of Dues, Initiation Fee and/or Assessments form which is incomplete or in error will be returned to the Union by the Employer.

5.      Checkoff deductions under all properly executed Authorization for Checkoff of Dues, Initiation Fee and/or Assessment forms which have been delivered to the Employer on or before the fifteenth (15th) day of any particular month thereafter shall begin with the following calendar month.

6.      Deductions shall be made in accordance with the provisions of this Checkoff of Union Membership Dues, Initiation Fee and/or Assessments section, from the pay received on the first payday of each month regardless of the payroll period ending date represented on that payroll check.  These provisions for Dues, Initiation Fee and/or Assessments shall not apply to Banquet Workers or Extra Employees as defined in the current Agreement.

7.      The Employer agrees to make deductions as otherwise provided in this Checkoff Union Membership Dues, Initiation Fee and/or Assessments section in the case of employees who have returned to work after an authorized leave of absence.

8.      In cases where a deduction is made which duplicates a payment already made to the Union by an employee, or where a deduction is not in conformity with the provisions of the Union Constitution and By-Laws, refunds to the employee will be made by the Union.

9.      The Employer shall remit each month to the designated financial officer of the Union, the amount of deduction made for that particular month, together with a list of employees and their social security numbers, for whom deductions have been made.  The remittance shall be forwarded to the above designated financial officer not later than the 15th of the month, for the deduction from the first paycheck received by the employee (prior to the 15th of the month) for the month the Dues, Initiation Fee and/or Assessments are being paid.

10.      Any employee whose seniority is broken by death, quit, discharge or layoff, or who is transferred to a position outside of the scope of the bargaining unit, shall cease to be subject to checkoff deductions beginning with the month immediately following that in which such deaths, quit, discharge, layoff or transfer occurred.

11.     In the event any employee shall register a complaint with the Employer alleging his Dues, Initiation Fee and/or Assessments are being improperly deducted, the Employer will make no further deductions of the employee's Dues, Initiation Fee and/or Assessments.  Such dispute shall then be reviewed with the employee by a representative of the Union and a representative of the Employer.

12.     The Employer shall not be liable to the Union by reason of the requirements of this Checkoff Agreement for the remittance of payment of any sum other than that constituting deductions made from employee wages earned.

13.     The Union shall indemnify, defend and save the Employer harmless against any and all claims, demands, suits or other forms by the Employer in reliance upon payroll deduction authorization cards submitted to the Employer.

# EXHIBIT "B"

SIDE LETTER #1

Combination Jobs

It is agreed by the parties that the Club may require the following duties be performed by the herein listed classifications provided the assignment of the additional duties doesn't adversely impact the employee's ability to properly perform the regular job duties of that classification:

1.    Bellman  -  stuffing envelopes, removing dirty dishes and glasses from Main Lounge and 1st floor hallway.  On weekends bellman may make coffee and oversee food service in the Card Room.

2.    Houseman  -  bring dirty dishes to dishwashing from hallways.  Relieve bellman and perform checkroom duties.

3.    Room Cleaners  -  remove dirty dishes from rooms to dishwashing, relieve bellman (except for carrying luggage) and engage in checkroom duties.

4.    Food Servers  -  on parties of 40 people or less servers may perform both bartending and server functions.

5.    Dishwashers  -  dishwashers may be assigned as All Other Cooks or Cooks Helpers and shall be paid the appropriate rate of pay for the classification.

## EXHIBIT "C"

SIDE LETTER #2

1.      No regular employee in the Stewards Department shall be assigned to work a split shift.


2.      In recognition of the Club's need to insure the ability to have proper staffing levels on Thursday nights and on nights where there may be large parties it is agreed that the Union shall waive the restriction that employees may not be assigned to work more than one shift in any calendar day (Stewards Department Craft Rules, Section 1(e) Shifts) in the case of the assignment of extra employees.  Extra employees assigned more than one (1) short shift in any given day shall be paid at the short shift rate for each shift worked.

EXHIBIT "D"


SIDE LETTER #3


Side Letter Concerning Interpretation And
Application of General Rules, Sections 30 and 31


1.     General Rules - Section 30:  By so revising this Section, it is not the parties' intent to
allow the Club to arbitrarily or capriciously increase the workload of any employee.  Any dispute
in this regard shall be submitted to the expedited grievance procedures of the Collective
Bargaining Agreement if not resolved pursuant to discussions between the parties.


2.     General Rules - Section 31:  By so revising this Section, it is not the intent of the parties
to allow the creation of a pattern and practice of unreasonably increasing the number or duration
of shifts less than eight (8) hours.  Should a dispute arise in this respect, the parties shall
immediately meet and attempt to resolve the issue and, absent such resolution, shall submit it to
the expedited grievance procedures of the Collective Bargaining Agreement.