WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: jcliffe@littler.com

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMI GREENWALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99; inclusive,<br><br>　　　　　Defendants. | Case No.  C 07-05261 WHA<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:　　　　August 6, 2007<br>Amended Complaint Filed:　August 7, 2007 |

　　　　I am employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On November 13, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANTS THE BOHEMIAN CLUB AND DAN CAMPBELL'S BRIEF RE: ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CERTIFICATE OF SERVICE　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-05261 WHA

**DECLARATION OF MATT OGGERO IN SUPPORT OF DEFENDANTS THE BOHEMIAN CLUB AND DAN CAMPBELL'S BRIEF RE: ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED**

in a sealed envelope, postage fully paid, addressed as follows:

> Burke J. Hansen, Esq.
> The Law Offices of Burke Hansen
> 819 Eddy Street
> San Francisco, CA 94109

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 13, 2007, at San Francisco, California.

_____
Linda K. Camanio

Firmwide:83599300.1 011124.1042

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE        2.        Case No. C 07-05261 WHA