WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax No.:         415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>   Plaintiff,<br><br>v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>   Defendants. | Case No. C 07-05261 WHA<br><br>**DEFENDANT RICHARD BRANDENBURG'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

Defendant Richard Brandenburg (hereinafter "Defendant") answers the Amended Complaint for Damages and Injunctive Relief (hereinafter "Amended Complaint") in the above-captioned action, for himself alone, as follows:

1. Answering paragraph 1 of the Amended Complaint, Defendant admits that The Bohemian Club is an all-male social club in San Francisco, California. With respect to the rest of the allegations in paragraph 1 of the Amended Complaint, Defendant states that he is without knowledge or information concerning those allegations, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

2.  Answering paragraph 2 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 2 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

3.  Answering paragraph 3 of the Amended Complaint, Defendant admits that Albert Bowen was employed by The Bohemian Club as Director of Human Resources. With respect to the rest of the allegations in paragraph 3 of the Amended Complaint, Defendant states that he is without knowledge or information concerning those allegations, and on that basis denies each and every, all and several, of the allegations contained therein.

4.  Answering paragraph 4 of the Amended Complaint, Defendant admits that he was employed by The Bohemian Club as Chef and is resident of the State of Florida. Except as so specifically admitted, Defendant denies each and every, all and several, of the remaining allegations of paragraph 4 of the Amended Complaint.

5.  Answering paragraph 5 of the Amended Complaint, Defendant admits that Dan Campbell was employed by The Bohemian Club. With respect to the rest of the allegations in paragraph 5 of the Amended Complaint, Defendant states that he is without knowledge or information concerning those allegations, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

6.  Answering paragraph 6 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 6 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

7.  Answering paragraph 7 of the Amended Complaint, Defendant admits that Tami Greenwald was employed by The Bohemian Club as a cook. With respect to the rest of the allegations in paragraph 7 of the Amended Complaint, Defendant states that he is without knowledge or information concerning those allegations, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

DEFENDANT BRANDENBURG'S ANSWER                                    CASE NO. C 07-05261 WHA

8. Answering paragraph 8 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 8 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

9. Answering paragraph 9 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 9 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

10. Answering paragraph 10 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 10 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

11. Answering paragraph 11 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 11 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

12. Answering paragraph 12 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 12 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

13. Answering paragraph 13 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 13 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

14. Answering paragraph 14 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 14 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

15.  Answering paragraph 15 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 15 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

16.  Answering paragraph 16 of the Amended Complaint, Defendant admits that Tami Greenwald claimed that she was suffering from a back injury and was on modified duty for a time. Except as so specifically admitted, Defendant denies each and every, all and several, of the remaining allegations of paragraph 16 of the Amended Complaint.

17.  Answering paragraph 17 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 17 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

18.  Answering paragraph 18 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 18 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

19.  Answering paragraph 19 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 19 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

20.  Answering paragraph 20 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 20 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

21.  Answering paragraph 21 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 21 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT BRANDENBURG'S ANSWER                                    CASE NO. C 07-05261 WHA

22. Answering paragraph 22 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 22 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

23. Answering paragraph 23 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 23 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

24. Answering paragraph 24 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 24 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

25. Answering paragraph 25 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 25 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

26. Answering paragraph 26 of the Amended Complaint, Defendant admits that on one occasion he became frustrated with Tami Greenwald's poor work performance and told her "you are a waste of a paycheck." Except as so specifically admitted, Defendant denies each and every, all and several, of the remaining allegations of paragraph 26 of the Amended Complaint.

27. Answering paragraph 27 of the Amended Complaint, Defendant admits that on once occasion he asked Tami Greenwald and Bob Dominguez to ice a tray of fish, although Greenwald was not supposed to do the lifting portion of the job. Except as so specifically admitted, Defendant denies each and every, all and several, of the remaining allegations of paragraph 27 of the Amended Complaint.

28. Answering paragraph 28 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 28 of the Amended Complaint.

29. Answering paragraph 29 of the Amended Complaint, Defendant admits that he cannot recall whether he disciplined Greenwald for failing to ice the fish. Defendant denies each and every, all and several, of the remaining allegations of paragraph 29 of the Amended Complaint.

