# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TAMI GREENWALD,

        Plaintiff(s),

v.

THE BOHEMIAN CLUB, INC., ALBERT
BOWEN, RICHARD BRANDENBURG,
DAN CAMPBELL, and DOES 1 THROUGH
99, inclusive,

        Defendant(s).

Case No. C 07-05261 WHA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
  ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Processes:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline _____ May 30, 2008 _____

Dated: 1/3/08

JOSHUA J. CLIFFE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG and DAN CAMPBELL

Dated: 1/3/08

ROBERT L. ZALETEL
McQUAID BEDFORD & VAN ZANDT LLP
Attorneys for Defendant ALBERT BOWEN

Dated: 1/3/08

BURKE J. HANSEN
LAW OFFICES OF BURKE J. HANSEN
Attorneys for Plaintiff TAMI GREENWALD

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ Other: _____May 30, 2008_____

IT IS SO ORDERED.


Dated:_____          _____
                                              UNITED STATES DISTRICT JUDGE