UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TAMI GREENWALD,

              Plaintiff(s),

       v.

THE BOHEMIAN CLUB, INC., et al.,,

              Defendant(s).

_____/

Case No.  C 07-05261 WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January  4, 2008

        /s/ Albert Bowen
        [Party] Albert Bowen

Dated: January  4 , 2008

        /s/ Robert L. Zaletel
        [Counsel] Robert L. Zaletel
        McQUAID BEDFORD & VAN ZANDT LLP
        Attorneys for Defendant
        ALBERT BOWEN