

LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

January 8, 2008

Joshua J. Cliffe
Direct: 415.677.3122
Direct Fax: 415.743.6662
jcliffe@littler.com

**VIA EMAIL AND E-FILE**

The Honorable William Alsup
United States District Court
Northern District of California
Courtroom 9, 19th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

Re:    *Greenwald v. The Bohemian Club et al.;* Case No. C 07-05261 WHA

Dear Judge Alsup:

The Initial Case Management Conference in the above-referenced matter is scheduled for January 24, 2008. However, all three counsel of record for Defendants The Bohemian Club, Richard Brandenburg and Dan Campbell will be out of the state on that date and unable to attend the conference. Therefore, Defendants respectfully request that the conference be moved to February 7, 2008, if that date is convenient for the Court. Counsel for Plaintiff Tami Greenwald and counsel for Defendant Albert Bowen have agreed to reschedule the conference and are available on February 7, 2008.

Thank you for your consideration.

Very truly yours,

Joshua J. Cliffe

JJC/
cc:   Burke J. Hansen, Esq., Counsel for Plaintiff Tami Greenwald
      Robert L. Zaletel, Esq., Counsel for Defendant Albert Bowen

Firmwide:83993585.1 011124.1042

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ℠
650 California Street, 20th Floor, San Francisco, California 94108.2693 Tel: 415.433.1940 Fax: 415.399.8490 www.littler.com