IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMI GREENWALD,

    Plaintiff,

v.

THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99, inclusive,

    Defendants.

No. C 07-05261 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court **CONTINUES** the case management conference, currently, set for January 24, 2008, to **JANUARY 31, 2008, AT 11:00 A.M.** All three counsel of record for defendant have been on notice since removing this case to federal court on October 16 that the case management conference was set for January 24.

**IT IS SO ORDERED.**

Dated: January 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE