**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 31, 2008

Case No.  C 07-05261 WHA

Title: TAMI GREENWALD v. BOHEMIAN CLUB

Plaintiff Attorneys: Burke Hansen

Defense Attorneys: John Fish; Robert Zaletel

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)   CMC - HELD

2)  

Complete Initial Disclosures (Rule 26): 2/8/08

Discovery Cutoff: 8/29/08

Designation of Experts: 8/29/08

Last Day to File Motion: 9/25/08


Continued to _  for Further Case Management Conference

Continued to  **11/17/08 at 2:00 pm**  for Pretrial Conference

Continued to  **12/1/08 at 7:30 am**  for Trial

**ORDERED AFTER HEARING:**

Court approved the parties discovery limits referred to on page 5.  Case is referred to ADR for Mediation.