# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Greenwald,<br><br>               Plaintiff(s),<br><br>   v.<br><br>The Bohemian Club, Inc.,<br><br>               Defendant(s). | 07-05261 WHA MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

      The court notifies the parties and counsel that the Mediator assigned to this case is:

            **Dana Curtis**
            Dana Curtis Mediation
            116 Caledonia St.
            Sausalito, CA 94965
            415-331-5158

      Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05261 WHA MED                          - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: February 8, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05261 WHA MED            - 2 -