1  BURKE HANSEN, Bar No. 236030
   THE LAW OFFICES OF BURKE HANSEN
2  819 Eddy St.
   Telephone: 415-771-6174
3  Facsimile: 415-474-3748
   San Francisco, CA 94109
4
   DANIEL BERKO, Bar No. 94912
5  THE LAW OFFICES OF DANIEL BERKO
   819 Eddy St.
6  Telephone:415-771-6174
   Facsimile: 415-474-3748
7  San Francisco, CA 94109

8  Attorneys for Plaintiff:
   TAMI GREENWALD
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 | TAMI GREENWALD,                        | Case No. C 07-05261 WHA
15 |          Plaintiff,                    |
16 |   vs.                                  | **PLAINTIFF TAMI GREENWALD'S**
17 | THE BOHEMIAN CLUB, ALBERT              | **NOTICE OF ASSOCIATION OF**
18 | BOWEN, RICHARD BRANDENBURG,            | **COUNSEL**
   | DAN CAMPBELL, and DOES                 |
19 | 1THROUGH 99, inclusive,                | Complaint Filed: August 6, 2007
   |                                        | Amended Complaint Filed: August 7, 2007
20 |          Defendants.                   |

21

22              **NOTICE OF ASSOCIATION OF COUNSEL**

23

24     Plaintiff TAMI GREENWALD hereby serves notice on the Court and Defendants THE

25 BOHEMIAN CLUB, ALBERT BOWEN, RICHARD BRANDENBURG, and DAN

26 CAMPBELL that Daniel Berko, California State Bar number 94912, shall hereinafter be serving

27 as co-counsel for Plaintiff TAMI GREENWALD in the above-referenced action.

28

THE LAW OFFICES OF BURKE HANSEN          PLAINTIFF'S INITIAL NOTICE OF ASSOCIATION OF
819 Eddy St.                                                                   COUNSEL
San Francisco, California 94109                                   CASE NO. C 07-95261 WHA

1

Dated this 19th day of February, 2008.

_____

Burke Hansen

THE LAW OFFICES OF BURKE HANSEN
Attorney for Plaintiff TAMI GREENWALD

---

THE LAW OFFICES OF BURKE HANSEN
819 Eddy St.
San Francisco, California 94109

PLAINTIFF'S INITIAL NOTICE OF ASSOCIATION OF COUNSEL
CASE NO. C 07-95261 WHA

2