1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
5  Fax No.:     415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8  ROBERT L. ZALETEL, Bar No. 96262
   MCQUAID BEDFORD & VAN ZANDT LLP
9  221 Main Street, 16th Floor
   San Francisco, CA 94105
10 Telephone:   415.905.0200
   Fax No.:     415.905.0202
11
   Attorneys for Defendant
12 ALBERT BOWEN

13 BURKE J. HANSEN, Bar No. 236030
   THE LAW OFFICES OF BURKE J. HANSEN
14 819 Eddy Street
   San Francisco, CA 94109
15
   Attorney for Plaintiff
16 TAMI GREENWALD

17

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

| TAMI GREENWALD, | Case No. C 07-05261 WHA |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |
| v. | |
| THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive, | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND [PROPOSED] ORDER                          CASE NO. C 07-05261 WHA

1  The parties hereto, through their respective counsel, stipulate and agree to extend time
2  for Defendants to file responsive pleadings to Plaintiff's Second Amended Complaint to March 27,
3  2008.
4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  DATED: _____    /s/ _____
6                                    BURKE HANSON
                                      THE LAW OFFICES OF BURKE HANSON
7                                     Attorneys for Plaintiff
                                      TAMI GREENWALD
8  DATED: _____    /s/ _____
9                                     JOHN C. FISH, JR.
                                      LITTLER MENDELSON
10                                    Attorneys for Defendants
                                      THE BOHEMIAN CLUB, RICHARD
11 DATED: _____    BRANDENBURG AND DAN CAMPBELL
                                      /s/ _____
12                                    ROBERT ZALETEL, ESQ.
                                      MCQUAID BEDFORD & VAN ZANDT LLP
13                                    Attorney for Defendant
                                      ALBERT BOWEN
14

15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18 DATED: _____
                                      _____
19                                    THE HONORABLE WILLIAM H. ALSUP
                                      United States District Judge
20

21

22 Firmwide:84514862.1 011124.1042

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

STIPULATION AND [PROPOSED] ORDER                          CASE NO. C 07-05261 WHA