1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:    415.433.1940
5  Fax No.:      415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8  ROBERT L. ZALETEL, Bar No. 96262
   MCQUAID BEDFORD & VAN ZANDT LLP
9  221 Main Street, 16th Floor
   San Francisco, CA  94105
10 Telephone:    415.905.0200
   Fax No.:      415.905.0202
11
   Attorneys for Defendant
12 ALBERT BOWEN

13 BURKE J. HANSEN, Bar No. 236030
   THE LAW OFFICES OF BURKE J. HANSEN
14 819 Eddy Street
   San Francisco, CA  94109
15
   Attorney for Plaintiff
16 TAMI GREENWALD

17

18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20 TAMI GREENWALD,                      | Case No. C 07-05261 WHA

21           Plaintiff,                 | STIPULATION AND [PROPOSED]
                                        | ORDER REGARDING DEFENDANTS'
22     v.                               | DEADLINE TO FILE RESPONSIVE
                                        | PLEADINGS TO PLAINTIFF'S SECOND
23 THE BOHEMIAN CLUB, INC., ALBERT      | AMENDED COMPLAINT
   BOWEN, RICHARD BRANDENBURG,
24 DAN CAMPBELL, and DOES 1
   THROUGH 99, inclusive,
25
             Defendants.
26

27

28

1  The parties hereto, through their respective counsel, stipulate and agree to extend time
2  for Defendants to file responsive pleadings to Plaintiff's Second Amended Complaint to March 27,
3  2008.
4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

5  DATED: _____

/s/_____
6  BURKE HANSON
   THE LAW OFFICES OF BURKE HANSON
7  Attorneys for Plaintiff
   TAMI GREENWALD

8  DATED: _____

/s/_____
   JOHN C. FISH, JR.
9  LITTLER MENDELSON
   Attorneys for Defendants
10 THE BOHEMIAN CLUB, RICHARD
   BRANDENBURG AND DAN CAMPBELL

11 DATED:_____

/s/_____
12 ROBERT ZALETEL, ESQ.
   MCQUAID BEDFORD & VAN ZANDT LLP
13 Attorney for Defendant
   ALBERT BOWEN
14

15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18 DATED: March 7, 2008.    _____
19                          THE HONORABLE WILLIAM H. ALSUP
                            United States District Judge

[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]

Firmwide:84514862.1 011124.1042

1.

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. C 07-05261 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940