1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
5  Fax No.: 415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8  ROBERT L. ZALETEL, Bar No. 96262
   MCQUAID BEDFORD & VAN ZANDT LLP
9  221 Main Street, 16th Floor
   San Francisco, CA 94105
10 Telephone: 415.905.0200
   Fax No.: 415.905.0202

11
   Attorneys for Defendant
12 ALBERT BOWEN

13 BURKE J. HANSEN, Bar No. 236030
   THE LAW OFFICES OF BURKE J. HANSEN
14 819 Eddy Street
   San Francisco, CA 94109
15
   Attorney for Plaintiff
16 TAMI GREENWALD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAMI GREENWALD, | Case No. C 07-05261 WHA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' DEADLINE TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S SECOND AMENDED COMPLAINT |
| v. | |
| THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive, | |
| Defendants. | |

The parties hereto, through their respective counsel, stipulate and agree to extend time for Defendants to file responsive pleadings to Plaintiff's Second Amended Complaint to March 27, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: _____

/s/
BURKE HANSON
THE LAW OFFICES OF BURKE HANSON
Attorneys for Plaintiff
TAMI GREENWALD

DATED: _____

/s/
JOHN C. FISH, JR.
LITTLER MENDELSON
Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL

DATED: _____

/s/
ROBERT ZALETEL, ESQ.
MCQUAID BEDFORD & VAN ZANDT LLP
Attorney for Defendant
ALBERT BOWEN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 7, 2008.

IT IS SO ORDERED
Judge William Alsup

THE HONORABLE WILLIAM H. ALSUP
United States District Judge

Firmwide:84514862.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940