1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:  415.433.1940
5  Fax No.:    415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8  ROBERT L. ZALETEL, Bar No. 96262
   MCQUAID BEDFORD & VAN ZANDT LLP
9  221 Main Street, 16th Floor
   San Francisco, CA 94105
10 Telephone:  415.905.0200
   Fax No.:    415.905.0202
11
   Attorneys for Defendant
12 ALBERT BOWEN

13 BURKE J. HANSEN, Bar No. 236030
   THE LAW OFFICES OF BURKE J. HANSEN
14 819 Eddy Street
   San Francisco, CA 94109
15
   Attorney for Plaintiff
16 TAMI GREENWALD

17

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20 TAMI GREENWALD,                    | Case No. C 07-05261 WHA
21        Plaintiff,                  | STIPULATION AND [PROPOSED]
                                      | ORDER REGARDING PLAINTIFF'S
22   v.                               | FILING OF A THIRD AMENDED
                                      | COMPLAINT
23 THE BOHEMIAN CLUB, INC., ALBERT
   BOWEN, RICHARD BRANDENBURG,
24 DAN CAMPBELL, and DOES 1
   THROUGH 99, inclusive,
25
        Defendants.
26

27

28

STIPULATION AND [PROPOSED] ORDER                        CASE NO. C 07-05261 WHA

1  Whereas, Plaintiff Tami Greenwald filed her Second Amended Complaint on February 21, 2008;

2  Whereas, Defendants The Bohemian Club, Richard Brandenburg, and Dan Campbell intended to file a Motion to Dismiss and Motion to Strike under Federal Rules of Civil Procedure 12(b)(6) and 12(f), challenging many of the twenty-six Causes of Action asserted by Plaintiff in her Second Amended Complaint;

3  Whereas, Defendant Albert Bowen intended to file a Motion to Dismiss and Motion to Strike under Federal Rules of Civil Procedure 12(b)(6) and 12(f), challenging many of the twenty-six Causes of Action asserted by Plaintiff in her Second Amended Complaint;

4  Whereas, the parties wishing not to burden the Court with multiple motions have met and conferred regarding Defendants' concerns with Plaintiff's Second Amended Complaint and, through their respective counsel, stipulate and agree as follows:

1. Plaintiff is granted leave to file a Third Amended Complaint by April 4, 2008;

2. Defendants' deadline to file a responsive pleading to Plaintiff's Third Amended Complaint shall be April 18, 2008;

3. This Stipulation and Order shall not preclude Defendants from filing a Motion to Dismiss or other appropriate motion in the event Defendants still believe that certain of the Causes of Action in Plaintiff's Third Amended Complaint are legally deficient.

///
///
///

1.

STIPULATION AND [PROPOSED] ORDER                                    CASE NO. C 07-05261 WHA

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  DATED: March 25, 2008

3  /s/
BURKE HANSON
THE LAW OFFICES OF BURKE HANSON
4  Attorneys for Plaintiff
TAMI GREENWALD

5  DATED:  March 25, 2008

/s/
6  JOSHUA J. CLIFFE
LITTLER MENDELSON
7  Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

8  DATED:  March 25, 2008

/s/
9  ROBERT ZALETEL, ESQ.
MCQUAID BEDFORD & VAN ZANDT LLP
10  Attorney for Defendant
ALBERT BOWEN

11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED.

14

15  DATED:  March 26, 2008

16  THE HONORABLE WILLIAM H. ALSUP
United States District Judge

17

18

19  Firmwide:84677686.1 011124.1042

20

21

22

23

24

25

26

27

28

2.

STIPULATION AND [PROPOSED] ORDER                              CASE NO. C 07-05261 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940