
LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

April 3, 2008

John C. Fish, Jr.
Direct: 415.439.6265
Direct Fax: 415.743.6685
jfish@littler.com

**VIA E-FILING**

Hon. William H. Alsup, Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 9, 19th Floor
San Francisco, CA  94102

Re:   *Tami Greenwald v. The Bohemian Club, et al.*
      USDC, Northern District, Case No. C07-05261 WHA

Dear Judge Alsup:

We request your ruling as to whether Plaintiff's deposition should continue for a second full day tomorrow (a total of 10 hours on the record) or be limited to a total of 7 hours on the record per Rule 30.

This issue first arose two days ago and, unfortunately, the parties have not been able to come to an agreement. We will try to succinctly and fairly summarize the respective positions. The parties have agreed to resume the deposition tomorrow at my office.

**Defendants' Position**

I attended the Rule 26(f) meet and confer meeting at the office of Plaintiff's counsel Burke Hansen. At that meeting, counsel agreed to two days of deposition of the Plaintiff and two days of deposition of individual Defendant Albert Bowen (the primary alleged wrongdoer). The parties' agreement was memorialized in their Joint Case Management Conference Statement which was approved by the Court at the Case Management Conference.

The first day of Plaintiff's deposition was completed last Wednesday, March 26, 2008. Approximately 5.0 hours was spent on the record. We anticipate needing another 5.0 hours to complete the deposition.

Setting aside Plaintiff's counsel's argument that he did not agree to exceed 7.0 hours, Defendants submit that 10.0 hours of deposition time is reasonable. Plaintiff has alleged 26 causes of action against 4 different defendants. Plaintiff's claims include sexual harassment,

ALABAMA
ARIZONA
ARKANSAS
CALIFORNIA
COLORADO
CONNECTICUT
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
INDIANA
MASSACHUSETTS
MINNESOTA
MISSOURI
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
OREGON
PENNSYLVANIA
RHODE ISLAND
SOUTH CAROLINA
TEXAS
VIRGINIA
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
650 California Street, 20th Floor, San Francisco, California 94108.2693  Tel: 415.433.1940  Fax: 415.399.8490  www.littler.com

Hon. William h. Alsup, Judge
April 3, 2008
Page 2

disability discrimination, failure to accommodate and breach of contract. Plaintiff's allegations are based on numerous events spanning approximately three years. Among other things, Plaintiff has produced handwritten notes, calendar entries covering two full years, and a diary; all of which take a significant amount of time to cover on the record.

In addition, individual Defendant Albert Bowen is represented by separate counsel—Attorney Robert Zaletel—who would like time to ask questions as well. Attorney Zaletel agrees with Defendants' position as summarized herein. His questions would be included within the 10.0 hours we are requesting.

**Plaintiff's Position**

Plaintiff's counsel asserts that his agreement to a second day of deposition was only if the 7 hours was not exhausted in the first day of deposition. Plaintiff asserts that the Joint Case Management Conference references a second day "if necessary" but does not expressly waive the 7.0 limitation under Rule 30(d).

**Summary**

Defendants request the Court's permission to extend Plaintiff's deposition to a total of 10.0 hours of testimony on the record.

Respectfully submitted,

John C. Fish, Jr.
LITTLER MENDELSON, P.C.
Counsel for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG and DAN CAMPBELL

JCF/pas
Enclosures

cc (e-filing):   Burke Hansen, Esq.
                 Daniel Berko, Esq.
                 Robert Zaletel, Esq.

Firmwide:84785969.1 011124.1042