# The Law Offices of Burke Hansen
The Stadtmuller House
819 Eddy St.
San Francisco, California 94109



April 4, 2008

Dear Judge Alsup,

Plaintiff never agreed to waive the seven hour deposition limit. Two days were set aside for the deposition to give the parties the opportunity to exhaust the seven hours allowed. I do not see how agreeing that the deposition could be taken during two separate sessions, if necessary, expressly or impliedly waive the 7 hour rule.

The "causes of action" argument is misleading because we plan on filing a third amended complaint today that drops many of the causes of action.

We were also of the view that Defendant Bohemian Club's counsel wasted an inordinate amount of time in the five hours he has already used. We stated that on the record during the deposition.

Respectfully, if the court has the time to address the disagreement regarding the seven hour rule tomorrow, we would request that the court consider also giving us its views on the other discovery dispute which occurred at the deposition. The Club's letter submitted yesterday demands that Plaintiff discuss her sex life in greater detail than we have been willing to allow.

Plaintiff's position is that her privacy rights outweigh evidence of past sex partners. The same is true as to sex partners subsequent to the alleged harassment other than her relationship with her boyfriend. She does claim that her sex life with her boyfriend has been impacted and we are agreeable to limited questions on that subject. However, we are trying to ascertain the boyfriend's position as well.

Very truly yours,

Burke Hansen
Attorney for Plaintiff

cc:DB

telephone: 415.771.6174    facsimile: 415.474.3748
burke_hansen@sbcglobal.net