IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 07-05261 WHA<br><br>**ORDER RE<br>PLAINTIFF'S DEPOSITION** |

　　　　Plaintiff may be deposed for a total of ten hours on the record over a two-day period. As to the sex issue, defendants are at least entitled to the minimum reasonable information needed to meet the accusation. How this principle applies to our fact pattern is hard to tell without a hearing and better record. Please do the best you can over the two days and then tee up the privacy issue in a formal motion. One possibility will be that plaintiff will have to answer more questions. Another possibility will be the opposite.

　　　　**IT IS SO ORDERED.**

Dated: April 4, 2008.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE