1  Robert L. Zaletel, Esq. (SB# 096262)
   **McQUAID BEDFORD & VAN ZANDT LLP**
2  221 Main Street, 16th Floor
   San Francisco, CA 94105
3  Telephone: 415/905-0200
   Facsimile:  415/905-0202
4  Rzaletel@mbvz.com

5  Attorneys for Defendant
   ALBERT BOWEN

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 | TAMI GREENWALD,                              | Case No. C 07-05261 WHA
11 |         Plaintiff,                           | **DEFENDANT ALBERT BOWEN'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT [F.R.C.P. Rule § 12(b)(6)]**
12 |    v.                                        |
13 | THE BOHEMIAN CLUB, INC., ALBERT              |
   | BOWEN, RICHARD BRANDENBURG,                  |
14 | DAN CAMPBELL, AND DOES 1 through             |
   |  99, inclusive,                              | Date:  May 29, 2008
15 |                                              | Time:  8:00 a.m.
   |         Defendants.                          | Place: Courtroom 9; The Honorable
16 | _____/    | William H. Alsup

17                                                 Trial Date: December 1, 2008

18
         Pursuant to FRE 201, Defendant Albert Bowen requests that the Court take judicial notice of
19
   the following documents:
20
         1. Exhibit A (Cover page of Complaint in the case of *Tami Greenwald v. The Bohemian*
21
   *Club, et al.*, San Francisco Superior Court Case No. CGC-07-465862 showing that it was filed
22
   August 6, 2007).
23
    Dated: April 16, 2008                          Respectfully submitted,
24
                                                   McQUAID BEDFORD & VAN ZANDT LLP
25

26
                                          By:      /S/ Robert L. Zaletel
27                                                 Robert L. Zaletel
                                                   Attorneys for Defendant Albert Bowen
28

00064305.WPD                             1

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE                        Case No. C 07-05261 WHA

```
Burke J. Hansen (State Bar No. 236030)
The Law Offices of Burke Hansen
819 Eddy St.
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile: (415) 474-3748
```

SUMMONS ISSUED
FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

2007 AUG -6 PM 2: 40

GORDON PARK-LI, CLERK

Deborah Steppe

BY: _____ DEPUTY CLERK

CASE MANAGEMENT CONFERENCE SET

JAN 2 5 2008 -9ᵃᵐ AM

DEPARTMENT 212

Attorney for Plaintiff:
Tami Greenwald

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF SAN FRANCISCO

| | |
|---|---|
| TAMI GREENWALD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE BOHEMIAN CLUB, INC.,<br>ALBERT BOWEN, RICHARD<br>BRANDENBURG, DAN CAMPBELL,<br>and DOES 1 THROUGH 99,<br>inclusive,<br><br>　　　　Defendants. | Case No.: CGC-07-465862<br><br>COMPLAINT FOR DAMAGES AND<br>INJUNCTIVE RELIEF,<br>(AND JURY DEMAND) |

Plaintiff complains and alleges as follows:

PARTIES

1. At all material times, plaintiff Tami Greenwald was a resident of the City and County of San Francisco, California. The employment contract on which she sues herein was made in and to be performed in the State of California. At all material

1

EXHIBIT A