1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
5  Fax No.:     415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  TAMI GREENWALD,                    Case No.  C 07-05261 WHA

13              Plaintiff,             DEFENDANTS THE BOHEMIAN CLUB,
                                       RICHARD BRANDENBURG AND DAN
14        v.                           CAMPBELL'S NOTICE OF MOTION AND
                                       MOTION TO DISMISS AND STRIKE
15  THE BOHEMIAN CLUB, INC., ALBERT    PORTIONS OF PLAINTIFF'S THIRD
    BOWEN, RICHARD BRANDENBURG,        AMENDED COMPLAINT;
16  DAN CAMPBELL, and DOES 1           MEMORANDUM AND POINTS OF
    THROUGH 99, inclusive,             AUTHORITIES IN SUPPORT OF
17                                     MOTION
              Defendants.
18
                                       [F.R.C.P §§ 12(b)(6), 12(f)]
19
                                       Date:      May 29, 2008
20                                     Time:      8:00 a.m.
                                       Judge:     Hon. William H. Alsup
21                                     Location:  Courtroom 9

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
ian Francisco, CA 94108 2693
415 433 1940

DEFS' MPA ISO MOTION TO DISMISS/STRIKE          CASE NO. C 07-05261 WHA

# TABLE OF CONTENTS

PAGE

I.   INTRODUCTION ........................................................................................................ 3

II.  STATEMENT OF FACTS .......................................................................................... 3

    A.   Plaintiff's DFEH Complaints ............................................................................. 3

    B.   Plaintiff's Third Amended Complaint ................................................................ 5

III. ARGUMENT .............................................................................................................. 5

    A.   Standard Of Review ........................................................................................... 5

    B.   The Court May Consider Documents Referenced in the Third Amended
          Complaint For Purposes Of A Motion to Dismiss Under Rule 12(b)(6) .................... 5

    C.   Plaintiffs' First Through Eighth Causes Of Action, Which Assert FEHA
          Claims, Must Be Dismissed Because Plaintiff Did Not Exhaust Her
          Administrative Remedies Before Filing Suit ............................................................. 6

          1.   Plaintiff's First Cause of Action Alleging Sex and Disability
                Discrimination Fails Because Plaintiff Did Not Exhaust Her
                Administrative Remedies Before Filing Suit ................................................. 6

          2.   Plaintiff Failed to Serve Her DFEH Complaints On Defendants Within
                60 Days As Required by the FEHA ............................................................... 7

    D.   Plaintiff's Second Cause of Action Should Be Dismissed As to Individual
          Defendant Brandenburg As Individuals Cannot be Individually Liable for
          Retaliation ............................................................................................................. 9

    E.   Plaintiff's Fourth Cause of Action Should Be Dismissed As To Individual
          Defendants Campbell and Brandenburg Because Supervisors Cannot Be
          Individually Liable For Aiding and Abetting Harassment ......................................... 10

    F.   Plaintiff's Fifth Cause of Action Should Be Dismissed As To The Individual
          Defendants As Supervisors Cannot Be Individually For Failure to Maintain
          An Environment Free from Harassment .................................................................. 10

    G.   Plaintiff's Eleventh, Twelfth and Twenty-Third Causes of Action Alleging
          Unlawful Threats and Gender Violence Fail to State A Claim for Which
          Relief May Be Granted ......................................................................................... 10

    H.   Plaintiff's Sixteenth Cause of Action for Negligent Supervision Against All
          Defendants Is Preempted by the California Workers' Compensation Statute .......... 11

    I.   Plaintiff's Invasion of Privacy Claim Fails Against All Defendants as
          Plaintiff Has Not Alleged Specific Facts to Support the Claim and It is Time
          Barred .................................................................................................................. 12

    J.   Plaintiff's Twenty-First Cause of Action Should Be Dismissed As to
          Defendant Brandenburg As Plaintiff Does Not Allege That There Was A
          Contract Between Plaintiff and Brandenburg ......................................................... 13

IV.  CONCLUSION .......................................................................................................... 13

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

**DEFS' MPA ISO MOTION TO DISMISS/STRIKE**     i.                    **CASE NO. C 07-05261 WHA**

1

# TABLE OF AUTHORITIES

2

PAGE

3 **CASES**

4 *Arendell v. Auto Parts Club, Inc.,*
    29 Cal. App. 4th 1261 (1994) ............................................................................... 12

5 *Balistreri v. Pacifica Police Dep't,*
    901 F.2d 696 (9th Cir. 1988) ................................................................................ 5

6
   *Branch v. Tunnell,*
7    14 F.3d 449 (9th Cir. 1994) .................................................................................. 5

8 *Cain v. State Farm,*
    62 Cal. 3d 310 (1976) ........................................................................................... 12

9 *Cleary v. American Airlines, Inc.,*
    111 Cal. App. 3d 443 (1980) ................................................................................ 13

10 *Coit Drapery Cleaners, Inc. v. Sequoia Insurance Co.,*
     14 Cal. App. 4th 1595 ........................................................................................... 12

11
   *Egan v. Mutual of Omaha Ins. Co.,*
12   24 Cal. 3d 809 (1979) ........................................................................................... 13

13 *Fermino v. Fedco, Inc.,*
     7 Cal. 4th 701 (1994) ............................................................................................ 12

14 *Fiol v. Doellstedt,*
     50 Cal. 4th 1318 .................................................................................................... 10

15 *Galbraith v. County of Santa Clara,*
     307 F.3d 1119 (9th Cir. 2002) .............................................................................. 6

16
   *Hal Roach Studios, Inc. v. Richard Feiner & Co.,* Inc.,
17   896 F.2d 1542 (9th Cir. 1990) .............................................................................. 5

18 *Hill v. National Collegiate Athletic Ass'n,*
     7 Cal. 4th 1 (1994) ................................................................................................ 12

19 *Janken v. Hughes,*
     46 Cal. App. 4th 55 (1996) ................................................................................... 10

20 *Jones v. The Lodge at Torrey Pines Partnership,*
     2008 WL 553670 (2008) ....................................................................................... 9

21
   *Kaufman & Broad–South Bay v. Unisys Corp.,*
22   822 F.Supp. 1468 (ND CA 1993) ......................................................................... 5

23 *Livitsanos v. Superior Court,*
     2 Cal. 4th 744 (1992) ............................................................................................ 12

24 *Martin v. Lockheed Missiles & Space Co.,*
     29 Cal. App. 4th 1718 (1994) .......................................................................... 6, 7, 8

25 *Okoli* v. *Lockheed Technical Operations Co.*
     (1995) 36 Cal. App. 4th 1607 ............................................................................... 7

26
   *Reno v. Baird,*
27   18 Cal. 4th 640 (1998) .......................................................................................... 10

28 *Robomatic, Inc. v. Vetco Offshore,*
     225 Cal. App. 3d 270 (1990) ................................................................................ 12

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

**DEFS' MPA ISO MOTION TO DISMISS/STRIKE**    ii.    **CASE NO. C 07-05261 WHA**

1

# TABLE OF AUTHORITIES
## (CONTINUED)

2

PAGE

3    *Rojo v. Kliger,*
       52 Cal. 3d 65 (1990) ................................................................. 6, 7, 8

4    *Romano v. Rockwell Int'l, Inc.,*
       14 Cal. 4th 479 (1996) .............................................................. 6, 7, 8

5

6    *Valdez v. City of Los Angeles,*
       231 Cal. App. 3d 1043 (1991) ........................................................ 6

7    *Wasti v. Superior Court,*
       140 Cal App. 4th 667 ................................................................ 8, 9

8    *Williams v. Schwartz,*
       61 Cal. App. 3d 628 (1976) .......................................................... 12

9    **STATUTES**

10   Cal. Civ. Code 51.7 ................................................................... 11

     Cal. Civ. Code 52.1(a) ............................................................... 11
11
     Cal. Civ. Code 52.4(c) ............................................................... 11
12
     Cal. Code Civ. Pro. § 335.1 .......................................................... 12
13
     Cal. Gov. Code § 12040(j) ............................................................ 10
14
     Cal. Gov. Code § 12960 ............................................................ 6, 7, 8

     Cal. Gov. Code § 12962 ............................................................ 7, 8, 9
15
     Cal. Gov. Code § 12962(b) ............................................................ 8, 9
16
     Cal. Gov. Code § 12962(c) ............................................................ 8, 9

17   F.R.C.P. 12(b)(6) ...................................................................... 3

     F.R.C.P. 12(f) ......................................................................... 3
18

19   Firmwide:84969343.1 011124.1042

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

1

**NOTICE OF MOTION AND MOTION**

2

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

3        Please take notice that on May 29, 2008, at 8:00 a.m., or as soon thereafter as the

4 matter can be heard, in Courtroom 9 of the United States Courthouse located at 450 Golden Gate

5 Avenue, San Francisco, California 94102, Defendants The Bohemian Club, Dan Campbell and

6 Richard Brandenburg will bring a motion to dismiss and strike pursuant to Rules 12(b)(6) and 12(f)

7 challenging certain Causes of Action and allegations asserted by Plaintiff Tami Greenwald in her

8 Third Amended Complaint.

9        Defendants will request that the following Causes of Action be dismissed without

10 leave to amend:

11        First Cause of Action—Plaintiff's FEHA discrimination claim should be dismissed as

12 to all Defendants because Plaintiff failed to exhaust her administrative remedies for her

13 discrimination claim.

