WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>    Plaintiff,<br><br>v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>    Defendants. | Case No. C 07-05261 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL'S MOTION TO DISMISS AND STRIKE PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT<br><br>[F.R.C.P §§ 12(b)(6), 12(f)]<br><br>Date:     May 29, 2008<br>Time:     8:00 a.m.<br>Judge:    Hon. William H. Alsup<br>Location: Courtroom 9 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] ORDER                                              CASE NO. C 07-05261 WHA

On May 29, 2008, in Courtroom 9 of the United States District Court for the Northern District of California, before the Honorable William H. Alsup, Defendants The Bohemian Club, Dan Campbell and Richard Brandenburg's motion to dismiss and strike pursuant to Rules 12(b)(6) and 12(f) came on regularly for hearing in the above-captioned matter.

The Court having read the points and authorities in support of and in opposition to the motion, and having considered all of the pleadings in the Court's files and records in this matter and the oral argument of counsel, hereby grants Defendants' motion. The Court dismisses the following Causes of Action in Plaintiff Tami Greenwald's Third Amended Complaint as follows:

First Cause of Action – Plaintiff's FEHA discrimination claim is dismissed without leave to amend as to all Defendants because Plaintiff failed to exhaust her administrative remedies for her discrimination claim. Cal. Gov. Code § 12960; *Rojo v. Kliger*, 52 Cal. 3d 65, 83 (1990); *Romano v. Rockwell Int'l, Inc.*, 14 Cal. 4th 479, 492 (1996).

First through Eighth Causes of Action – Plaintiff's FEHA claims are dismissed without leave to amend against all Defendants because Plaintiff failed to exhaust her administrative remedies by serving her DFEH Complaints on Defendants within 60 days as required by the statute. Cal. Gov. Code § 12962; *Wasti v. Superior Court*, 140 Cal App. 4th 667.

Second Cause of Action – Plaintiff's retaliation claim against Defendant Brandenburg is dismissed without leave to amend because individuals cannot be individually liable for FEHA retaliation. *Jones v. The Lodge at Torrey Pines Partnership*, 2008 WL 553670 (2008).

Fourth Cause of Action – Plaintiff's Fourth Cause of Action is dismissed without leave to amend as to Defendants Campbell and Brandenburg because supervisors cannot be individually liable for aiding and abetting harassment. *Janken v. Hughes*, 46 Cal. App. 4th 55, 78 (1996); *Reno v. Baird*, 18 Cal. 4th 640, 655-656.

Fifth Cause of Action – Plaintiff's Fifth Causes of Action is dismissed without leave to amend as to Campbell and Brandenburg because individuals cannot be held liable for failing to maintain an environment free of harassment. Cal. Gov. Code § 12040(j); *Fiol v. Doellstedt*, 50 Cal. 4th 1318, 1327, 1331.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Eleventh Cause of Action – Plaintiff has failed to plead facts to establish that any of the Defendants engaged in unlawful threats of violence in violation of California Civil Code section 51.7. Cal. Civ. Code 51.7. Thus, Plaintiff's Eleventh Cause of Action is dismissed without leave to amend as to all Defendants.

Twelfth Cause of Action – Plaintiff has failed to plead facts to establish that any of the Defendants engaged in gender violence in violation of California Civil Code section 52.4(c). Cal. Civ. Code 52.4(c). Thus, Plaintiff's Twelfth Cause of Action is dismissed without leave to amend as to all Defendants.

Sixteenth Cause of Action – Plaintiff's negligent supervision claim is dismissed without leave to amend as to all Defendants because negligence claims arising in the workplace are completely preempted by the California Workers' Compensation Act. Cal. Lab. Code § 3600 *et seq.*; *Coit Drapery Cleaners, Inc. v. Sequoia Insurance Co.*, 14 Cal. App. 4th 1595.

Eighteenth Cause of Action – Plaintiff's invasion of privacy claim against Defendants The Bohemian Club and Campbell fails because Plaintiff has not alleged facts to support the claim and it is time-barred. Code Civ. Pro. § 335.1; *Cain v. State Farm*, 62 Cal. 3d 310, 313 (1976.); *Hill v. National Collegiate Athletic Ass'n*, 7 Cal. 4th 1, 40 (1994). Thus, Plaintiff's Eighteenth Cause of Action is dismissed without leave to amend.

Twenty-First Cause of Action – Plaintiff's breach of contract claim against Defendant Brandenburg is dismissed because individual supervisors may not be held liable for breach of an employment contract. *Egan v. Mutual of Omaha Ins. Co.*, 24 Cal. 3d 809, 824 (1979).

Twenty-Third Cause of Action – Plaintiff has failed to plead facts to establish that any of the Defendants engaged in unlawful threats in violation of California Civil Code section 52.1. Thus, Plaintiff's Twenty-Third Cause of Action is dismissed without leave to amend as to all Defendants. Cal. Civ. Code § 52.1.

IT IS SO ORDERED.

Dated: _____           _____
                                THE HONORABLE WILLIAM H. ALSUP

Firmwide:84971656.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

3.

[PROPOSED] ORDER                                CASE NO. C 07-05261 WHA