IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMI GREENWALD,

    Plaintiff,

  v.

THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99, inclusive,

    Defendants.

No. C 07-05261 WHA

**ORDER RE DEFENDANT'S DISCOVERY DISPUTE ADDRESSED IN APRIL 30, 2008, LETTER**

The Court is in receipt of defendant's letter of April 30, 2008, concerning a discovery dispute. Plaintiff shall please respond to defendant's letter by **5:00 P.M. ON MAY 5, 2008**. The Court shall then issue an order following receipt of same.

**IT IS SO ORDERED.**

Dated: May 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE