IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99, inclusive,<br><br>    Defendants.<br>                                                   / | No. C 07-05261 WHA<br><br>**ORDER RE DEFENDANT'S DISCOVERY DISPUTE ADDRESSED IN APRIL 30, 2008, LETTER** |

The Court is in receipt of defendant's letter of April 30, 2008, concerning a discovery dispute. Plaintiff shall please respond to defendant's letter by **5:00 P.M. ON MAY 5, 2008**. The Court shall then issue an order following receipt of same.

**IT IS SO ORDERED.**

Dated: May 1, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE