IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMI GREENWALD,

    Plaintiff,

  v.

THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99, inclusive,

    Defendants.

No. C 07-05261 WHA

**ORDER DENYING FURTHER ENLARGEMENT OF TIME TO TAKE PLAINTIFF'S DEPOSITION**

    As a concession to the shortness of life, litigation as well as depositions must eventually come to an end. The Court has once before enlarged the time to take plaintiff's deposition from seven hours to ten hours and counsel stated that would be enough. Now defense counsel wants even more time. The answer is no. The reasons asserted for yet more time are not persuasive and the defense should have made better use of the ten hours already allowed.

    **IT IS SO ORDERED.**

Dated: May 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE