

**MCQUAID**
**BEDFORD &**
**VAN ZANDT** LLP

221 Main Street  16th Floor
San Francisco CA 94105-1936
TEL· 415/905·0200
FAX· 415/905·0202

May 6, 2008

*By E-Filing*

The Hon. William H. Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue, Courtroom 9
San Francisco, CA 94102

      **Re:**    *Tami Greenwald v. The Bohemian Club, et al.*
              **USDC No. Dist. of CA Case No. C 07-05261 WHA**

Dear Judge Alsup:

    This is in reply to the May 5, 2008 letter of plaintiff's attorney, Daniel Berko (Document No. 44).

    I disagree that 21 of the 22 areas that I wish to question the plaintiff on have previously been covered at her deposition. I would likely not be asking for additional time if this were the case. If you believe that this issue is dispositive, we would suggest that Mr. Berko be asked to attach the portions of the deposition transcript which support his position.

    Mr. Bowen is the individual accused of most of the harassment, and his livelihood and reputation are at stake. I cannot control either the length of the Club's questioning, nor their questions.

    I did not have an opportunity to respond to the Club's April 3, 2008 letter (Document No. 31), nor did I see it before receiving it. My recollection is that it was filed the evening of April 3rd. The following morning we resumed Ms. Greenwald's deposition, and your ruling issued.

    Since our prior letter to you, Plaintiff's counsel has agreed to allow defendants to question the plaintiff concerning her detailed six-page events log. We could not question her about it previously since Mr. Berko asserted that it was protected by the attorney/client work product privilege.

The Hon. W.H. Alsup
USDC No. Dist. Of CA
May 6, 2008
Page 2

      **Re:**    *Greenwald v. The Bohemian Club, et al.*
               **USDC No. Dist. of CA Case No. C 07-05261 WHA**

Defendant Albert Bowen respectfully requests that the Court allow Defendants to depose Ms. Greenwald for an additional three hours on the record (not including any follow-up as stated by plaintiff's counsel's instructions to the plaintiff not to answer questions).

Thank you for your consideration.

                                 Very truly yours,

                                 /S/ Robert L. Zaletel
                                 Robert L. Zaletel

RLZ/ip

cc (e-filing):    Burke Hansen, Esq.
                  Daniel Berko, Esq.
                  John Fish, Esq.

00066981.WPD