# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Greenwald,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>The Bohemian Club, Inc.,<br><br>　　　　Defendant(s). | No. C 07-05261 WHA MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) _4-29-08_

2. Did the case settle?　　☐ fully　　☐ partially　　☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _perhaps_

   ☐ phone discussions expected by (date) _week of 5/4/08_

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　　☒ **YES**　　☐ **NO**

Dated: _5-1-08_　　　　_/s/ Dana Curtis_
**Mediator, Dana Curtis**
Dana Curtis Mediation
116 Caledonia St.
Sausalito, CA 94965

**Certification of ADR Session**
07-05261 WHA MED