1  BURKE HANSEN, Bar No. 236030
   THE LAW OFFICES OF BURKE HANSEN
2  819 Eddy Street
   San Francisco, CA  94109
3  Telephone:     415.771.6174
   Fax:           415.474.3748
4

5  DAN BERKO
   THE LAW OFFICES OF DANIEL BERKO
   819 Eddy St.
6  San Francisco, CA 94109

7  Attorneys for Plaintiff
   TAMI GREENWALD
8

9

10
                 UNITED STATES DISTRICT COURT
11
               NORTHERN DISTRICT OF CALIFORNIA
12

    TAMI GREENWALD,                    Case No. C 07-05261 WHA
13
              Plaintiff,              **EX PARTE APPLICATION FOR**
14                                    **DISMISSAL OF CAUSES OF ACTION**
                                      **PURSUANT TO FEDERAL RULE OF**
        v.                            **CIVIL PROCEDURE 41(A)(2)**
15
    THE BOHEMIAN CLUB, INC., ALBERT
16  BOWEN, RICHARD BRANDENBURG,        Trial Date:  May 29, 2008
    DAN CAMPBELL, and DOES 1          Time:        2 pm
17  THROUGH 99, inclusive,            Courtroom:   19

18            Defendants.

19

20

21

22        **APPLICATION FOR DISMISSAL OF CAUSES OF ACTION**

23

24        TO DEFENDANTS ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL

25  AND THEIR ATTORNEYS OF RECORD, Plaintiff Tami Greenwald hereby requests, Pursuant to

26  Federal Rule of Civil Procedure 41(a)(2), the dismissal of causes of action nineteen, twenty, twenty-

27  one and twenty-two from the Third Amended Complaint, which served as the exclusive bases for

28  federal jurisdiction over what is essentially a state law case, and request that the case be remanded to

THE LAW OFFICES OF
BURKE HANSEN
819 EDDY ST
SAN FRANCISCO, CA 94109
(415) 771 6174
F 415 474 3748

REQUEST FOR DISMISSAL OF CAUSES OF ACTION                    CASE NO. C 07-05261 WHA

state court.

Dated: May 28, 2008

BURKE J. HANSEN
THE LAW OFFICES OF BURKE HANSEN
Attorney for Plaintiff
TAMI GREENWALD