UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>May 29, 2008</u>

Case No.  <u>C 07-05261 WHA</u>

Title: <u>TAMI GREENWALD</u>  v. <u>BOHEMIAN CLUB</u>

Plaintiff Attorneys: Burke Hansen

Defense Attorneys: Robert Zaletel; John Fish

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Kathy Powell</u>

**PROCEEDINGS**

1)   <u>Motions to Dismiss - HELD                              </u>

2)   <u>                                                                         </u>


Continued to _ for Further Case Management Conference

Continued to __for Pretrial Conference

Continued to __for Bench Trial

**ORDERED AFTER HEARING:**

Plaintiff filed an ex parte request to dismiss the Federal Claims to allow the case to be remanded today. Defendants oppose the request and want the Court to rule on the pending motions to dismiss. Court will not grant the request to dismiss the claims and advised plaintiff to file a formal motion to remand.