Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
Rzaletel@mbvz.com

Attorneys for Defendant
ALBERT BOWEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD, | Case No. C 07-05261 WHA |
| Plaintiff, | [PROPOSED] **JUDGMENT FOR ALBERT BOWEN** |
| v. | |
| THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, AND DOES 1 through 99, inclusive, | **Honorable William H. Alsup** |
| Defendants. | |

By Order dated June 4, 2008 (Document No. 56), the Court granted the motion of Defendant Albert Bowen to dismiss the Second, Fourth, Fifth, Seventh, Eleventh, Twelfth, Sixteenth, Seventeenth, Eighteenth, and Twenty-Third Causes of Action of Plaintiff's Third Amended Complaint with prejudice, and Plaintiff having voluntarily dismissed the Twenty-First Cause of Action, all Causes of Action directed against Defendant Albert Bowen have been dismissed.

The Court hereby enters judgment in favor of Defendant Albert Bowen and against Plaintiff Tami Greenwald.

1

1    **IT IS ORDERED, ADJUDGED AND DECREED**, that Plaintiff Tami Greenwald shall
2    take nothing from Defendant Albert Bowen, and Albert Bowen shall recover from Plaintiff his costs
3    of suit.

4    Dated: ____June 5____, 2008



  _____
  William H. Alsup
  UNITED STATES DISTRICT COURT JUDGE

00068804.WPD

[PROPOSED] JUDGMENT FOR ALBERT BOWEN                    Case No. C 07-05261 WHA