Robert L. Zaletel, Esq. (SB# 096262)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile:  415/905-0202
Rzaletel@mbvz.com

Attorneys for Defendant
ALBERT BOWEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD, | Case No. C 07-05261 WHA |
| Plaintiff, | **NOTICE OF ENTRY OF JUDGMENT FOR ALBERT BOWEN** |
| v. | |
| THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, AND DOES 1 through 99, inclusive, | **Honorable William H. Alsup** |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that on June 5, 2008, judgment was entered in favor of Albert Bowen and against Plaintiff Tami Greenwald, a copy which is attached hereto as Exhibit A.

Dated: June 5, 2008

Respectfully submitted,

McQUAID BEDFORD & VAN ZANDT LLP

By:  /s/ Robert L. Zaletel
      Robert L. Zaletel
      Attorneys for Defendant Albert Bowen

00068940.WPD

---

NOTICE OF ENTRY OF JUDGMENT        Case No. C 07-05261 WHA

```
 1  Robert L. Zaletel, Esq. (SB# 096262)
    McQUAID BEDFORD & VAN ZANDT LLP
 2  221 Main Street, 16th Floor
    San Francisco, CA 94105
 3  Telephone: 415/905-0200
    Facsimile:  415/905-0202
 4  Rzaletel@mbvz.com

 5  Attorneys for Defendant
    ALBERT BOWEN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD, | Case No. C 07-05261 WHA |
| Plaintiff, | [PROPOSED] JUDGMENT FOR ALBERT BOWEN |
| v. | |
| THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, AND DOES 1 through 99, inclusive, | Honorable William H. Alsup |
| Defendants. | |

By Order dated June 4, 2008 (Document No. 56), the Court granted the motion of Defendant Albert Bowen to dismiss the Second, Fourth, Fifth, Seventh, Eleventh, Twelfth, Sixteenth, Seventeenth, Eighteenth, and Twenty-Third Causes of Action of Plaintiff's Third Amended Complaint with prejudice, and Plaintiff having voluntarily dismissed the Twenty-First Cause of Action, all Causes of Action directed against Defendant Albert Bowen have been dismissed.

The Court hereby enters judgment in favor of Defendant Albert Bowen and against Plaintiff Tami Greenwald.

**EXHIBIT A**

1

[PROPOSED] JUDGMENT FOR ALBERT BOWEN                    Case No. C 07-05261 WHA

**IT IS ORDERED, ADJUDGED AND DECREED**, that Plaintiff Tami Greenwald shall take nothing from Defendant Albert Bowen, and Albert Bowen shall recover from Plaintiff his costs of suit.

Dated: __June 5__, 2008

IT IS SO ORDERED
Judge William Alsup

_____
William H. Alsup
UNITED STATES DISTRICT COURT JUDGE

00068804.WPD

# CERTIFICATE OF SERVICE

The undersigned hereby declares:

I am employed in the City and County of San Francisco, California, I am over the age of eighteen years and not a party to the within action; my business address is 221 Main Street, 16th Floor, San Francisco, California, 94105.

On June 5, 2008, I served the following document(s):

- **NOTICE OF ENTRY OF JUDGMENT FOR ALBERT BOWEN**

on the interested parties listed below by placing a true and correct copy thereof in a sealed envelope(s) for service by U.S. mail, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee(s) on the date shown herein following ordinary business practices.

| ADDRESSEE | PARTY |
|---|---|
| Burke J. Hanson, Esq.<br>The Law Office Burke Hanson .<br>819 Eddy Street<br>San Francisco, CA 94109 | Claimant |
| Daniel Berko, Esq.<br>THE LAW OFFICES OF DANIEL BERKO<br>819 Eddy Street<br>San Francisco, CA 94109 | Claimant |
| William F. Terhyeden, Esq.<br>John C. Fish, Jr., Esq.<br>Joshua J. Cliffe, Esq.<br>Littler Mendelson<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693 | Defendants |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 5, 2008 in San Francisco, California.

_____
Ilze Palms