1   WILLIAM F. TERHEYDEN, Bar No. 43940
    JOHN C. FISH, Jr., Bar No. 160620
2   JOSHUA J. CLIFFE, Bar No. 215390
    LITTLER MENDELSON
3   A Professional Corporation
    650 California Street, 20th Floor
4   San Francisco, CA 94108.2693
    Telephone:    415.433.1940
5   Fax No.:      415.399.8490

6   Attorneys for Defendants
    THE BOHEMIAN CLUB, RICHARD
7   BRANDENBURG AND DAN CAMPBELL

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11  TAMI GREENWALD,                    Case No. C 07-05261 WHA

12              Plaintiff,             **[PROPOSED] JUDGMENT FOR
                                       DEFENDANT RICHARD BRANDENBURG**
13      v.
                                       **Honorable William H. Alsup**
14  THE BOHEMIAN CLUB, INC., ALBERT
    BOWEN, RICHARD BRANDENBURG,
15  DAN CAMPBELL, and DOES 1
    THROUGH 99, inclusive,
16
                Defendants.
17

18

19          By Order of the Court dated June 4, 2008 granting the motion of Defendant Richard

20  Brandenburg to dismiss with prejudice the Second, Fourth, Fifth, Seventh, Eleventh, Sixteenth and

21  Twenty-Third Causes of Action of Plaintiff's Third Amended Complaint, and Plaintiff having

22  voluntarily dismissed the Twenty-First Cause of Action, all Causes of Action directed against

23  Defendant Richard Brandenburg have been dismissed.

24          The Court hereby enters judgment in favor of Defendant Richard Brandenburg and

25  against Plaintiff Tami Greenwald.

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1        **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Tami Greenwald

2   shall take nothing from Defendant Richard Brandenburg and that Defendant Richard Brandenburg

3   shall recover from Plaintiff his costs of suit.

4

5

6   Dated: _____, 2008

7                         **WILLIAM H. ALSUP**
                              **UNITED STATES DISTRICT COURT JUDGE**

8

9   Firmwide:85439577.1 011124.1042

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108-2693
415 433 1940

2.