WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax No.:      415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>　　　　　Defendants. | Case No.  C 07-05261 WHA<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANT DAN CAMPBELL**<br><br>**Honorable William H. Alsup** |

　　　　By Order of the Court dated June 4, 2008 granting the motion of Defendant Dan Campbell to dismiss with prejudice the Fourth, Fifth, Eleventh and Eighteenth Causes of Action of Plaintiff's Third Amended Complaint, all Causes of Action directed against Defendant Dan Campbell have been dismissed.

　　　　The Court hereby enters judgment in favor of Defendant Dan Campbell and against Plaintiff Tami Greenwald.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL　　　　　　　　　　　　　　　　　　　　　　　CASE NO. C 07-05261 WHA

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Tami Greenwald shall take nothing from Defendant Dan Campbell and that Defendant Dan Campbell shall recover from Plaintiff his costs of suit.

Dated: _____, 2008

_____
**WILLIAM H. ALSUP**
**UNITED STATES DISTRICT COURT JUDGE**

Firmwide:85448486.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL          CASE NO. C 07-05261 WHA