WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:   415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>            Plaintiff,<br><br>    v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>            Defendants. | Case No.  C 07-05261 WHA<br><br>[PROPOSED] JUDGMENT FOR DEFENDANT RICHARD BRANDENBURG<br><br>**Honorable William H. Alsup** |

By Order of the Court dated June 4, 2008 granting the motion of Defendant Richard Brandenburg to dismiss with prejudice the Second, Fourth, Fifth, Seventh, Eleventh, Sixteenth and Twenty-Third Causes of Action of Plaintiff's Third Amended Complaint, and Plaintiff having voluntarily dismissed the Twenty-First Cause of Action, all Causes of Action directed against Defendant Richard Brandenburg have been dismissed.

The Court hereby enters judgment in favor of Defendant Richard Brandenburg and against Plaintiff Tami Greenwald.

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Tami Greenwald shall take nothing from Defendant Richard Brandenburg and that Defendant Richard Brandenburg shall recover from Plaintiff his costs of suit.

Dated: June 5, 2008

IT IS SO ORDERED
Judge William Alsup

WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Firmwide:85439577.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

[PROPOSED] JUDGMENT FOR DEF RICHARD BRANDENBURG        CASE NO. C 07-05261 WHA