1 WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
2 JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
3 A Professional Corporation
650 California Street, 20th Floor
4 San Francisco, CA  94108.2693
Telephone:   415.433.1940
5 Fax No.:     415.399.8490

6 Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
7 BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>    Defendants. | Case No.  C 07-05261 WHA<br><br>[PROPOSED] JUDGMENT FOR DEFENDANT DAN CAMPBELL<br><br>Honorable William H. Alsup |

By Order of the Court dated June 4, 2008 granting the motion of Defendant Dan Campbell to dismiss with prejudice the Fourth, Fifth, Eleventh and Eighteenth Causes of Action of Plaintiff's Third Amended Complaint, all Causes of Action directed against Defendant Dan Campbell have been dismissed.

The Court hereby enters judgment in favor of Defendant Dan Campbell and against Plaintiff Tami Greenwald.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL    CASE NO. C 07-05261 WHA

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Tami Greenwald shall take nothing from Defendant Dan Campbell and that Defendant Dan Campbell shall recover from Plaintiff his costs of suit.

Dated: _____June 5_____, 2008

_____
**WILLIAM H. ALSUP**
**UNITED STATES DISTRICT COURT JUDGE**

*IT IS SO ORDERED*
*Judge William Alsup*

Firmwide:85448486.1 011124.1042

2.

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL                CASE NO. C 07-05261 WHA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940