WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:      415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>            Plaintiff,<br><br>     v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>            Defendants. | Case No.  C 07-05261 WHA<br><br>**NOTICE OF ENTRY OF JUDGMENT FOR DEFENDANT DAN CAMPBELL**<br><br>**Honorable William H. Alsup** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2008, judgment was entered in favor of Defendant Dan Campbell and against Plaintiff Tami Greenwald, a copy of which is attached hereto as Exhibit A.

Dated: June  6 , 2008

Respectfully submitted,

_____
JOHN C. FISH, JR.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

Firmwide:85471577.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF ENTRY OF JUDGMENT FOR DEF DAN CAMPBELL    CASE NO. C 07-05261 WHA

**EXHIBIT A**

WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>Plaintiff,<br><br>v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>Defendants. | Case No. C 07-05261 WHA<br><br>[PROPOSED] JUDGMENT FOR DEFENDANT DAN CAMPBELL<br><br>Honorable William H. Alsup |

By Order of the Court dated June 4, 2008 granting the motion of Defendant Dan Campbell to dismiss with prejudice the Fourth, Fifth, Eleventh and Eighteenth Causes of Action of Plaintiff's Third Amended Complaint, all Causes of Action directed against Defendant Dan Campbell have been dismissed.

The Court hereby enters judgment in favor of Defendant Dan Campbell and against Plaintiff Tami Greenwald.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL    CASE NO. C 07-05261 WHA

1  **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Tami Greenwald
2  shall take nothing from Defendant Dan Campbell and that Defendant Dan Campbell shall recover
3  from Plaintiff his costs of suit.

Dated: June 5, 2008

*IT IS SO ORDERED*
*Judge William Alsup*

**WILLIAM H. ALSUP**
**UNITED STATES DISTRICT COURT JUDGE**

Firmwide:85448486.1 011124.1042

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL         CASE NO. C 07-05261 WHA

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On June 6, 2008, I served the within document(s):

**NOTICE OF ENTRY OF JUDGMENT FOR DEFENDANT DAN CAMPBELL**

☐ by facsimile transmission on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3). The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

☒ by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐ by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ (By e-mail or electronic transmission) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses on the attached service list on the dates and at the times stated thereon. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. The electronic notification address of the person making the service is psloan@littler.com.

| | |
|---|---|
| Burke J. Hansen, Esq.<br>The Law Offices of Burke Hansen<br>819 Eddy Street<br>San Francisco, CA 94109<br>Fax: 415.474.3748<br>Email: burke_hansen@sbcglobal.net | Attorney for Plaintiff<br>Tami Greenwald |
| Daniel Berko, Esq.<br>The Law Offices of Daniel Berko<br>819 Eddy Street<br>San Francisco, CA 94109<br>Fax: 415.474.3748<br>Email: berkolaw@sbcglobal.net | Attorney for Plaintiff<br>Tami Greenwald |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

PROOF OF SERVICE                                         Case No. C 07-05261 WHA

| | | |
|---|---|---|
| 1 | | |
| 2 | Robert L. Zaletel, Esq. | Attorneys for Defendant |
| 3 | McQuaid Bedford & Van Zandt LLP<br>221 Main Street, 16th Floor | Albert Bowen |
| 4 | San Francisco, CA 94105<br>Fax: 415.905.0202 | |
| 5 | Email: rzaletel@mbvz.com | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 6, 2008, at San Francisco, California.

*Pamela Sloan* (signature)
Pamela Sloan

Firmwide:84745650.1 011124.1042

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

PROOF OF SERVICE                                    Case No. C 07-05261 WHA