AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| TAMI GREENWALD, | ) |
| v. | ) Case No.: C 07-05261 WHA |
| THE BOHEMIAN CLUB, et al. | ) |

### Bill of Costs

Judgment having been entered in the above entitled action  06/05/2008  against  Tami Greenwald,
                                                             Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,118.25 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 1,118.25 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑   Electronic service by e-mail as set forth below and/or.

☑   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  *Robert L. Zaletel*

Name of Attorney:  Robert L. Zaletel

For:  Albert Bowen                                                              Date:  06/12/2008
            Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court                                  Deputy Clerk                                         Date

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

RULE 6

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## ATTACHMENT TO BILL OF COSTS

*Tami Greenwald v. The Bohemian Club, et al.*
USDC No. Dist. Of CA Case No. 07-05261 WHA

| Description | Amount |
|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case: | |
| 1. Al Bowen deposition dated 4/7/08 and 4/17/08 transcript, Volumes 1, 2: | $ 726.25 |
| 2. Tami Greenwald DVD deposition taken 3/26/08: | 392.00 |
| TOTAL: | $1,118.25 |

00069424.WPD

**JAMES E. WHELCHEL, C.S.R.**
1091 Bush Street, Suite 509
San Francisco, CA 94109
(415) 673-6196

RECEIVED

April 29, 2008

McQuaid, Bedford & Zandt
Attorneys at Law
221 Main Street, 16th Floor
San Francisco, CA 94105
Attn: Robert L. Zaletel, Esq.

Re: Reporter's Records
    Albert K. Bowen (Vols. I&II-4-7, 17, 2008)
    305 pages @ $2.25 p/p    $686.25
    Condensed Records(2)    40.00

    One copy

    $726.25

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA  94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

4/14/08

| DATE | INVOICE # |
|---|---|
| 4/4/2008 | 30094 |

**BILL TO**

MCQUAID, BEDFORD & VAN ZANDT
221 Main Street, 16th Floor
San Francisco, CA  94105

Attn:  Robert L. Zaletel, Esq.

**CASE INFORMATION**

Deposition of Tami Greenwald
Greenwald v. The Bohemian Club
Taken 3/26/08

| TERMS | P.O. NO. |
|---|---|
| Due on recpt | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 4 | MPEG files on DVD-ROM - Vol. I, Files 1-4 | 95.00 | 380.00 |
|   | Shipping & Handling | 12.00 | 12.00 |

MB VZ  PAYMENT AUTHORIZATION
Client Code 21921-601
Description DVD-ROM
Approved by

Thank you for your order!

**Total**       $392.00

# CERTIFICATE OF SERVICE

The undersigned hereby declares:

I am employed in the City and County of San Francisco, California, I am over the age of eighteen years and not a party to the within action; my business address is 221 Main Street, 16th Floor, San Francisco, California, 94105.

On June 12, 2008, I served the a copy of the following document(s):

- **BILL OF COSTS**

on the interested parties listed below by placing a true and correct copy thereof in a sealed envelope(s) for service by U.S. mail, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee(s) on the date shown herein following ordinary business practices.

| ADDRESSEE | PARTY |
|---|---|
| Burke J. Hanson, Esq.<br>The Law Office Burke Hanson .<br>819 Eddy Street<br>San Francisco, CA 94109 | Claimant |
| Daniel Berko, Esq.<br>THE LAW OFFICES OF DANIEL BERKO<br>819 Eddy Street<br>San Francisco, CA 94109 | Claimant |
| William F. Terhyeden, Esq.<br>John C. Fish, Jr., Esq.<br>Joshua J. Cliffe, Esq.<br>Littler Mendelson<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693 | Defendants |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 12, 2008 in San Francisco, California.

_____
Ilze Palms