WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Fax No.:       415.399.8490

Attorneys for Defendant
THE BOHEMIAN CLUB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>Plaintiff,<br><br>v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive,<br><br>Defendants. | Case No. C 07-05261 WHA<br><br>**DEFENDANT THE BOHEMIAN CLUB'S ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Defendant The Bohemian Club (hereinafter "Defendant") answers Plaintiff Tami Greenwald's ("Plaintiff") Third Amended Complaint (hereinafter "Third Amended Complaint") in the above-captioned action, as follows:

1.      Answering paragraph 1 of the Third Amended Complaint, Defendant admits that The Bohemian Club is an all-male social club in San Francisco, California.  With respect to the rest of the allegations in paragraph 1 of the Third Amended Complaint, Defendant states that it is without knowledge or information concerning those allegations, and thus denies each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1         2.     Answering paragraph 2 of the Third Amended Complaint, Defendant admits

2 that it is a California corporation with its principal place of business in the City and County of San

3 Francisco.

4         3.     Answering paragraph 3 of the Third Amended Complaint, Defendant admits

5 that Albert Bowen was employed by The Bohemian Club as Director of Human Resources. With

6 respect to the rest of the allegations in paragraph 3 of the Third Amended Complaint, Defendant

7 denies each and every, all and several, of the allegations contained therein.

8         4.     Answering paragraph 4 of the Third Amended Complaint, Defendant admits

9 that Richard Brandenburg was employed by The Bohemian Club as Chef and is resident of the State

10 of Florida. Except as so specifically admitted, Defendant denies each and every, all and several, of

11 the remaining allegations of paragraph 4 of the Third Amended Complaint.

12         5.     Answering paragraph 5 of the Third Amended Complaint, Defendant admits

13 that Dan Campbell was employed by The Bohemian Club. With respect to the rest of the allegations

14 in paragraph 5 of the Third Amended Complaint, Defendant denies each and every, all and several,

15 of the allegations contained therein.

16         6.     Answering paragraph 6 of the Third Amended Complaint, Defendant states

17 that it is without knowledge or information concerning the allegations contained in paragraph 6 of

18 the Third Amended Complaint, and thus denies each and every, all and several, of the allegations

19 contained therein.

20         7.     Answering paragraph 7 of the Third Amended Complaint, Defendant admits

21 that Tami Greenwald was employed by The Bohemian Club as a cook. With respect to the rest of

22 the allegations in paragraph 7 of the Third Amended Complaint, Defendant denies each and every,

23 all and several, of the allegations contained therein.

24         8.     Answering paragraph 8 of the Third Amended Complaint, Defendant denies

25 each and every, all and several, of the allegations contained therein.

26         9.     Answering paragraph 9 of the Third Amended Complaint, Defendant admits

27 that Tami Greenwald lived with Albert Bowen for a period of time. With respect to the rest of the

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

1.

1    allegations in paragraph 9 of the Third Amended Complaint, Defendant denies each and every, all

2    and several, of the allegations contained therein.

3          10.    Answering paragraph 10 of the Third Amended Complaint, Defendant admits

4    Bowen told Oggero that Plaintiff was living with him temporarily.  With respect to the rest of the

5    allegations in paragraph 10 of the Third Amended Complaint, Defendant denies each and every, all

6    and several, of the allegations contained therein.

7          11.    Answering paragraph 11 of the Third Amended Complaint, Defendant denies

8    each and every, all and several, of the allegations contained therein.

9          12.    Answering paragraph 12 of the Third Amended Complaint, Defendant denies

10    each and every, all and several, of the allegations contained therein.

11          13.    Answering paragraph 13 of the Third Amended Complaint, Defendant states

12    that Albert Bowen testified that on one occasion he knocked on his bathroom door while Plaintiff

13    was taking a shower and asked for permission to enter his bathroom to retrieve his toiletries.

14    Plaintiff granted his request.  Mr. Bowen then entered, retrieved his toiletries and left quickly.

15    Plaintiff was behind an opaque shower curtain and Mr. Bowen did not look in her direction.  On a

16    subsequent occasion Plaintiff knocked on the door of the bathroom while Mr. Bowen was showering

17    and asked if she could enter to retrieve her toiletries.  With respect to the rest of the allegations in

18    paragraph 13 of the Third Amended Complaint, Defendant denies each and every, all and several, of

19    the allegations contained therein.