30. Answering paragraph 30 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 30 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

31. Answering paragraph 31 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 31 of the Amended Complaint.

32. Answering paragraph 32 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 32 of the Amended Complaint, and thus denies each and every, all and several, of the allegations contained therein.

33. Answering paragraph 33 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 33 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

34. Answering paragraph 34 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 34 of the Amended Complaint.

35. Answering paragraph 35 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 50 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

36. Answering paragraph 36 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 36 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

5.

DEFENDANT BRANDENBURG'S ANSWER                          CASE NO. C 07-05261 WHA

37. Answering paragraph 37 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 37 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

38. Answering paragraph 38 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 38 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

39. Answering paragraph 39 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 39 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

40. Answering paragraph 40 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 40 of the Amended Complaint.

41. Answering paragraph 41 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 41 of the Amended Complaint.

42. Answering paragraph 42 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 42 of the Amended Complaint.

43. Answering paragraph 43 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 43 of the Amended Complaint.

44. Answering paragraph 44 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 44 of the Amended Complaint.

45. Answering paragraph 45 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 45 of the Amended Complaint.

46. Answering paragraph 46 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 46 of the Amended Complaint.

47. Answering paragraph 47 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 47 of the Amended Complaint.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

6.

DEFENDANT BRANDENBURG'S ANSWER                                CASE NO. C 07-05261 WHA

48. Answering paragraph 48 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 48 of the Amended Complaint.

49. Answering paragraph 49 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 49 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

50. Answering paragraph 50 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 50 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

51. Answering paragraph 51 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 51 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

52. Answering paragraph 52 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 52 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

53. Answering paragraph 53 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 53 of the Amended Complaint.

54. Answering paragraph 54 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 54 of the Amended Complaint.

55. Answering paragraph 55 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 55 of the Amended Complaint.

56. Answering paragraph 56 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 56 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

7.

**DEFENDANT BRANDENBURG'S ANSWER**  CASE NO. C 07-05261 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

57.	Answering paragraph 57 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 57 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

58.	Answering paragraph 58 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 58 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

59.	Answering paragraph 59 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 59 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

60.	Answering paragraph 60 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 60 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

61.	Answering paragraph 61 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 61 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

62.	Answering paragraph 62 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 62 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

63.	Answering paragraph 63 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 63 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

64. Answering paragraph 64 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 64 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

65. Answering paragraph 65 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 65 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

66. Answering paragraph 66 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 66 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

67. Answering paragraph 67 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 67 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

68. Answering paragraph 68 of the Amended Complaint, Defendant states that he is without knowledge or information concerning the allegations contained in paragraph 69 of the Amended Complaint, which do not relate to the claims asserted against him, and thus denies each and every, all and several, of the allegations contained therein.

69. Answering paragraph 69 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 69 of the Amended Complaint.

70. Answering paragraph 70 of the Amended Complaint, Defendant denies each and every, all and several, of the remaining allegations of paragraph 70 of the Amended Complaint.

## AFFIRMATIVE DEFENSES

**AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant alleges that neither the Amended Complaint, nor any cause of action set forth therein against Defendants, states facts upon which relief can be granted.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT BRANDENBURG'S ANSWER                                CASE NO. C 07-05261 WHA

**AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that insofar as the Amended Complaint is based upon alleged discriminatory or other allegedly unlawful actions that occurred more than one year prior to the filing of the charge Plaintiff filed with the California Department of Fair Employment & Housing, it is barred by California Government Code section 12960.

**AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff's causes of action are barred by the appropriate statute(s) of limitations, including, but not limited to, California Code of Civil Procedure sections 337, 338, 339 and 340 and Government Code section 12965(b).

**AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant asserts that Plaintiff's employment was covered by a collective bargaining agreement and her claims are completely preempted by Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. section 195(a), because in order to adjudicate those claims the Court must interpret the meaning of the collective bargaining agreement that governed the terms of Plaintiff's employment with Defendant The Bohemian Club.

**AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that, assuming, *arguendo*, the actions alleged in Plaintiff's Amended Complaint occurred, such actions were not motivated by Plaintiff's sex or disability.

**AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that insofar as the Amended Complaint is based on allegedly unlawful actions or claims not specified in the charge filed by Plaintiff with the California Department of Fair Employment and Housing, and Plaintiff has failed to exhaust her administrative remedies, such alleged actions cannot form the basis for any claim for relief under the California Fair Employment and Housing Act.

**AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff's claims of liability or damages are barred or reduced by her unreasonable failure to take advantage of preventive and corrective opportunities and other internal remedies provided by Defendant The Bohemian Club, including but not limited to the Club's anti-harassment/discrimination policy, and to otherwise avoid harm.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

DEFENDANT BRANDENBURG'S ANSWER                                CASE NO. C 07-05261 WHA

**AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff engaged in wrongdoing during and after her employment with The Bohemian Club, and that the after-acquired evidence of this wrongdoing bars Plaintiff's claims of liability or damages or reduces such claims to the fullest extent allowed by law.

**AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff was treated fairly and in good faith, and that all actions taken with regard to Plaintiff were for lawful business reasons or were otherwise justified, privileged or done in good faith.

**AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff's claims are barred by the doctrine of unclean hands.

**AS A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff is estopped by her voluntary conduct from bringing this lawsuit.

**AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff's claims are barred, in whole or in part, by the exclusive remedy provisions of the California Workers' Compensation Act, California Labor Code sections 3600 *et seq*.

**AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that, to the extent that Plaintiff has suffered mental or emotional distress, such distress was caused, in whole or in part, by a preexisting condition unrelated to Plaintiff's interactions with Defendant.

**AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff's claims are barred by waiver and/or laches.

**AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff has failed to state a claim for which general or specific, special, punitive or exemplary damages may be granted.

**AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE** Defendant alleges that Plaintiff has not suffered any damages as a result of any actions taken by Defendant.

**AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Plaintiff has failed to state a claim for which attorneys' fees and costs may be granted.

**AS AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that the injuries and damages alleged in the Amended Complaint were caused by and/or were contributed to by Plaintiff's own acts or failures to act, and that Plaintiff's recovery, if any, should be reduced by an amount proportionate to the amount by which said acts caused or contributed to said alleged injuries or damages.

**AS A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that the damages alleged in the Amended Complaint were proximately caused by or contributed to by the acts, or failures to act, of persons other than Defendant, and that these acts or failures to act constitute an intervening and superseding cause of the damages and injuries alleged in the Amended Complaint.

**AS A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that, even assuming, *arguendo*, Plaintiff suffered any damages, such damages were proximately caused by factors unrelated to her interactions with Defendant.

**AS A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that at no time did he act maliciously, oppressively, fraudulently, wantonly, with any bad faith or in reckless disregard of Plaintiff's rights, or authorize, consent to or ratify any knowing malicious, oppressive or fraudulent conduct of any individual toward Plaintiff.

**AS A TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff's claim for punitive damages is barred, in whole or in part, by the United States and California Constitutions.

**AS A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that any award to Plaintiff must be offset by all sums heretofore received by Plaintiff from any source, including but not limited to, unemployment insurance, private insurance, state disability insurance, Social Security disability payments, workers' compensation payments, and any sums earned by Plaintiff in other employment.

**AS A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff has failed to state a claim for which individual liability may attach.

12.

DEFENDANT BRANDENBURG'S ANSWER                              CASE NO. C 07-05261 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

**AS A TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges that Plaintiff failed to take reasonable steps to mitigate her alleged damages.

WHEREFORE Defendant prays as follows:

1. That Plaintiff take nothing by her Amended Complaint;
2. That judgment be entered in favor of Defendant and against Plaintiff on all causes of action;
3. That Defendant be awarded his attorneys' fees according to proof;
4. That Defendant be awarded his costs of suit; and
5. That Defendant be awarded such other and further relief as the Court may deem appropriate.

Dated: November 21, 2007

*/s/ Joshua J. Cliffe*

JOSHUA J. CLIFFE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL

Firmwide:83655368.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

13.

DEFENDANT BRANDENBURG'S ANSWER                                CASE NO. C 07-05261 WHA

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 21, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT RICHARD BRANDENBURG'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

in a sealed envelope, postage fully paid, addressed as follows:

Burke J. Hansen, Esq.
The Law Offices of Burke Hansen
819 Eddy Street
San Francisco, CA 94109

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 21, 2007, at San Francisco, California.

_____
Linda K. Camanio

Firmwide:83683998.1 011124.1042

PROOF OF SERVICE                                              Case No. C 07-05261 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940