14        First through Eighth Causes of Action—Plaintiff's FEHA claims should be dismissed

15 against all Defendants because Plaintiff failed to exhaust her administrative remedies by serving her

16 DFEH Complaints on Defendants within 60 days as required by the statute.

17        Second Cause of Action—Plaintiff's retaliation claim against Defendant Brandenburg

18 should be dismissed because individuals cannot be individually liable for FEHA retaliation.

19        Fourth Cause of Action—This Cause of Action should be dismissed as to Defendants

20 Campbell and Brandenburg because supervisors cannot be individually liable for aiding and abetting

21 harassment.

22        Fifth Cause of Action—Plaintiff's Fifth Causes of Action should be dismissed as to

23 Campbell and Brandenburg because individuals cannot be held liable for failing to maintain an

24 environment free of harassment.

25        Eleventh Cause of Action—Plaintiff has failed to plead facts to establish that any of

26 the Defendants engaged in unlawful threats of violence in violation of California Civil Code

27 section 51.7.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

**DEFS' MPA ISO MOTION TO DISMISS/STRIKE**        **CASE NO. C 07-05261 WHA**

1    Twelfth Cause of Action—Plaintiff has failed to plead facts to establish that any of

2  the Defendants engaged in gender violence in violation of California Civil Code section 52.4(c).

3    Sixteenth Cause of Action—Plaintiff's negligent supervision claim should be

4  dismissed in its entirety because negligence claims arising in the workplace are completely

5  preempted by the California Workers' Compensation Act.

6    Eighteenth Cause of Action—Plaintiff's invasion of privacy claim against The

7  Bohemian Club and Campbell fails because Plaintiff has not alleged facts to support the claim and it

8  is time-barred.

9    Twenty-First Cause of Action—Plaintiff's breach of contract claim against Defendant

10  Brandenburg must be dismissed because individual supervisors may not be held liable for breach of

11  an employment contract.

12    Twenty-Third Cause of Action—Plaintiff has failed to plead facts to establish that

13  any of the Defendants engaged in unlawful threats in violation of California Civil Code section 52.1.

14    This motion is based on the pleadings and records in this action, this Notice of

15  Motion and Motion, the Memorandum of Points and Authorities in support of Motion, and the

16  exhibits attached hereto.

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

**DEFS' MPA ISO MOTION TO DISMISS/STRIKE**    2.        **CASE NO. C 07-05261 WHA**

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND STRIKE
PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

I.    **INTRODUCTION**

This is an employment case in which Plaintiff Tami Greenwald ("Plaintiff") has brought suit against her employer, The Bohemian Club, and three individual defendants, Richard Brandenburg, Dan Campbell and Albert Bowen, alleging unlawful harassment, retaliation, failure to accommodate and a host of other ancillary causes of action.

Plaintiff worked at The Bohemian Club as a cook.   (Plaintiff's Third Amended Complaint [hereafter referred to as "TAC"] ¶¶ 1, 7.)  Plaintiff was a member of a union and was employed pursuant to a collective bargaining agreement.  Plaintiff alleges that she suffered a back injury at work on September 27, 2005, and went out on a leave of absence from which she has not returned.    (TAC 35, 37, 39.)    Despite never complaining to management or her union representatives, Plaintiff now alleges that she was harassed based on her sex and disability while actively working for The Bohemian Club. (TAC ¶¶ 7-41.)

Many of the twenty-two Causes of Action alleged by Plaintiff in her Third Amended Complaint are legally deficient on their face.    Accordingly, The Bohemian Club, Richard Brandenburg and Dan Campbell move for an order dismissing certain Causes of Action and striking allegations asserted in Plaintiff's Third Amended Complaint. F.R.C.P. 12(b)(6),12(f).

II.    **STATEMENT OF FACTS**

A.    **Plaintiff's DFEH Complaints.**

On August 30, 2006, Plaintiff filed Complaints with the California Department of Fair Employment and Housing ("DFEH") against The Bohemian Club, Albert Bowen, Dan Campbell for alleged sex harassment and against Richard Brandenburg for alleged disability harassment and requested an immediate right to sue notice.  (Exhibit A)  Plaintiff completed and filed a Right-To-Sue Complaint Information Sheet, which asked:

> DO YOU HAVE AN ATTORNEY WHO HAS AGREED TO
> REPRESENT     YOU     ON     YOUR     EMPLOYMENT
> DISCRIMINATION CLAIMS IN COURT? IF YOU CHECK "YES",
> YOU WILL BE RESPONSIBLE FOR HAVING YOUR ATTORNEY

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

DEFS' MPA ISO MOTION TO DISMISS/STRIKE        3.                CASE NO. C 07-05261 WHA

1    SERVE THIS DFEH COMPLAINT. (Exhibit B) [All capital letters in
2    the original]

3    Plaintiff checked "Yes" and listed her attorney's name, Burke Hansen, along with his address and

4    phone number. (*Id.*)

5    Per Plaintiff's request, on August 31, 2006, the DFEH issued Notices of Case Closure

6    for all of Plaintiff's DFEH Complaints. (Exhibit C) That same day, the DFEH sent copies of

7    Plaintiff's DFEH Complaints and the Notices of Case Closure to Plaintiff's attorney, along with

8    Notices to Complainant's Attorney. (Exhibit D) Those four Notices instructed:

9    Please note that under Government Code section 12962, you are
     responsible for **service of the complaint** on respondent(s). You should
10   also enclose a copy of the Notice of Case Closure along with the
     complaint, These documents must be served within **60 days** of the
11   filing date of the complaint. Government Code section 12962(b)
     further provides that complaints must be served either personally or by
12   certified mail with return receipt requested. (*Id.*) [emphasis in original]

13   Despite this clear instruction, Plaintiff and her attorney did not serve her DFEH

14   Complaints or copies of the Notices of Case Closure on Defendants within 60 days.

15   On September 27, 2006, Plaintiff filed Amended DFEH Complaints against

16   Defendants alleging sex and disability harassment, sexual assault, retaliation and denial of

17   accommodation. (Exhibit E.) Plaintiff did not allege that she was subjected to discrimination,

18   termination, demotion, or was forced to quit in any of her Amended DFEH Complaints. (*Id.*)

19   Plaintiff did not obtain a right to sue notice for these new allegations. Nor did she serve the

20   Amended DFEH Complaints on Defendants.

21   Realizing her mistake, Plaintiff belatedly tried to remedy her failure to properly and

22   timely exhaust her administrative remedies by filing Amended Complaints with the DFEH on

23   April 1, 2008. (Amended DFEH Complaints attached to the Third Amended Complaint.) In these

24   untimely Amended Complaints, Plaintiff reasserts some of her previous allegations, but also asserts

25   additional theories, including a new allegation that she was demoted. (*Id.*) Plaintiff's April 1, 2008

26   Amended DFEH Charges do not include an allegation that she was fired, laid off, or forced to quit.

27   (*Id.*)

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

**DEFS' MPA ISO MOTION TO DISMISS/STRIKE**    4.    **CASE NO. C 07-05261 WHA**

1    **B.    Plaintiff's Third Amended Complaint**

2         On April 4, 2008, Plaintiff filed her Third Amended Complaint in which she alleges:

3         Plaintiff subsequently and timely filed for immediate Right to Sue
          Notices with the Department of Fair Employment and Housing
4         (DFEH) ... covering the discrimination, harassment, and retaliation
          endured in the course and scope of her employment, thereby
5         exhausting her administrative remedies.    Said DFEH right to Sue
          Notice has since been amended to reflect the ongoing nature of the
6         harm, and is served herewith. (TAC ¶ 42.)

7    Plaintiff attached her April 1, 2008 Amended DFEH Complaints to the Third Amended Complaint,

8    but did not attach her earlier-filed DFEH Complaints.

9    **III.    ARGUMENT**

10    **A.    Standard Of Review**

11         A motion under Rule 12(b)(6) of the Federal Rules of Civil Procedure tests the legal

12    sufficiency of the claims stated in the complaint.  The court must decide whether the facts alleged, if

13    true, would entitle the plaintiff to some form of legal remedy.  Thus, the motion is proper where

14    there is either a "lack of a cognizable legal theory" or "the absence of sufficient facts alleged under a

15    cognizable legal theory." *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1988).  For

16    the reasons discussed below, Plaintiff's Third Amended Complaint fails to contain sufficient facts to

17    establish many of the Causes of Action asserted against Defendants The Bohemian Club, Campbell

18    and Brandenburg.

19    **B.    The Court May Consider Documents Referenced in the Third Amended
            Complaint For Purposes Of A Motion to Dismiss Under Rule 12(b)(6).**

20

21         For purposes of a 12(b)(6) motion, a court generally cannot consider material outside

22    the complaint, but documents submitted with the complaint may be considered as part of the

23    complaint. *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, Inc., 896 F.2d 1542, 1555 (9th Cir.