20          14.    Answering paragraph 14 of the Third Amended Complaint, Defendant denies

21    each and every, all and several, of the allegations contained therein.

22          15.    Answering paragraph 15 of the Third Amended Complaint, Defendant states

23    that Plaintiff volunteered to Dan Campbell that she was going to have a medical procedure done

24    involving her ovaries.  After the procedure, Mr. Campbell inquired if she was doing okay.  With

25    respect to the remaining allegations, Defendant denies each and every, all and several, of the

26    allegations contained therein.

27          16.    Answering paragraph 16 of the Third Amended Complaint, Defendant denies

28    each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108 2693
415.433.1940

**DEFENDANT THE BOHEMIAN CLUB'S ANSWER**                    **CASE NO. C 07-05261 WHA**

1    17.    Answering paragraph 17 of the Third Amended Complaint, Defendant states

2    that Plaintiff did claim that she suffered a back injury in July 2004.  Defendant denies each and

3    every, all and several, of the remaining allegations contained therein.

4    18.    Answering paragraph 18 of the Third Amended Complaint, Defendant denies

5    each and every, all and several, of the allegations contained therein.

6    19.    Answering paragraph 19 of the Third Amended Complaint, Defendant states

7    that Plaintiff complained to Dan Campbell about her co-worker, that Mr. Campbell got Mr. Bowen

8    involved immediately, and that Plaintiff's concern was resolved.  Defendant denies each and every,

9    all and several, of the remaining allegations contained in this paragraph.

10    20.    Answering paragraph 20 of the Third Amended Complaint, Defendant denies

11    each and every, all and several, of the allegations contained therein.

12    21.    Answering paragraph 21 of the Third Amended Complaint, Defendant states

13    that it distributed a memo on January 18, 2005 to all employees announcing an Education Fund but

14    Plaintiff misstates what it was available for and Defendant has no knowledge of Plaintiff ever asking

15    to participate.  Defendant denies each and every, all and several, of the remaining allegations

16    contained therein.

17    22.    Answering paragraph 22 of the Third Amended Complaint, Defendant denies

18    each and every, all and several, of the allegations contained therein.

19    23.    Answering paragraph 23 of the Third Amended Complaint, Defendant admits

20    that Plaintiff was counseled for using the wrong cutting board in violation of the Club's health

21    standards.  With respect to the rest of the allegations in paragraph 23 of the Third Amended

22    Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

23    24.    Answering paragraph 24 of the Third Amended Complaint, Defendant admits

24    that Oggero met with Plaintiff.  With respect to the rest of the allegations in paragraph 24 of the

25    Third Amended Complaint, Defendant denies each and every, all and several, of the allegations

26    contained therein.

27    25.    Answering paragraph 25 of the Third Amended Complaint, Defendant denies

28    each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108-2693
415.433.1940

3.

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                    CASE NO. C 07-05261 WHA

26.     Answering paragraph 26 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

27.     Answering paragraph 27 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

28.     Answering paragraph 28 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

29.     There is no Paragraph numbered 29 in the Third Amended Complaint.

30.     Answering paragraph 30 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

31.     Answering paragraph 31 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

32.     Answering paragraph 32 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

33.     Answering paragraph 33 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

34.     Answering paragraph 34 of the Third Amended Complaint, Defendant admits that on one occasion Chef Brandenburg became frustrated with Plaintiff's poor work performance and told her "you are a waste of a paycheck." Except as so specifically admitted, Defendant denies each and every, all and several, of the remaining allegations of paragraph 34 of the Third Amended Complaint.