24    1990); *see also Kaufman & Broad–South Bay v. Unisys Corp.*, 822 F.Supp. 1468, 1472 (ND CA

25    1993) (documents attached to the complaint and referenced therein are treated as part of the

26    complaint).  Moreover, if a plaintiff fails to attach documents on which her complaint is based, a

27    defendant may attach the referenced documents to its motion to dismiss to show that they do not

28    support plaintiff's claim. *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other*

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415 433 1940

DEFS' MPA ISO MOTION TO DISMISS/STRIKE    5.    CASE NO. C 07-05261 WHA

1   *grounds in Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1127 (9th Cir. 2002)   Such

2   documents may be considered by the court if:  1) the complaint refers to the documents; 2) the

3   documents are central to plaintiff's claim; and 3) no party questions the authenticity of the

4   documents attached to the 12(b)(6) motion.  *Id.*

5          Defendants request that the Court consider the attached DFEH Complaints, Right to

6   Sue Notices and Notices to Complainant's Attorney as all three of the requirements stated above are

7   satisfied here.  Plaintiff's Third Amended Complaint explicitly refers to these documents.  (See TAC

8   ¶ 42.)   The attached documents are central to Plaintiff's FEHA claims because exhaustion of

9   administrative remedies is a jurisdictional prerequisite to filing suit for alleged violations of the

10  FEHA.  Cal. Gov. Code § 12960.  Finally, Plaintiff cannot question the authenticity of the DFEH

11  documents as she completed and filed them with the DFEH.

12  **C.    Plaintiffs' First Through Eighth Causes Of Action[1], Which Assert FEHA
          Claims, Must Be Dismissed Because Plaintiff Did Not Exhaust Her
13        Administrative Remedies Before Filing Suit.**

14      **1.    Plaintiff's First Cause of Action Alleging Sex and Disability
              Discrimination Fails Because Plaintiff Did Not Exhaust Her
15            Administrative Remedies Before Filing Suit.**

16          It is well established that exhausting administrative remedies with the DFEH is a

17  statutory prerequisite to filing a civil for discrimination under the FEHA. Cal. Gov. Code § 12960;

18  *Rojo v. Kliger*, 52 Cal. 3d 65, 83 (1990); *Romano v. Rockwell Int'l, Inc.*, 14 Cal. 4th 479, 492 (1996).

19  Where a plaintiff does not properly exhaust her administrative remedies, the court lacks jurisdiction

20  over a corresponding civil claim for violation of FEHA.  *Martin v. Lockheed Missiles & Space Co.*,

21  29 Cal. App. 4th 1718, 1729 (1994); *Valdez v. City of Los Angeles*, 231 Cal. App. 3d 1043, 1052

22  (1991) ("Discrimination complaints not timely filed with the department cannot be the basis for a

23  civil action against the employer.")  Indeed, "[t]he failure to exhaust an administrative remedy is a

24  jurisdictional, not a procedural defect, and thus failure to exhaust administrative remedies is a

25  ground for a defense summary judgment." *Martin*, 29 Cal. App. 4th at 1724 [internal quotes

26  omitted].

27

28

---

[1] Plaintiff's Third Amended Complaint is missing a Third Cause of Action, so in actuality only seven Causes of Action alleging FEHA violations should be dismissed.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

1  Under the FEHA, a plaintiff is required to file an administrative charge with the

2  DFEH within one year of the alleged discriminatory conduct. Cal. Gov. Code § 12960.  Here,

3  Plaintiff did not file a timely DFEH Complaint alleging discrimination in violation of the FEHA.

4  (Exhibits A, E.)  Plaintiff's DFEH Complaints allege sex and disability harassment, sexual assault,

5  retaliation and denial of accommodation, but not discrimination.  (*Id.*)  Plaintiff must have filed a

6  DFEH Complaint alleging discrimination prior to bringing this lawsuit, which she did not do.

7  Therefore, her discrimination claim should be dismissed.  *See Okoli* v. *Lockheed Technical*

8  *Operations Co.* (1995) 36 Cal. App. 4th 1607, 1609-1610, 1617 (plaintiff who filed a DFEH

9  complaint only alleging race discrimination did not exhaust administrative remedies with respect to

10  the claim of retaliation in his lawsuit); *Martin*, 29 Cal. App. 4th at 1724 ("To exhaust his or her

11  administrative remedies as to a particular act made unlawful by the Fair Employment and Housing

12  Act, the claimant must specify that act in the administrative complaint, even if the complaint does

13  specify other cognizable wrongful acts.")

14  Moreover, Plaintiff's new allegation in her April 1, 2008 Amended DFEH

15  Complaints that she was demoted is clearly untimely as it is well beyond one year of the alleged

16  unlawful conduct.  Indeed, the last alleged instance of wrongful conduct in the Third Amended

17  Complaint was in "December of 2006, or January of 2007." (TAC ¶ 13.) Therefore, Plaintiff failed

18  to exhaust her administrative remedies and her First Cause of Action must be dismissed without

19  leave to amend as to all Defendants.  Cal. Gov. Code § 12960; *Rojo,* 52 Cal. 3d at 83; *Romano*, 14

20  Cal. 4th at 492; *Martin*, 29 Cal. App. 4th at 1728.

21  **2.  Plaintiff Failed to Serve Her DFEH Complaints On Defendants Within 60 Days As Required by the FEHA.**

22

23  In addition to the timely filing of an administrative charge, the FEHA also requires a

24  complainant who has retained private counsel to serve the DFEH Complaint and Right to Sue Notice

25  on the entity or person alleged to have violated the statute within 60 days. Cal. Gov. Code § 12962.

26  Specifically, the statute provides as follows:

27  (a) The department shall cause any verified complaint filed for investigation under the provisions of this part to be served, either

28  personally or by certified mail with return receipt requested, upon the

person, employer, labor organization, or employment agency alleged to have committed the unlawful practice complained of.

(b) Notwithstanding subdivision (a), where a person claiming to be aggrieved by an alleged unlawful practice hires or retains private counsel for purposes of representation of the claim, the private counsel, and not the department, shall cause the verified complaint filed under the provisions of this part to be served, either personally or by certified mail with return receipt requested, upon the person, employer, labor organization, or employment agency alleged to have committed the unlawful practice.

(c) Service shall be made at the time of initial contact with the person, employer, labor organization, or employment agency or the agents thereof, or within 60 days, whichever first occurs.... *Id.*

In *Wasti v. Superior Court*, 140 Cal App. 4th 667, which is the only reported case interpreting Government Code § 12962, the court gave the "words of the statute their ordinary and usual meaning" and recognized and applied the statute's clear distinction between individuals not represented by private counsel and individuals who are represented by private counsel. *Id.* at 673. The court stated: "The 2003 amendments [to Government Code section 12962] required employees who were represented by private counsel to themselves serve a copy of the administrative complaint upon the employer within a 60 day period." *Id.* at 672. Because the plaintiff in *Wasti* was not represented by counsel at the time she requested her right to sue letter from the DFEH, the court held that her failure to serve the DFEH complaint within 60 days was not a jurisdictional prerequisite to her FEHA civil suit. *Id.* at 674.

Here, however, Plaintiff *was* represented by counsel when she filed her DFEH Complaints and requested an immediate right to sue. (Exhibit B.) Therefore, "giving words of the statute their ordinary and usual meaning," Plaintiff failed to exhaust her administrative remedies by neglecting to serve her DFEH Complaints on Defendants within 60 days of requesting her right to sue. Cal. Gov. Code § 12962(b) and (c).

Moreover, Plaintiff's transparent attempt to remedy her error by filing new DFEH Complaints on April 1, 2008 does not save her claims. Those Amended DFEH Complaints were filed more than one year after the last instance of alleged wrongful conduct. (TAC ¶ 13.) As such, they are clearly untimely. Cal. Gov. Code § 12960; *Rojo,* 52 Cal. 3d at 83; *Romano,* 14 Cal. 4th at 492; *Martin,* 29 Cal. App. 4th at 1728. Thus, Plaintiff's service of the untimely DFEH Complaints

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108-2693
415.433.1940

DEFS' MPA ISO MOTION TO DISMISS/STRIKE        8.        CASE NO. C 07-05261 WHA

1  does not change the fact that she failed to timely serve her earlier DFEH Complaints and Right to

2  Sue Notices as required by the statute. Cal. Gov. Code § 12962.

3          The *Wasti* Court expressed some concern that this service requirement could "impose

4  a trap upon the unwary." *Id.* at 673. That is certainly not a concern here. Plaintiff and her lawyer

5  completed and filed a Right-To-Sue Complaint Information Sheet, which asked:

> DO YOU HAVE AN ATTORNEY WHO HAS AGREED TO REPRESENT YOU ON YOUR EMPLOYMENT DISCRIMINATION CLAIMS IN COURT? IF YOU CHECK "YES", YOU WILL BE RESPONSIBLE FOR HAVING YOUR ATTORNEY SERVE THIS DFEH COMPLAINT. (Exhibit B [All capital letters in the original])

10  Plaintiff checked "Yes" and listed her attorney's name, Burke Hansen, along with his address and

11  phone number. What's more, the DFEH sent four separate Notices of Case Closure to Plaintiff's

12  attorney which instructed:

> Please note that under Government Code section 12962, you are responsible for **service of the complaint** on respondent(s). You should also enclose a copy of the Notice of Case Closure along with the complaint, These documents must be served within **60 days** of the filing date of the complaint. Government Code section 12962(b) further provides that complaints must be served either personally or by certified mail with return receipt requested. (Exhibit D) [emphasis in original]

18          Because Plaintiff failed to serve the required documents on a timely basis as required

19  by the plain meaning of the statute, the Court does not have jurisdiction to hear Plaintiff's FEHA

20  claims and they should be dismissed without leave to amend. Cal. Gov. Code § 12962(b) and (c).