35.     Answering paragraph 35 of the Third Amended Complaint, Defendant admits that  Chef Brandenburg asked Plaintiff and co-worker Bob Dominguez to change a container of water and store some seafood..  Plaintiff was not asked to do anything outside of her work restrictions.  Plus, in any event, Plaintiff testified that she accepted Mr. Dominguez's offer to do the work and that she did not do any lifting.   Except as so specifically admitted, Defendant denies each and every, all and several, of the remaining allegations of paragraph 35 of the Third Amended Complaint.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                          CASE NO. C 07-05261 WHA

36.    Answering paragraph 36 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

37.    Answering paragraph 37 of the Third Amended Complaint, Defendant admits that Brandenburg discovered filets of fish floating in water and that he disciplined Plaintiff and Mr. Dominguez for failing to complete work assigned. Defendant denies each and every, all and several, of the remaining allegations of paragraph 37 of the Third Amended Complaint.

38.    Answering paragraph 38 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

39.    Answering paragraph 39 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein. Defendant further states that contrary to Plaintiff's allegations, the nurse case manager conducted a comprehensive review and concluded that Plaintiff could not return to work at the Club in any capacity.

40.    Answering paragraph 40 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein. Plaintiff has testified that she never complained to Club management or even her Union representatives. Moreover, Plaintiff did not seek any kind of "psychological therapy" until her lawyer referred her to a therapist in the fall of 2006—more than a year after she last worked at the Club and several years after she claims the improper conduct began.

41.    Answering paragraph 41 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

42.    Answering paragraph 42 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

43.    Answering paragraph 43 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

44.    Answering paragraph 44 of the Third Amended Complaint, Defendant admits that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all and several, of the remaining allegations of paragraph 44 of the Third Amended Complaint.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415 433 1940

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                    CASE NO. C 07-05261 WHA

1          45.    Answering paragraph 45 of the Third Amended Complaint, Defendant admits

2    that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

3    and several, of the remaining allegations of paragraph 45 of the Third Amended Complaint.

4          46.    Answering paragraph 46 of the Third Amended Complaint, Defendant admits

5    that Plaintiff was granted a leave for her alleged workplace injury.  Defendant denies each and every,

6    all and several, of the remaining allegations of paragraph 46 of the Third Amended Complaint.

7          47.    Answering paragraph 47 of the Third Amended Complaint, Defendant denies

8    each and every, all and several, of the allegations contained therein.

9          48.    Answering paragraph 48 of the Third Amended Complaint, Defendant denies

10   each and every, all and several, of the allegations contained therein.

11         49.    The Third Amended Complaint does not include a paragraph number 49.

12         50.    The Third Amended Complaint does not include a paragraph number 50.

13         51.    Answering paragraph 51 of the Third Amended Complaint, Defendant admits

14   that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

15   and several, of the remaining allegations of paragraph 51 of the Third Amended Complaint.

16         52.    Answering paragraph 52 of the Third Amended Complaint, Defendant denies

17   each and every, all and several, of the allegations contained therein.

18         53.    Answering paragraph 53 of the Third Amended Complaint, Defendant denies

19   each and every, all and several, of the allegations contained therein.

20         54.    Answering paragraph 54 of the Third Amended Complaint, Defendant admits

21   that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

22   and several, of the remaining allegations of paragraph 54 of the Third Amended Complaint.

23         55.    Answering paragraph 55 of the Third Amended Complaint, Defendant denies

24   each and every, all and several, of the allegations contained therein.

25         56.    Answering paragraph 56 of the Third Amended Complaint, Defendant denies

26   each and every, all and several, of the allegations contained therein.

27         57.    Answering paragraph 57 of the Third Amended Complaint, Defendant denies

28   each and every, all and several, of the allegations contained therein.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108-2693
415.433.1940

DEFENDANT THE BOHEMIAN CLUB'S ANSWER              CASE NO. C 07-05261 WHA

1    58.    Answering paragraph 58 of the Third Amended Complaint, Defendant admits

2    that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

3    and several, of the remaining allegations of paragraph 58 of the Third Amended Complaint.

4    59.    Answering paragraph 59 of the Third Amended Complaint, Defendant denies

5    each and every, all and several, of the allegations contained therein.

6    60.    Answering paragraph 60 of the Third Amended Complaint, Defendant denies

7    each and every, all and several, of the allegations contained therein.

8    61.    Answering paragraph 61 of the Third Amended Complaint, Defendant denies

9    each and every, all and several, of the allegations contained therein.