21  **D.    Plaintiff's Second Cause of Action Should Be Dismissed As to Individual Defendant Brandenburg As Individuals Cannot be Individually Liable for Retaliation.**

23          The California Supreme Court recently held that individuals cannot be held

24  individually liable for retaliation. *Jones v. The Lodge at Torrey Pines Partnership*, 2008 WL

25  553670 (2008). Specifically, the Supreme Court held:

> In *Reno v. Baird* (1998) 18 Cal. 4th 640, we held that, although an employer may be held liable for discrimination under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 *et seq.*), nonemployer individuals are not personally liable for that discrimination. In this case, we must decide whether the FEHA makes

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
ian Francisco, CA  94108 2693
415 433 1940

**DEFS' MPA ISO MOTION TO DISMISS/STRIKE**        9.        **CASE NO. C 07-05261 WHA**

1    individuals personally liable for *retaliation*. We conclude that the same
2    rule applies to actions for retaliation that applies to actions for
     discrimination: The employer, but not nonemployer individuals, may
3    be held liable.

4        Thus, Plaintiff's Third Cause of Action alleging FEHA retaliation should be

5    dismissed as to Defendant Brandenburg without leave to amend.

6    **E.    Plaintiff's Fourth Cause of Action Should Be Dismissed As To Individual**
         **Defendants Campbell and Brandenburg Because Supervisors Cannot Be**
7        **Individually Liable For Aiding and Abetting Harassment.**

8        Plaintiff's Fourth Cause of Action alleges that all defendants aided and abetted sexual

9    or disability harassment as proscribed by FEHA section 12940(i).  This claim is not viable as to

10   Defendants Campbell and Brandenburg because they cannot be held individually liable for that

11   provision of the statute.  *Janken v. Hughes*, 46 Cal. App. 4th 55, 78 (1996) ("we conclude that the

12   Legislature did not intend to impose personal liability upon individual supervisory employees by the

13   roundabout method of 'aiding and abetting' language."); *Reno v. Baird*, 18 Cal. 4th 640, 655-656

14   (1998).  Therefore, the Fourth Cause of Action should be dismissed as to Defendants Campbell and

15   Brandenburg.

16   **F.    Plaintiff's Fifth Cause of Action Should Be Dismissed As To The Individual**
         **Defendants As Supervisors Cannot Be Individually For Failure to Maintain An**
17       **Environment Free from Harassment.**

18       Plaintiff's Fifth Causes of Action must be dismissed as to Campbell and Brandenburg

19   because individuals cannot be held liable for failing to maintain an environment free of harassment.

20   Cal. Gov. Code § 12040(j) ("an *entity* shall take all reasonable steps to prevent harassment from

21   occurring." [emphasis added]); *Fiol v. Doellstedt*, 50 Cal. 4th 1318, 1327, 1331 (a supervisor cannot

22   be personally liable for failing to act to prevent harassment.)  Accordingly, Plaintiff's Fifth Cause of

23   Action against Defendants Campbell and Brandenburg should be dismissed without leave to amend.

24   **G.    Plaintiff's Eleventh, Twelfth and Twenty-Third Causes of Action Alleging**
         **Unlawful Threats and Gender Violence Fail to State A Claim for Which Relief**
25       **May Be Granted.**

26       With her Eleventh, Twelfth, and Twenty-Third Causes of Action, Plaintiff alleges that

27   all Defendants engaged in unlawful threats of violence against her in violation of California Civil

28   Code sections 51.7 and 52.1 and gender violence in violation of California Code section 52.4(c).

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

**DEFS' MPA ISO MOTION TO DISMISS/STRIKE**    10.    **CASE NO. C 07-05261 WHA**

1    California Civil Code section 51.7 prohibits threats of violence and violence based on certain

2    categories including sex.  Cal. Civ. Code 51.7.  Likewise, California Civil code section 52.1

3    proscribes "threats, intimidation, or coercion, or attempts to interfere by threats, intimidation, or

4    coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the

5    Constitution or laws of the United States, or of the rights secured by the Constitution or laws of this

6    state."  Cal. Civ. Code 52.1(a).  California Civil Code section 52.4(c) prohibits gender violence that

7    "would constitute a criminal offense under state law that has as an element of the use, attempted use,

8    or threatened use of physical force against the person or property of another, committed at least in

9    part based on the gender of the victim, whether or not those acts have resulted in criminal

10   complaints, charges, prosecution, or conviction."  Cal. Civ. Code 52.4(c).

11          Plaintiff's factual allegations do not support violations of these statutes.  Plaintiff

12   alleges that, on one occasion, Defendant Bowen told her that Brandenburg told him that he "would

13   really make sure that if and when she comes back he will really make sure she gets hurt by

14   overloading her schedule."  (TAC ¶ 79.)  Plaintiff also alleges that an unnamed employee "attacked"

15   her with a cart and Brandenburg required her to perform work that went beyond her work

16   restrictions.  (*Id.*)  None of these alleged acts are threats of violence or actual violence by any

17   Defendant.  Needless to say, assigning work to an employee, no matter how strenuous, is not a threat

18   of violence or actual violence.  The notion that Plaintiff as a unionized employee would be forced to

19   perform work to her physical detriment without any recourse is highly dubious.  Further, Plaintiff

20   does not present any facts to suggest that the employee who "attacked" her with the cart was acting

21   on behalf of any of the Defendants.  Simply put, Plaintiff's attempt to characterize her harassment

22   allegations as threats of violence or violence is untenable.  Thus, Plaintiff's Eleventh, Twelfth and

23   Twenty-Third Cause of Action should be dismissed as to all Defendants.

**H.    Plaintiff's Sixteenth Cause of Action for Negligent Supervision Against All Defendants Is Preempted by the California Workers' Compensation Statute.**

26          Plaintiff's Sixteenth Cause of Action alleging negligent supervision should be

27   dismissed because negligence claims are completely preempted by the California Workers'

28   Compensation Act, Labor Code section 3600 *et seq.  See Coit Drapery Cleaners, Inc. v. Sequoia Insurance*

1   *Co.*, 14 Cal. App. 4th 1595 ("any claim for mere negligence by [the employer] would be barred here by the

2   workers' compensation laws, since [the employee] was the employee of [the employer] and may not sue for

3   its allegedly negligent or improper supervision."); *see also Livitsanos v. Superior Court*, 2 Cal. 4th 744,

4   747 (1992); *Robomatic, Inc. v. Vetco Offshore*, 225 Cal. App. 3d 270, 274-75 (1990); *Williams v.*

5   *Schwartz*, 61 Cal. App. 3d 628 (1976).  The California Workers' Compensation Act provides the

6   exclusive remedy for an employee who claims to have suffered an injury as a result of the negligent

7   conduct of his or her employer.  *Fermino v. Fedco, Inc.*, 7 Cal. 4th 701, 713-14 (1994); *see also*

8   *Arendell v. Auto Parts Club, Inc.*, 29 Cal. App. 4th 1261, 1265 (1994) (although intentional conduct

9   which violates public policy may be "beyond the compensation bargain" and thus actionable, no

10  such exception exists for negligent or reckless behavior).  Plaintiff's negligent supervision claim

11  "alleges only negligence . . . not a desire [by the employer] to cause the injurious consequences or a

12  belief that they were substantially certain to result."  *Id.*  Thus, "[t]he foundation for potential

13  avoidance of workers' compensation exclusivity - intentional conduct - is simply absent" from

14  Plaintiff's negligent supervision claim, and as such, it should be dismissed as to all Defendants.

15      **I.    Plaintiff's Invasion of Privacy Claim Fails Against All Defendants as Plaintiff
           Has Not Alleged Specific Facts to Support the Claim and It is Time Barred.**

16

17          Plaintiff's Eighteenth Cause of Action alleging invasion of privacy is time-barred as

18  there is no alleged invasive conduct within the two year statute of limitations period.  Code Civ. Pro.

19  § 335.1; *Cain v. State Farm*, 62 Cal. 3d 310, 313 (1976).