10    62.    Answering paragraph 62 of the Third Amended Complaint, Defendant denies

11    each and every, all and several, of the allegations contained therein.

12    63.    Answering paragraph 63 of the Third Amended Complaint, Defendant admits

13    that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

14    and several, of the remaining allegations of paragraph 63 of the Third Amended Complaint.

15    64.    Answering paragraph 64 of the Third Amended Complaint, Defendant denies

16    each and every, all and several, of the allegations contained therein.

17    65.    Answering paragraph 65 of the Third Amended Complaint, Defendant denies

18    each and every, all and several, of the allegations contained therein.

19    66.    Answering paragraph 66 of the Third Amended Complaint, Defendant denies

20    each and every, all and several, of the allegations contained therein.

21    67.    Answering paragraph 67 of the Third Amended Complaint, Defendant denies

22    each and every, all and several, of the allegations contained therein.

23    68.    Answering paragraph 68 of the Third Amended Complaint, Defendant admits

24    that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

25    and several, of the remaining allegations of paragraph 68 of the Third Amended Complaint.

26    69.    Answering paragraph 69 of the Third Amended Complaint, Defendant denies

27    each and every, all and several, of the allegations contained therein.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108-2693
415.433.1940

7.

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                    CASE NO. C 07-05261 WHA

1    70.    Answering paragraph 70 of the Third Amended Complaint, Defendant admits

2    that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

3    and several, of the remaining allegations of paragraph 70 of the Third Amended Complaint.

4    71.    Answering paragraph 71 of the Third Amended Complaint, Defendant denies

5    each and every, all and several, of the allegations contained therein.

6    72.    Answering paragraph 72 of the Third Amended Complaint, Defendant denies

7    each and every, all and several, of the allegations contained therein.

8    73.    Answering paragraph 73 of the Third Amended Complaint, Defendant admits

9    that it was Plaintiff's employer and was subject to the FEHA. Defendant denies each and every, all

10   and several, of the remaining allegations of paragraph 73 of the Third Amended Complaint.

11   74.    Answering paragraph 74 of the Third Amended Complaint, Defendant denies

12   each and every, all and several, of the allegations contained therein.

13   75.    Answering paragraph 75 of the Third Amended Complaint, Defendant denies

14   each and every, all and several, of the allegations contained therein.

15   76.    Answering paragraph 76 of the Third Amended Complaint, Defendant denies

16   each and every, all and several, of the allegations contained therein.

17   77.    Answering paragraph 77 of the Third Amended Complaint, Defendant denies

18   each and every, all and several, of the allegations contained therein.

19   78.    Answering paragraph 78 of the Third Amended Complaint, Defendant admits

20   that it was Plaintiff's employer. Defendant denies each and every, all and several, of the remaining

21   allegations of paragraph 78 of the Third Amended Complaint.

22   79.    The Court dismissed Plaintiff's Eleventh Cause of Action.

23   80.    The Court dismissed Plaintiff's Eleventh Cause of Action.

24   81.    The Court dismissed Plaintiff's Twelfth Cause of Action.

25   82.    The Court dismissed Plaintiff's Twelfth Cause of Action.

26   83.    Plaintiff's Third Amended Complaint does not include a paragraph

27   number 83.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108-2693
415.433.1940

8.

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                    CASE NO. C 07-05261 WHA

84. Plaintiff's Third Amended Complaint does not include a paragraph number 84.

85. Plaintiff's Third Amended Complaint does not include a paragraph number 85.

86. Plaintiff's Third Amended Complaint does not include a paragraph number 86.

87. Plaintiff's Third Amended Complaint does not include a paragraph number 87.

88. Plaintiff's Third Amended Complaint does not include a paragraph number 88.

89. Plaintiff's Third Amended Complaint does not include a paragraph number 89.

90. The Court dismissed Plaintiff's Sixteenth Cause of Action.

91. The Court dismissed Plaintiff's Sixteenth Cause of Action.

92. Plaintiff's Third Amended Complaint does not include a paragraph number 92.

93. Plaintiff's Third Amended Complaint does not include a paragraph number 93.

94. Answering paragraph 94 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

95. Plaintiff's Third Amended Complaint does not include a paragraph number 95.

96. Plaintiff's Third Amended Complaint does not include a paragraph number 96.

97. Plaintiff's Third Amended Complaint does not include a paragraph number 97.

98. Answering paragraph 98 of the Third Amended Complaint, Defendant denies each and every, all and several, of the allegations contained therein.