20          Even if it were not time-barred, Plaintiff has failed to allege sufficient facts against

21  The Bohemian Club or Campbell to support this Cause of Action.  *See Hill v. National Collegiate*

22  *Athletic Ass'n*, 7 Cal. 4th 1, 40 (1994).  Indeed, Plaintiff has not alleged a single fact that suggests

23  that the Club or Campbell invaded a "legally protected privacy interest" of Plaintiff.  *Id.*  Without

24  some factual foundation within the statutory period, Plaintiff's Eighteenth Cause of Action must be

25  dismissed.

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFS' MPA ISO MOTION TO DISMISS/STRIKE          12.                    CASE NO. C 07-05261 WHA

1      **J.**     **Plaintiff's Twenty-First Cause of Action Should Be Dismissed As to Defendant**
              **Brandenburg As Plaintiff Does Not Allege That There Was A Contract Between**
2               **Plaintiff and Brandenburg.**

3                 Plaintiff's Twenty-First Cause of Action improperly asserts that individual defendant

4 Brandenburg is liable for the alleged breach of a contract between Plaintiff and Defendant The

5 Bohemian Club. (TAC ¶ 118.) Individual supervisors and nonsupervisory employees may not be

6 held liable for breach of contract. *See Egan v. Mutual of Omaha Ins. Co.*, 24 Cal. 3d 809, 824

7 (1979). Such claims are improper against individual supervisors because they are not parties to the

8 employment contract. *Id.*; see also *Cleary v. American Airlines, Inc.*, 111 Cal. App. 3d 443, 456

9 (1980), *overruled on other grounds* ("the law is clear that [individual employees] may not be held

10 accountable for the employer's breach.") Because Plaintiff cannot state a breach of contract claim

11 against Defendant Brandenburg, the Twenty-First Cause of Action should be dismissed as to him.

12 **IV.**     **CONCLUSION**

13                 Based on the foregoing, Defendants request that the Causes of Action discussed

14 above be dismissed as requested herein.

15 Dated: April 18, 2008

16

17                                                                      
JOSHUA J. CLIFFE
18                      LITTLER MENDELSON
                     A Professional Corporation
19                      Attorneys for Defendants
                     THE BOHEMIAN CLUB, RICHARD
20                      BRANDENBURG AND DAN CAMPBELL

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415 433 1940

# EXHIBIT A

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER **DFEH #** E200607 A-0218-00-sc
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)   TELEPHONE NUMBER (INCLUDE AREA CODE)
Miss Tami Lynn Greenwald   505-228-2378

ADDRESS
4633 Irving St.

CITY/STATE/ZIP  San Francisco, Ca  94122   COUNTY   COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
The Bohemian Club   TELEPHONE NUMBER (Include Area Code)   415-885-2440

ADDRESS   DFEH USE ONLY
624 Taylor St.

CITY/STATE/ZIP  San Francisco, Ca  94102   COUNTY   COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)   DATE MOST RECENT OR CONTINUING DISCRIMINATION   RESPONDENT CODE
50 +   TOOK PLACE (month, day, and year)  9-15-05-9-28-05

THE PARTICULARS ARE:

On 9-15-05 I was
9-28-06

- ___ fired
- ___ laid off
- ___ demoted
- ✓ harassed
- ___ genetic characteristics testing
- ___ forced to quit

- ___ denied employment
- ___ denied promotion
- ___ denied transfer
- ___ denied accommodation
- ___ impermissible non-job-related inquiry
- ___ other (specify)

- ___ denied family or medical leave
- ___ denied pregnancy leave
- ___ denied equal pay
- ___ denied right to wear pants
- ___ denied pregnancy accommodation

by Albert Bowen - Director of Human Resources
   Name of Person          Job Title (supervisor/manager/personnel director/etc.)

because of my:
- ✓ sex
- ___ age
- ___ religion
- ___ race/color
- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association
- ___ physical disability
- ___ mental disability
- ___ other (specify)
- ___ cancer
- ___ genetic characteristic

___ (Circle one) filing;
Protesting; participating in
investigation (retaliation for)

the reason given by Albert Bowen - Director of human Resources
                       Name of Person and Job Title

Was because He repeatedly made sexual advances toward me
of [please
state what
you believe to
be reason(s)]

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated August 25, 2006

COMPLAINANT'S SIGNATURE   Tami Greenwald

RECEIVED
AUG 30 2006
BY: SAN FRANCISCO DISTRICT OFFICE

At San Francisco, Ca
   City

DATE FILED:  August 30, 2006

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# * * * EMPLOYMENT * * *

COMPLAINT OF DISCRIMINATION UNDER    DFEH # ___E200607 A-0218-01-sc___
THE PROVISIONS OF THE CALIFORNIA
FAIR EMPLOYMENT AND HOUSING ACT                    DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)                           TELEPHONE NUMBER (INCLUDE AREA CODE)
Tani Greenwald (w) Lynn                    505-228-2378
ADDRESS
4633 Irving St.
CITY/STATE/ZIP  San Francisco, Ca 94122        COUNTY        COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE,
OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:
NAME                                        TELEPHONE NUMBER (Include Area Code)
Albert Bowen - Director of H.R.    415-885-2440
ADDRESS                                                   DFEH USE ONLY
624 Taylor St.
CITY/STATE/ZIP  San Francisco, Ca 94102        COUNTY        COUNTY CODE
NO. OF EMPLOYEES/MEMBERS (if known)   DATE MOST RECENT OR CONTINUING DISCRIMINATION   RESPONDENT CODE
50+                                   TOOK PLACE (month, day, and year) 9-15-06 + 9-28-06

THE PARTICULARS ARE:
On 9-15-2006       I was   ___ fired          ___ denied employment          ___ denied family or medical leave
  9-28-2006               ___ laid off        ___ denied promotion           ___ denied pregnancy leave
                         ___ demoted         ___ denied transfer            ___ denied equal pay
                         ✓ harassed          ___ denied accommodation       ___ denied right to wear pants
                         ___ genetic characteristics testing  ___ impermissible non-job-related inquiry  ___ denied pregnancy accommodation
                         ___ forced to quit  ___ other (specify)

by  Albert Bowen - Director of Human Resources
    Name of Person              Job Title (supervisor/manager/personnel director/etc.)

because of my:  ✓ sex          ___ national origin/ancestry   ___ physical disability   ___ cancer                ___ (Circle one) filing;
                ___ age         ___ marital status            ___ mental disability     ___ genetic characteristic   Protesting; participating in
                ___ religion    ___ sexual orientation                                                            investigation (retaliation for)
                ___ race/color  ___ association               ___ other (specify)

the reason given by  Albert Bowen - Director of H.R.
                     Name of Person and Job Title

Was because  He repeatedly made sexual advances toward
of [please    Me.
state what
you believe to
be reason(s)]

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I
want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the
DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair
Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters
stated on my information and belief, and as to those matters I believe it to be true.

Dated August 25, 2006          Tani Greenwald          RECEIVED
                                    COMPLAINANT'S SIGNATURE
                                                              AUG 30 2006
At  San Francisco, Ca
         City                                          BY: SAN FRANCISCO DISTRICT OFFICE

                    DATE FILED:  August 30, 2006

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                        STATE OF CALIFORNIA

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # ___E200607 A-0218-02-sc___

DFEH USE ONLY

---

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Tami Greenwald (M) Lynn

TELEPHONE NUMBER (INCLUDE AREA CODE)
505- 228-2378

ADDRESS
4633 Irving St.

CITY/STATE/ZIP  San Francisco Ca 94122    COUNTY    COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME  Dan Cambell

TELEPHONE NUMBER (include Area Code)
415-885-2440    DFEH USE ONLY

ADDRESS  624 Taylor St.

CITY/STATE/ZIP  San Francisco, Ca 94102    COUNTY    COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)  50 +

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)    RESPONDENT CODE

THE PARTICULARS ARE:

On _____ I was

- [ ] fired
- [ ] laid off
- [ ] demoted
- [x] harassed
- [ ] genetic characteristics testing
- [ ] forced to quit

- [ ] denied employment
- [ ] denied promotion
- [ ] denied transfer
- [ ] denied accommodation
- [ ] impermissible non-job-related inquiry
- [ ] other (specify)

- [ ] denied family or medical leave
- [ ] denied pregnancy leave
- [ ] denied equal pay
- [ ] denied right to wear pants
- [ ] denied pregnancy accommodation

by  Dan Cambell    Manager
Name of Person    Job Title (supervisor/manager/personnel director/etc.)

because of my:
- [x] sex
- [ ] age
- [ ] religion
- [ ] race/color

- [ ] national origin/ancestry
- [ ] marital status
- [ ] sexual orientation
- [ ] association

- [ ] physical disability
- [ ] mental disability
- [ ] other (specify)

- [ ] cancer
- [ ] genetic characteristic

_____ (Circle one) filing;
Protesting; participating in investigation (retaliation for)

the reason given by  Dan Cambell    Manager
Name of Person and Job Title

Was because of [please state what you believe to be reason(s)]

He Made in-appropriate comments to me.