9.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

1    99.    Answering paragraph 99 of the Third Amended Complaint, Defendant denies

2    each and every, all and several, of the allegations contained therein.

3    100.    The Court dismissed Plaintiff's Eighteenth Cause of Action.

4    101.    The Court dismissed Plaintiff's Eighteenth Cause of Action.

5    102.    The Court dismissed Plaintiff's Eighteenth Cause of Action.

6    103.    The Court dismissed Plaintiff's Eighteenth Cause of Action.

7    104.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

8    105.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

9    106.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

10    107.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

11    108.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

12    109.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

13    110.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

14    111.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

15    112.    Plaintiff voluntarily dismissed her Nineteenth Cause of Action.

16    113.    Plaintiff voluntarily dismissed her Twentieth Cause of Action.

17    114.    Plaintiff voluntarily dismissed her Twentieth Cause of Action.

18    115.    Plaintiff voluntarily dismissed her Twentieth Cause of Action.

19    116.    Plaintiff voluntarily dismissed her Twentieth Cause of Action.

20    117.    Plaintiff voluntarily dismissed her Twenty-First Cause of Action.

21    118.    Plaintiff voluntarily dismissed her Twenty-First Cause of Action.

22    119.    Answering paragraph 119 of the Third Amended Complaint, Defendant denies

23    each and every, all and several, of the allegations contained therein.

24    120.    Answering paragraph 120 of the Third Amended Complaint, Defendant denies

25    each and every, all and several, of the allegations contained therein.

26    121.    The Court dismissed Plaintiff's Twenty-Third Cause of Action.

27    122.    The Court dismissed Plaintiff's Twenty-Third Cause of Action.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108-2693
415 433.1940

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                    CASE NO. C 07-05261 WHA

1

**AFFIRMATIVE DEFENSES**

2

  **AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant alleges

3

that neither the Third Amended Complaint, nor any cause of action set forth therein against

4

Defendant, states facts upon which relief can be granted.

5

  **AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant

6

alleges that insofar as the Third Amended Complaint is based upon alleged discriminatory or other

7

allegedly unlawful actions that occurred more than one year prior to the filing of the charge Plaintiff

8

filed with the California Department of Fair Employment & Housing, it is barred by California

9

Government Code section 12960.

10

  **AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges

11

that Plaintiff failed to exhaust her administrative remedies as required by the California Department

12

of Fair Employment & Housing because she did not serve her administrative charge on Defendant

13

within 60 days per Government Code section 12962.

14

  **AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant

15

asserts that Plaintiff's employment was covered by a collective bargaining agreement and her claims

16

are completely preempted by Section 301 of the Labor Management Relations Act ("LMRA"), 29

17

U.S.C. section 195(a), because in order to adjudicate those claims the Court must interpret the

18

meaning of the collective bargaining agreement that governed the terms of Plaintiff's employment

19

with Defendant The Bohemian Club.

20

  **AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges

21

that, assuming, *arguendo*, the actions alleged in Plaintiff's Third Amended Complaint occurred, such

22

actions were not motivated by Plaintiff's sex or disability.

23

  **AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant alleges

24

that insofar as the Third Amended Complaint is based on allegedly unlawful actions or claims not

25

specified in the charge filed by Plaintiff with the California Department of Fair Employment and

26

Housing, and Plaintiff has failed to exhaust her administrative remedies, such alleged actions cannot

27

form the basis for any claim for relief under the California Fair Employment and Housing Act.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

11.

DEFENDANT THE BOHEMIAN CLUB'S ANSWER    CASE NO. C 07-05261 WHA

1    **AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant

2  alleges that Plaintiff's claims of liability or damages are barred or reduced by her unreasonable

3  failure to take advantage of preventive and corrective opportunities and other internal remedies

4  provided by Defendant The Bohemian Club, including but not limited to the Club's anti-

5  harassment/discrimination policies and the collective bargaining agreement, and to otherwise avoid

6  harm.