---

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  August 25, 2006

_Tami Greenwald_
COMPLAINANT'S SIGNATURE

At  San Francisco Ca
City

RECEIVED
AUG 30 2006
BY: SAN FRANCISCO DISTRICT OFFICE

DATE FILED:  August 30, 2006

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER**    DFEH #   E200607 A-0218-03-sc
**THE PROVISIONS OF THE CALIFORNIA**
**FAIR EMPLOYMENT AND HOUSING ACT**

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.) _Tami L. Greenwald_    TELEPHONE NUMBER (INCLUDE AREA CODE) _505-228-2378_

ADDRESS _4033 Irving St._

CITY/STATE/ZIP _San Francisco, Ca 94122_    COUNTY    COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME _Richard Brandenburg_    TELEPHONE NUMBER (Include Area Code) _415-885-2400_

ADDRESS _624 Taylor St._    DFEH USE ONLY

CITY/STATE/ZIP _San Francisco, Ca 94102_    COUNTY    COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)    DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)    RESPONDENT CODE

THE PARTICULARS ARE:

On _September_ I was

- ___ fired
- ___ laid off
- ___ demoted
- _✓_ harassed
- ___ genetic characteristics testing
- ___ forced to quit

- ___ denied employment
- ___ denied promotion
- ___ denied transfer
- ___ denied accommodation
- ___ impermissible non-job-related inquiry
- ___ other (specify)

- ___ denied family or medical leave
- ___ denied pregnancy leave
- ___ denied equal pay
- ___ denied right to wear pants
- ___ denied pregnancy accommodation

by _Richard Brandenburg ~ Executive Chef_
   Name of Person            Job Title (supervisor/manager/personnel director/etc.)

because of my:
- ___ sex
- ___ age
- ___ religion
- ___ race/color

- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association

- _✓_ physical disability
- ___ mental disability
- ___ other (specify)

- ___ cancer
- ___ genetic characteristic

___ (Circle one) filing; Protesting; participating in investigation (retaliation for)

the reason given by _Richard Brandenburg    Executive Chef_
                                  Name of Person and Job Title

Was because of [please state what you believe to be reason(s)]    _I was harassed because of my physical disability_

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated _August 25, 2006_     _Tami Greenwald_

                                  COMPLAINANT'S SIGNATURE

At _San Francisco, Ca_
       City

RECEIVED AUG 30 2006 BY: SAN FRANCISCO DISTRICT OFFICE

                 DATE FILED:    August 30, 2006

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING              STATE OF CALIFORNIA

# EXHIBIT B

# RIGHT-TO-SUE COMPLAINT INFORMATION SHEET

*Send via 9/6/06 c.2.*

DFEH needs a separate signed complaint for each employer, person, labor organization, employment agency, apprenticeship committee, state or local government agency you wish to file against. If you are filing against both a company and an individual(s), please complete separate complaint forms naming the company or an individual in the appropriate area.

Please complete the following so that DFEH can process your complaint and for DFEH for statistical purposes, and return with your signed complaint(s):

**YOUR RACE /ETHNICITY** (Check one)
__ African-American
__ African - Other
__ Asian/Pacific Islander (specify)_____
✓ Caucasian (Non-Hispanic)
__ Native American
__ Hispanic(specify)_____

**YOUR PRIMARY LANGUAGE** (specify)
_____English_____

**YOUR AGE:**   32

**IF FILING BECAUSE OF YOUR  NATIONAL ORIGIN/ANCESTRY, YOUR NATIONAL ORIGIN/ANCESTRY** (specify)
_____

**IF FILING BECAUSE OF DISABILITY.**
**YOUR DISABILITY:**
__ AIDS
__ Blood/Circulation
__ Brain/Nerves/Muscles
__ Digestive/Urinary/Reproduction
__ Hearing
__ Heart
__ Limbs (Arms/Legs)
__ Mental
__ Sight
__ Speech/Respiratory
__ Spinal/Back

**IF FILING BECAUSE OF MARITAL STATUS.**
**YOUR MARITAL STATUS:** (Check one)
__ Cohabitation
__ Divorced
__ Married
✓ Single

**IF FILING BECAUSE OF RELIGION.**
**YOUR RELIGION:** (specify)
_____

**IF FILING BECAUSE OF SEX. THE REASON:**
✓ Harassment
__ Orientation
__ Pregnancy
__ Denied Right to Wear Pants
__ Other Allegations (List)
_____

**YOUR GENDER:**  ✓ Female  __ Male

**YOUR OCCUPATION:**
__ Clerical
__ Craft
__ Equipment Operator
✓ Laborer
__ Manager
__ Paraprofessional
__ Professional
__ Sales
✓ Service
__ Supervisor
__ Technician

**HOW YOU HEARD ABOUT DFEH:**
__ Attorney
__ Bus/BART Advertisement
__ Community Organization
__ EEOC
__ EDD
__ Friend
__ Human Relations Commission
__ Labor Standards Enforcement
__ Local Government Agency
__ Poster
__ Prior Contact with DFEH
__ Radio
__ Telephone Book
__ TV
__ DFEH Web Site

**DO YOU HAVE AN ATTORNEY WHO HAS AGREED TO REPRESENT YOU ON YOUR EMPLOYMENT DISCRIMINATION CLAIMS IN COURT?  IF YOU CHECK "YES", YOU WILL BE RESPONSIBLE FOR HAVING YOUR ATTORNEY SERVE THIS DFEH COMPLAINT.**

✓ Yes    __ No

**PLEASE PROVIDE YOUR ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:**

_Bierke Hansen_
_819 Eddy St. San Francisco, Ca_
_415-771-6174      94109_
_Sami Greenwald  august 25,_
Your Signature      Date  _2006_

DFEH-300-03-1 (01/05)
Department of Fair Employment and Housing
State of California

# EXHIBIT C

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973 TTY (800) 700-2320 Fax (510) 622-2952
www.dfeh.ca.gov



August 31, 2006


BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:    E200607A0218-00-prsc
       GREENWALD/BOHEMIAN CLUB, THE

Dear BURKE HANSEN:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 30, 2006 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Herbert Yarbrough
District Administrator


cc:    Case File


THE BOHEMIAN CLUB
624 TAYLOR ST.
SAN FRANCISCO, CA  94102

DFEH-200-43 (06/06)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973 TTY (800) 700-2320 Fax (510) 622-2952
www.dfeh.ca.gov



August 31, 2006


BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:    E200607A0218-01-prsc
       GREENWALD/BOWEN, ALBERT, As an Individual

Dear BURKE HANSEN:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 30, 2006 because an immediate right-to-sue notice was requested.  DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint.  The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Herbert Yarbrough
District Administrator

cc:    Case File

ALBERT BOWEN
HUMAN RESOURCES DIRECTOR
THE BOHEMIAN CLUB
624 TAYLOR ST.
SAN FRANCISCO, CA  94102

DFEH-200-43 (06/06)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973 TTY (800) 700-2320 Fax (510) 622-2952
www.dfeh.ca.gov



August 31, 2006


BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:    E200607A0218-02-prsc
       GREENWALD/CAMBELL, DAN, As an Individual

Dear BURKE HANSEN:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective August 30, 2006 because an immediate right-to-sue notice was requested.  DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint.  The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Herbert Yarbrough
District Administrator

cc:    Case File

DAN CAMBELL
MANAGER
THE BOHEMIAN CLUB
624 TAYLOR ST.
SAN FRANCISCO, CA  94102

DFEH-200-43 (06/06)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY        ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973 TTY (800) 700-2320 Fax (510) 622-2952
www.dfeh.ca.gov



August 31, 2006


BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:   E200607A0218-03-prsc
     GREENWALD/BRANDENBURG, RICHARD, As an Individual

Dear BURKE HANSEN:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the
Department of Fair Employment and Housing (DFEH) has been closed effective
August 30, 2006 because an immediate right-to-sue notice was requested. DFEH
will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section
12965, subdivision (b), a civil action may be brought under the provisions of the
Fair Employment and Housing Act against the person, employer, labor organization
or employment agency named in the above-referenced complaint. The civil action
must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment
Opportunity Commission (EEOC) must be visited to file a complaint within 30 days
of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged
discriminatory act, whichever is earlier.

Notice of Case Closure
Page Two


DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

Herbert Yarbrough
District Administrator


cc:    Case File


RICHARD BRANDENBURG
EXECUTIVE CHIEF
THE BOHEMIAN CLUB
624 TAYLOR ST.
SAN FRANCISCO, CA  94102

DFEH-200-43 (06/06)

# EXHIBIT D

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA  94612
(510) 622-2973  TTY (800) 700-2320  Fax (510) 622-2952
www.dfeh.ca.gov

August 31, 2006

BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:  E200607A0218-00-sc
     GREENWALD/THE BOHEMIAN CLUB

Dear BURKE HANSEN:

# NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the
Department of Fair Employment and Housing on 8/30/2006 pursuant to the California
Fair Employment and Housing Act, Government Code section 12900 et seq.  Also
enclosed is a copy of your client's Notice of Case Closure, which constitutes your
client's right-to-sue notice.

Please note that under Government Code section 12962, you are responsible for
**service of the complaint** on respondent(s). You should also enclose a copy of the
Notice of Case Closure along with the complaint.  These documents must be served
within **60 days** of the filing date of the complaint.  Government Code section
12962(b) further provides that complaints must be served either personally or by
certified mail with return receipt requested.