7    **AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant

8  alleges that Plaintiff engaged in wrongdoing during and after her employment with The Bohemian

9  Club, and that the after-acquired evidence of this wrongdoing bars Plaintiff's claims of liability or

10  damages or reduces such claims to the fullest extent allowed by law.

11    **AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant alleges

12  that Plaintiff was treated fairly and in good faith, and that all actions taken with regard to Plaintiff

13  were for lawful business reasons or were otherwise justified, privileged or done in good faith.

14    **AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant alleges

15  that Plaintiff's claims are barred by the doctrine of unclean hands.

16    **AS A ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant

17  alleges that Plaintiff is estopped by her voluntary conduct from bringing this lawsuit.

18    **AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant

19  alleges that Plaintiff's claims are barred, in whole or in part, by the exclusive remedy provisions of

20  the California Workers' Compensation Act, California Labor Code sections 3600 *et seq.*

21    **AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant

22  alleges that, to the extent that Plaintiff has suffered mental or emotional distress, such distress was

23  caused, in whole or in part, by a preexisting condition unrelated to Plaintiff's interactions with

24  Defendant.

25    **AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,**

26  Defendant alleges that Plaintiff's claims are barred by waiver and/or laches.

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

12.

1    **AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant

2    alleges that Plaintiff has failed to state a claim for which general or specific, special, punitive or

3    exemplary damages may be granted.

4    **AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE** Defendant

5    alleges that Plaintiff has not suffered any damages as a result of any actions taken by Defendant.

6    **AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Plaintiff

7    has failed to state a claim for which attorneys' fees and costs may be granted.

8    **AS AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**,

9    Defendant alleges that the injuries and damages alleged in the Third Amended Complaint were

10   caused by and/or were contributed to by Plaintiff's own acts or failures to act, and that Plaintiff's

11   recovery, if any, should be reduced by an amount proportionate to the amount by which said acts

12   caused or contributed to said alleged injuries or damages.

13   **AS A NINETEENTH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant

14   alleges that the damages alleged in the Third Amended Complaint were proximately caused by or

15   contributed to by the acts, or failures to act, of persons or entities other than Defendant, and that

16   these acts or failures to act constitute an intervening and superseding cause of the damages and

17   injuries alleged in the Third Amended Complaint.

18   **AS A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE**, Defendant

19   alleges that, even assuming, *arguendo*, Plaintiff suffered any damages, such damages were

20   proximately caused by factors unrelated to her interactions with Defendant.

21   **AS A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE**,

22   Defendant alleges that at no time did it act maliciously, oppressively, fraudulently, wantonly, with

23   any bad faith or in reckless disregard of Plaintiff's rights, or authorize, consent to or ratify any

24   knowing malicious, oppressive or fraudulent conduct of any individual toward Plaintiff.

25   **AS A TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE**,

26   Defendant alleges that Plaintiff's claim for punitive damages is barred, in whole or in part, by the

27   United States and California Constitutions.

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
ian Francisco, CA 94108-2693
415.433.1940

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                    CASE NO. C 07-05261 WHA

**AS A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant alleges that any award to Plaintiff must be offset by all sums heretofore received by Plaintiff from any source, including but not limited to, unemployment insurance, private insurance, state disability insurance, Social Security disability payments, workers' compensation payments, and any sums earned by Plaintiff in other employment.

**AS A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE,** Defendant alleges that Plaintiff failed to take reasonable steps to mitigate her alleged damages.

WHEREFORE Defendant prays as follows:

1.    That Plaintiff take nothing by her Third Amended Complaint;

2.    That judgment be entered in favor of Defendant and against Plaintiff on all causes of action;

3.    That Defendant be awarded its attorneys' fees according to proof;

4.    That Defendant be awarded its costs of suit; and

5.    That Defendant be awarded such other and further relief as the Court may deem appropriate.

Dated: June 13, 2008

_____
JOSHUA J. CLIFFE
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE BOHEMIAN CLUB

Firmwide:85498512.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT THE BOHEMIAN CLUB'S ANSWER                    CASE NO. C 07-05261 WHA