For additional information, please read the enclosed Notice of Case Closure that
explains the conditions for filing a private lawsuit in the State of California.

Sincerely,

Herbert Yarbrough
District Administrator

Enclosure:   Complaint of Discrimination
             Notice of Case Closure

DFEH-200-06 (01/05)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973 TTY (800) 700-2320 Fax (510) 622-2952
www.dfeh.ca.gov

August 31, 2006

BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:  E200607A0218-01-sc
     GREENWALD/BOWEN, ALBERT, As an Individual

Dear BURKE HANSEN:

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the
Department of Fair Employment and Housing on 8/30/2006 pursuant to the California
Fair Employment and Housing Act, Government Code section 12900 et seq.  Also
enclosed is a copy of your client's Notice of Case Closure, which constitutes your
client's right-to-sue notice.

Please note that under Government Code section 12962, you are responsible for
**service of the complaint** on respondent(s). You should also enclose a copy of the
Notice of Case Closure along with the complaint.  These documents must be served
within **60 days** of the filing date of the complaint.  Government Code section
12962(b) further provides that complaints must be served either personally or by
certified mail with return receipt requested.

For additional information, please read the enclosed Notice of Case Closure that
explains the conditions for filing a private lawsuit in the State of California.

Sincerely,

Herbert Yarbrough
District Administrator

Enclosure:    Complaint of Discrimination
              Notice of Case Closure

DFEH-200-06 (01/05)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY

ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973 TTY (800) 700-2320 Fax (510) 622-2952
www.dfeh.ca.gov

August 31, 2006

BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:  E200607A0218-02-sc
     GREENWALD/CAMBELL, DAN, As an Individual

Dear BURKE HANSEN:

# NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the
Department of Fair Employment and Housing on 8/30/2006 pursuant to the California
Fair Employment and Housing Act, Government Code section 12900 et seq. Also
enclosed is a copy of your client's Notice of Case Closure, which constitutes your
client's right-to-sue notice.

Please note that under Government Code section 12962, you are responsible for
**service of the complaint** on respondent(s). You should also enclose a copy of the
Notice of Case Closure along with the complaint. These documents must be served
within **60 days** of the filing date of the complaint. Government Code section
12962(b) further provides that complaints must be served either personally or by
certified mail with return receipt requested.

For additional information, please read the enclosed Notice of Case Closure that
explains the conditions for filing a private lawsuit in the State of California.

Sincerely,

Herbert Yarbrough
District Administrator

Enclosure:    Complaint of Discrimination
              Notice of Case Closure

DFEH-200-06 (01/05)

STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                                ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1515 Clay Street, Suite 701, Oakland, CA 94612
(510) 622-2973 TTY (800) 700-2320 Fax (510) 622-2952
www.dfeh.ca.gov

August 31, 2006

BURKE HANSEN
ATTORNEY AT LAW

819 EDDY ST.
SAN FRANCISCO, CA 94109

RE:  E200607A0218-03-sc
     GREENWALD/BRANDENBURG, RICHARD, As an Individual

Dear BURKE HANSEN:

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the
Department of Fair Employment and Housing on 8/30/2006 pursuant to the California
Fair Employment and Housing Act, Government Code section 12900 et seq. Also
enclosed is a copy of your client's Notice of Case Closure, which constitutes your
client's right-to-sue notice.

Please note that under Government Code section 12962, you are responsible for
**service of the complaint** on respondent(s). You should also enclose a copy of the
Notice of Case Closure along with the complaint.  These documents must be served
within **60 days** of the filing date of the complaint.  Government Code section
12962(b) further provides that complaints must be served either personally or by
certified mail with return receipt requested.

For additional information, please read the enclosed Notice of Case Closure that
explains the conditions for filing a private lawsuit in the State of California.

Sincerely,

Herbert Yarbrough
District Administrator

Enclosure:    Complaint of Discrimination
              Notice of Case Closure

DFEH-200-06 (01/05)

# EXHIBIT E

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # _AMENDMENT TO:_ ~~E200607 A-0218-00-SC~~

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| Tami Greenwald | 585-228-2378 |

ADDRESS  4633 Irving St.

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| San Francisco, CA 94109 | SF | |

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

| NAME | TELEPHONE NUMBER (include Area Code) |
|---|---|
| The Bohemian Club | 415-885-2440 |

| ADDRESS | | DFEH USE ONLY |
|---|---|---|
| 624 Taylor St. | | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| San Francisco, CA 94102 | SF | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) | RESPONDENT CODE |
|---|---|---|
| 50+ | 3.03.03 through 9.28.05 | |

THE PARTICULARS ARE:

On  9.28.2005  I was

- ___ fired
- ___ laid off
- ___ demoted
- ✓ harassed
- ___ genetic characteristics testing
- ___ forced to quit

- ___ denied employment
- ___ denied promotion
- ___ denied transfer
- ✓ denied accommodation
- ___ impermissible non-job-related inquiry
- ✓ other (specify) SEXUAL ASSAULT

- ___ denied family or medical leave
- ___ denied pregnancy leave
- ___ denied equal pay
- ___ denied right to wear pants
- ___ denied pregnancy accommodation

by  Albert Bowen - Director of Human Resources + ~~Richard Brandon Rich~~
Executive Chef + Dan Campbell - Manager

Name of Person / Job Title (supervisor/manager/personnel director/etc.)

because of my:

- ✓ sex
- ___ age
- ___ religion
- ___ race/color

- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association

- ___ physical disability
- ___ mental disability
- ___ other (specify)

- ___ cancer
- ___ genetic characteristic

(Circle one) filing; (Protesting participating in investigation) (retaliation for)

the reason given by  Albert Bowen - Director of Human Resources
Name of Person and Job Title

**Was because of [please state what you believe to be reason(s)]**

Richard repeatedly denied accommodation for my disability - Over a period of 2½ years (through 9.28.05) Al repeatedly made sexual advances, sexual remarks, as well as committing sexual assaults, at Bohemian Club / Bohemian Grove - ~~Dan enable~~

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  September 27, 2006      _Tami Sreenwald_

COMPLAINANT'S SIGNATURE      RECEIVED

At  San Francisco      SEP 27 2006
City      DFEH SAN FRANCISCO DISTRICT OFFICE

DATE FILED: August 30, 2006

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# * * * EMPLOYMENT * * * Amendment to!

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # E200607 A-0218-01-SC

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
Tami Greenwald

TELEPHONE NUMBER (INCLUDE AREA CODE)
505-228-2378

ADDRESS
4653 Irving St.                                                    SF

CITY/STATE/ZIP San Francisco, CA 94122        COUNTY        COUNTY CODE

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

NAME
Albert Bowen, Director of Human Resources

TELEPHONE NUMBER (Include Area Code)
415-885-2440

ADDRESS
624 Taylor St.                                                   SF        DFEH USE ONLY

CITY/STATE/ZIP San Francisco        CA 94102        COUNTY        COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
50+

DATE MOST RECENT OR CONTINUING DISCRIMINATION
TOOK PLACE (month, day, and year) 3.3.03 – 9.28.05

RESPONDENT CODE

**THE PARTICULARS ARE:**

On 9.28.05 I was
(Dating from 3.3.03)

___ fired
___ laid off
___ demoted
✓ harassed
___ genetic characteristics testing
___ forced to quit

___ denied employment
___ denied promotion
___ denied transfer
___ denied accommodation
___ impermissible non-job-related inquiry
✓ other (specify) Sexual Assault

___ denied family or medical leave
___ denied pregnancy leave
___ denied equal pay
___ denied right to wear pants
___ denied pregnancy accommodation

by Albert Bowen                    Director of Human Resources

Name of Person        Job Title (supervisor/manager/personnel director/etc.)

because of my:
✓ sex        ___ national origin/ancestry        ✓ physical disability        ___ cancer
___ age        ___ marital status        ___ mental disability        ___ genetic characteristic
___ religion        ___ sexual orientation
___ race/color        ___ association        ___ other (specify)

(Circle one) filing in
Protesting/participating in
investigation (retaliation for)

the reason given by Albert Bowen Director of Human Resources
Name of Person and Job Title

**Was because of [please state what you believe to be reason(s)]**

From 3.3.2003 to 9.28.05 Albert Bowen repeatedly made sexual remarks, sexual advances, including walking in on me in the shower. ~~~~ I repeatedly complained about his treatment and then he tried to write me off the schedule

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated September 27, 2006        Tami Greenwald

COMPLAINANT'S SIGNATURE        RECEIVED

SEP 27 2006

At San Francisco
City

DATE FILED: August 30, 2006

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# * * * EMPLOYMENT * * *

AMENDMENT TO:

**COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # F200607 A-0218-02-SC

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
TAMI GREENWALD

TELEPHONE NUMBER (INCLUDE AREA CODE)
505 - 228 - 2378

ADDRESS
4633 IRVING ST

CITY/STATE/ZIP
SAN FRANCISCO CA 94122

COUNTY
SF

COUNTY CODE

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

NAME
DAN CAMPBELL

TELEPHONE NUMBER (Include Area Code)
415 - 885 - 2440

ADDRESS
624 TAYLOR ST.

DFEH USE ONLY

CITY/STATE/ZIP
SAN FRANCISCO CA 94102

COUNTY
SF

COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
50+

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)    9-28-05

RESPONDENT CODE

**THE PARTICULARS ARE:**

On SEPTEMBER 28, 2005 I was

- ___ fired
- ___ laid off
- ___ demoted
- ✓ harassed
- ___ genetic characteristics testing
- ___ forced to quit

- ___ denied employment
- ___ denied promotion
- ✓ denied transfer
- ___ denied accommodation
- ___ impermissible non-job-related inquiry
- ___ other (specify)

- ___ denied family or medical leave
- ___ denied pregnancy leave
- ___ denied equal pay
- ___ denied right to wear pants
- ___ denied pregnancy accommodation

by    DAN CAMPBELL        MANAGER
      Name of Person        Job Title (supervisor/manager/personnel director/etc.)

because of my:
- ✓ sex
- ___ age
- ___ religion
- ___ race/color

- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association

- ✓ physical disability
- ___ mental disability
- ___ other (specify)

- ___ cancer
- ___ genetic characteristic

___ (Circle one) filing;

Protesting, participating in investigation (retaliation for)

the reason given by    DAN CAMPBELL    MANAGER
                        Name of Person and Job Title

Was because
of [please state what you believe to be reason(s)]

HE MADE INAPPROPRIATE REMARKS AND STOOD BY AND DID NOTHING WHILE RICHARD AND AL MADE INAPPROPRIATE REMARKS

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe to be true.

Dated    September 27, 2006        Tami Greenwald
                                    COMPLAINANT'S SIGNATURE

At    San Francisco
      City

RECEIVED

SEP 27 2006

DFEH SAN FRANCISCO DISTRICT OFFICE

DATE FILED: August 30, 2006

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER**
**THE PROVISIONS OF THE CALIFORNIA**
**FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # ~~Amendment To : E200607A - 0218~~
~~- SC~~

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| TAMI GREENWALD | 505 - 228 - 2878 |

| ADDRESS | |
|---|---|
| 4633 Irving St. | SF |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE |
|---|---|---|
| San Francisco, CA 94122 | | |

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| Richard Brandenburg | 415 - 885 - 2440 |

| ADDRESS | | DFEH USE ONLY |
|---|---|---|
| 624 Taylor St. | SF | |

| CITY/STATE/ZIP | COUNTY | COUNTY CODE | RESPONDENT CODE |
|---|---|---|---|
| San Francisco CA 94102 | | | |

| NO. OF EMPLOYEES/MEMBERS (if known) | DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) September 28, 2005 |
|---|---|
| 50+ | |

**THE PARTICULARS ARE:**

On September 28, 2005 I was

- fired
- laid off
- demoted
- ✓ harassed
- genetic characteristics testing
- forced to quit

- denied employment
- denied promotion
- denied transfer
- ✓ denied accommodation
- impermissible non-job-related inquiry
- other (specify)

- denied family or medical leave
- denied pregnancy leave
- denied equal pay
- denied right to wear pants
- denied pregnancy accommodation

by Richard Brandenburg       Executive Chef
   Name of Person            Job Title (supervisor/manager/personnel director/etc.)

because of my:
- sex
- age
- religion
- race/color

- national origin/ancestry
- marital status
- sexual orientation
- association

- ✓ physical disability
- mental disability
- other (specify)

- cancer
- genetic characteristic

(Circle one) filing;
(Protesting) participating in
investigation (retaliation for)

the reason given by    Richard Brandenburg    Executive Chef
                       Name of Person and Job Title

Was because
of [please
state what
you believe to
be reason(s)]

Harassment due to Physical Disability and
Refusal to provide reasonable accomodation - Repeatedly

Abused Verbally up to 9/28/05 for requesting Accomodation

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated September 27, 2006    Tami Greenwald

COMPLAINANT'S SIGNATURE    RECEIVED

San Francisco
City                        SEP 27 2006

DATE FILED: August 30, 2006

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                    STATE OF CALIFORNIA

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER**     DFEH #_____
**THE PROVISIONS OF THE CALIFORNIA**                        DFEH USE ONLY
**FAIR EMPLOYMENT AND HOUSING ACT**

### CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

| YOUR NAME (indicate Mr. or Ms.) | TELEPHONE NUMBER (INCLUDE AREA CODE) |
|---|---|
| Tami Greenwald | 505-228-2378 |

ADDRESS  4633 Irving St.                                SF

CITY/STATE/ZIP  San Francisco CA          COUNTY          COUNTY CODE

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

NAME  The Bohemian Club                   TELEPHONE NUMBER (Include Area Code)  415-885-2440

ADDRESS  San Francisco 624 Taylor St.          SF          DFEH USE ONLY

CITY/STATE/ZIP  San Francisco CA 94102          COUNTY          COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)  50+     DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)  9.28.05     RESPONDENT CODE

**THE PARTICULARS ARE:**

On ___9-28-05___ I was

- fired
- laid off
- demoted
- [✓] harassed
- genetic characteristics testing
- forced to quit
- denied employment
- denied promotion
- denied transfer
- [✓] denied accommodation
- impermissible non-job-related inquiry
- other (specify)
- denied family or medical leave
- denied pregnancy leave
- denied equal pay
- denied right to wear pants
- denied pregnancy accommodation

by  Richard Brandenburg          Executive Chef
    Name of Person               Job Title (supervisor/manager/personnel director/etc.)

because of my:
- [✓] sex
- age
- religion
- race/color
- national origin/ancestry
- marital status
- sexual orientation
- association
- [✓] physical disability
- mental disability
- other (specify)
- cancer
- genetic characteristic

____(Circle one) filing;
(Protesting; participating in investigation (retaliation for))

the reason given by  Richard Brandenburg   Executive Chef
                     Name of Person and Job Title

**Was because of [please state what you believe to be reason(s)]**  Harassment due to physical disability and refusal to provide reasonable accomodation - Repeatedly abused verbally up to 9.28.05 for requesting accomodation

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act; whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  September 27, 2006   Tami Greenwald
                            COMPLAINANT'S SIGNATURE     RECEIVED

At  San Francisco                                        SEP 27 2006
   City

                                            SF SAN FRANCISCO DISTRICT OFFICE

DATE FILED:

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING                    STATE OF CALIFORNIA

# * * * EMPLOYMENT * * *

**COMPLAINT OF DISCRIMINATION UNDER**
**THE PROVISIONS OF THE CALIFORNIA**
**FAIR EMPLOYMENT AND HOUSING ACT**

DFEH # _____

DFEH USE ONLY

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (indicate Mr. or Ms.)
TAMI GREENWALD

TELEPHONE NUMBER (INCLUDE AREA CODE)
505 - 228 - 2578

ADDRESS
4633 Irving St.

CITY/STATE/ZIP
San Francisco, CA

COUNTY
SF

COUNTY CODE

**NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:**

NAME
The Bohemian Club

TELEPHONE NUMBER (Include Area Code)

ADDRESS
624 Taylor St.

COUNTY
SF

DFEH USE ONLY

CITY/STATE/ZIP
San Francisco, CA

COUNTY
COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (if known)
50 +

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year)  9.28.05

RESPONDENT CODE

THE PARTICULARS ARE:

On  9.28.05  I was

- ___ fired
- ___ laid off
- ___ demoted
- ___ harassed
- ___ genetic characteristics testing
- ___ forced to quit

- ___ denied employment
- ___ denied promotion
- ___ denied transfer
- ___ denied accommodation
- ___ impermissible non-job-related inquiry
- ___ other (specify)

- ___ denied family or medical leave
- ___ denied pregnancy leave
- ___ denied equal pay
- ___ denied right to wear pants
- ___ denied pregnancy accommodation

by  Dan Campbell  Manager
     Name of Person          Job Title (supervisor/manager/personnel director/etc.)

because of my:
- ✓ sex
- ___ age
- ___ religion
- ___ race/color

- ___ national origin/ancestry
- ___ marital status
- ___ sexual orientation
- ___ association

- ✓ physical disability
- ___ mental disability
- ___ other (specify)

- ___ cancer
- ___ genetic characteristic

(Circle one) filing;
Protesting, participating in investigation (retaliation for)

the reason given by  Dan Campbell  Manager
                     Name of Person and Job Title

Was because
of [please
state what
you believe to
be reason(s)]

He made inappropriate remarks — also did nothing while Richard and Albert Bowen made inappropriate remarks

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action."

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matters stated on my information and belief, and as to those matters I believe it to be true.

Dated  September 27, 2006

COMPLAINANT'S SIGNATURE
Tami Greenwald

RECEIVED
SEP 27 2006
BY SAN FRANCISCO DISTRICT OFFICE

At  San Francisco
     City

DATE FILED: _____

DFEH-300-03 (01/05)
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

STATE OF CALIFORNIA