WILLIAM F. TERHEYDEN, Bar No. 43940
JOHN C. FISH, Jr., Bar No. 160620
JOSHUA J. CLIFFE, Bar No. 215390
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendants
THE BOHEMIAN CLUB, RICHARD
BRANDENBURG AND DAN CAMPBELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAMI GREENWALD, | Case No. C 07-05261 WHA |
|---|---|
| Plaintiff, | **DECLARATION OF JOHN C. FISH, JR. IN SUPPORT OF DEFENDANTS RICHARD BRANDENBURG'S AND DAN CAMPBELL'S BILL OF COSTS** |
| v. | |
| THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 THROUGH 99, inclusive, | |
| Defendants. | |

I, John Fish, hereby declare and state:

1. I am a Shareholder with the law firm of Littler Mendelson, a Professional Corporation, and counsel of record for The Bohemian Club, Inc., Richard Brandenburg and Dan Campbell in the above-captioned matter.

2. I make this declaration in support of Richard Brandenburg and Dan Campbell's ("Brandenburg and Campbell") bill of costs. I have personal knowledge of the facts set forth herein and, if called upon to do so, could and would testify competently thereto.

3. On June 4, 2008, the Court issued an Order granting in part and denying in part Defendants' motion to dismiss. The Court's Order dismissed several claims against the Bohemian Club and dismissed all of the claims against individual Defendants Brandenburg and

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEC. OF JOHN FISH ISO DEFS BRANDENBURG AND CAMPBELL'S BILL OF COSTS   CASE NO. C 07-05261 WHA

Campbell. Judgments dismissing Brandenburg and Campbell and awarding them their costs were entered on June 6, 2008. The Judgments are attached as Exhibit A. The Notices of Judgment were filed and served on June 6, 2008. Because Defendants Brandenburg and Campbell are the prevailing parties as to this litigation, they are entitled to recover costs under Rule 54(d) of the Federal Rules of Civil Procedure.

4. The costs claimed by Defendants Brandenberg and Campbell in the Bill of Costs filed herewith are correctly stated, were necessarily incurred in defending against the claims brought by Plaintiff Tami Greenwald (hereinafter "Plaintiff"), and, to my knowledge, are allowable by law.

5. Attached hereto as Exhibit B is a spreadsheet setting forth the amounts incurred by Defendants in conjunction with each type of recoverable cost. The supporting documentation for each of the costs incurred is attached hereto as Exhibits B – D. The amounts below represent two-thirds of the total costs incurred by Defendants because two of the three Defendants represented by our firm were dismissed.

6. Defendants Brandenburg and Campbell's two-thirds portion of the amount paid to court reporters to obtain transcripts of three days of depositions taken by Defendants in this case and two days of depositions taken by Plaintiff in this case is $3633.82. Documentation which details and supports these costs is attached collectively hereto as Exhibit C.

7. Defendants Brandenburg and Campbell's two-thirds portion of the amount paid to obtain videotapes of three days of depositions taken in this case is $3174.65. Documentation which details and supports these costs is attached collectively hereto as Exhibit D.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing declaration is true and correct.

Executed this 13th day of June at San Francisco, California.

_____
JOHN C. FISH, JR.

Firmwide:85555558.1 011124.1042

2.

DEC. OF JOHN FISH ISO DEFS BRANDENBURG AND CAMPBELL'S BILL OF COSTS    CASE NO. C 07-05261 WHA

# EXHIBIT A

1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:   415.433.1940
5  Fax No.:     415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 TAMI GREENWALD,                     Case No.  C 07-05261 WHA

12         Plaintiff,                  [PROPOSED] JUDGMENT FOR
                                       DEFENDANT RICHARD BRANDENBURG
13    v.
                                       Honorable William H. Alsup
14 THE BOHEMIAN CLUB, INC., ALBERT
   BOWEN, RICHARD BRANDENBURG,
15 DAN CAMPBELL, and DOES 1
   THROUGH 99, inclusive,
16
           Defendants.
17

18

19         By Order of the Court dated June 4, 2008 granting the motion of Defendant Richard

20 Brandenburg to dismiss with prejudice the Second, Fourth, Fifth, Seventh, Eleventh, Sixteenth and

21 Twenty-Third Causes of Action of Plaintiff's Third Amended Complaint, and Plaintiff having

22 voluntarily dismissed the Twenty-First Cause of Action, all Causes of Action directed against

23 Defendant Richard Brandenburg have been dismissed.

24         The Court hereby enters judgment in favor of Defendant Richard Brandenburg and

25 against Plaintiff Tami Greenwald.

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

[PROPOSED] JUDGMENT FOR DEF RICHARD BRANDENBURG           CASE NO. C 07-05261 WHA

1  **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Tami Greenwald
2  shall take nothing from Defendant Richard Brandenburg and that Defendant Richard Brandenburg
3  shall recover from Plaintiff his costs of suit.

6  Dated: June 5, 2008

   *[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge William Alsup]*

   _____
   **WILLIAM H. ALSUP**
   **UNITED STATES DISTRICT COURT JUDGE**

9  Firmwide:85439577.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

[PROPOSED] JUDGMENT FOR DEF RICHARD BRANDENBURG    CASE NO. C 07-05261 WHA

1  WILLIAM F. TERHEYDEN, Bar No. 43940
   JOHN C. FISH, Jr., Bar No. 160620
2  JOSHUA J. CLIFFE, Bar No. 215390
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA 94108.2693
   Telephone:   415.433.1940
5  Fax No.:     415.399.8490

6  Attorneys for Defendants
   THE BOHEMIAN CLUB, RICHARD
7  BRANDENBURG AND DAN CAMPBELL

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11 TAMI GREENWALD,                         Case No. C 07-05261 WHA

12              Plaintiff,                 [PROPOSED] JUDGMENT FOR
                                           DEFENDANT DAN CAMPBELL
13       v.
                                           Honorable William H. Alsup
14 THE BOHEMIAN CLUB, INC., ALBERT
   BOWEN, RICHARD BRANDENBURG,
15 DAN CAMPBELL, and DOES 1
   THROUGH 99, inclusive,
16
                Defendants.
17

18

19

20       By Order of the Court dated June 4, 2008 granting the motion of Defendant Dan

21 Campbell to dismiss with prejudice the Fourth, Fifth, Eleventh and Eighteenth Causes of Action of

22 Plaintiff's Third Amended Complaint, all Causes of Action directed against Defendant Dan

23 Campbell have been dismissed.

24       The Court hereby enters judgment in favor of Defendant Dan Campbell and against

25 Plaintiff Tami Greenwald.

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL                    CASE NO. C 07-05261 WHA

1  **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Tami Greenwald
2  shall take nothing from Defendant Dan Campbell and that Defendant Dan Campbell shall recover
3  from Plaintiff his costs of suit.

6  Dated: ___June 5_____, 2008

   _____
   **WILLIAM H. ALSUP**
   **UNITED STATES DISTRICT COURT JUDGE**

9  Firmwide:85448486.1 011124.1042

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

[PROPOSED] JUDGMENT FOR DEF DAN CAMPBELL      CASE NO. C 07-05261 WHA

# EXHIBIT B

| Deposition Costs | Name of Deponent | Date | Transcription | Transcription Costs Sought | Video | Video Costs Sought |
|---|---|---|---|---|---|---|
| | Albert Bowen Vol 1 and 2 | 4/7/08 and 4/17/08 | $726.25 | $484.16 | | $0.00 |
| | John Clesse | 5/5/2008 | $1,397.00 | $931.50 | $1,483.00 | $988.66 |
| | Tami Greenwald Vol 1 | 3/26/2008 | $1,845.00 | $1,230.00 | $1,016.00 | $677.33 |
| | Tami Greenwald Vol 2 | 4/4/2008 | $1,482.25 | $988.16 | $2,263.00 | $1,508.66 |
| | | TOTAL | | $3,633.82 | | $3,174.65 |

# EXHIBIT C

# JAMES E. WHELCHEL, C.S.R.
1091 Bush Street, Suite 509
San Francisco, CA 94109
(415) 673-6196

April 29, 2008

Littler Mendelson
Attorneys at Law
650 California Street, 20th Floor
San Francisco, CA 94108
Attn: John C. Fish, Jr., Esq.

Re: Reporter's Records
    Albert K. Bowen (Vols. I&II-4-7, 17, 2008)

| | |
|---|---|
| 305 pages @ $2.25 p/p | $686.25 |
| Condensed Records/Disks(1) | 40.00 |
| One copy | |
| | $726.25 |



**SMITH REPORTING SERVICE**
1739 Forty-Third Avenue
San Francisco, California 94122
Tel: (415) 242-1157

# Invoice

Number: **1613**
Date: **May 22, 2008**

**Bill To:**
John C. Fish, Jr., Esquire
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

**Ship To:**
John C. Fish, Jr., Esquire
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

| Federal I.D. No. | Case Name | Case No. | Attorney | Terms |
|---|---|---|---|---|
| 94-3102769 | Greenwald/Bohemian | C07-05261WHA | Fish | 30 days |

| Date | Description | Price | Amount |
|---|---|---|---|
| 5/5//08 | DEPOSITION OF JOHN A. CLESSE | | |
| | Original & 1 copy (with realtime and rough) | 1,317.75 | 1,317.75 |
| | Condensed transcript | 25.00 | 25.00 |
| | Disposition of Original | 30.00 | 30.00 |
| | ASCII - NO CHARGE | 0.00 | |
| | Postage & handling | 25.00 | 25.00 |

Total  **$1,397.75**

# SMITH REPORTING SERVICE

1739 Forty-Third Avenue
San Francisco, California 94122
Tel: (415) 242-1157

**Invoice**
Number: 1595
Date: April 10, 2008

LITTLER MENDELSON
APR 11 2008
RECEIVED

**Bill To:**

John C. Fish, Jr., Esquire
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

**Ship To:**

John C. Fish, Jr., Esquire
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

| Federal I.D. No. | Case Name | Case No. | Attorney | Terms |
|---|---|---|---|---|
| 94-3102769 | Greenwald/Bohemian | C07-05261WHA | Fish | 30 days |

| Date | Description | Price | Amount |
|---|---|---|---|
| 3/26/08 | DEPOSITION OF TAMI GREENWALD, VOLUME I | | |
| | Original and one copy (with exhibits and realtime/rough draft) | 1,710.00 | 1,710.00 |
| | Condensed transcript | 30.00 | 30.00 |
| | Confidential excerpt | 50.00 | 50.00 |
| | Confidential excerpt condensed trpt - NO CHARGE | 0.00 | |
| | ASCII - NO CHARGE | 0.00 | |
| | Disposition of Original | 30.00 | 30.00 |
| | Postage & handling | 25.00 | 25.00 |
| | | **Total** | **$1,845.00** |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $1,845.00 | $0.00 | $0.00 | $1,445.08 | $3,290.08 |



**SMITH REPORTING SERVICE**
1739 Forty-Third Avenue
San Francisco, California 94122
Tel: (415) 242-1157

# Invoice

LITTLER MENDELSON
APR 1 8 2008
RECEIVED

Number: 1596
Date: April 17, 2008

**Bill To:**

John C. Fish, Jr., Esquire
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

**Ship To:**

John C. Fish, Jr., Esquire
Littler Mendelson
650 California Street, 20th Floor
San Francisco, CA 94108

| Federal I.D. No. | Case Name | Case No. | Attorney | Terms |
|---|---|---|---|---|
| 94-3102769 | Greenwald/Bohemian | C07-05261WHA | Fish | 30 days |

| Date | Description | Price | Amount |
|---|---|---|---|
| 4/4/08 | DEPOSITION OF TAMI GREENWALD, VOLUME II | | |
| | Original and one copy (with exhibits and realtime/rough draft) | 1,402.25 | 1,402.25 |
| | Condensed transcript | 30.00 | 30.00 |
| | ASCII - NO CHARGE | 0.00 | |
| | Disposition of Original | 30.00 | 30.00 |
| | Postage & handling | 20.00 | 20.00 |
| | | **Total** | **$1,482.25** |

*ok to pay*
*JCF*
*JCF*

*Charge 011124.1042*

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $3,327.25 | $0.00 | $0.00 | $1,445.08 | $4,772.33 |

# EXHIBIT D

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

LITTLER MENDELSON
MAY 30 2008
RECEIVED

| DATE | INVOICE # |
|---|---|
| 5/16/2008 | 30272 |

**BILL TO**
LITTLER, MENDELSON, PC
650 California Street, 20th Floor
San Francisco, CA 94108

Attn: John C. Fish, Jr., Esq.

**CASE INFORMATION**

Deposition of John Clesse
Greenwald v. The Bohemian Club

| TERMS | P.O. NO. |
|---|---|
| Net 30 | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 8 | Hours-Video production 5/5/08 | 95.00 | 760.00 |
| 3 | Original Digital videotapes (retained by DMVP) | 35.00 | 105.00 |
| 3 | MPEG files on DVD-ROM - Vol. I, Files 1-3 | 95.00 | 285.00 |
| 3 | Files synchronized with TrialDirector - Vol. I, Files 1-3 | 100.00 | 300.00 |
|   | Parking | 21.00 | 21.00 |
|   | Shipping & Handling 5/30/08 | 12.00 | 12.00 |

Thank you for your continued business!

**Total**   $1,483.00



**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/31/2008 | 30063 |

**BILL TO**
LITTLER, MENDELSON, PC
650 California Street, 20th Floor
San Francisco, CA 94108

Attn: John C. Fish, Jr., Esq.

**CASE INFORMATION**

Deposition of Tami Greenwald
Greenwald v. The Bohemian Club

| TERMS | P.O. NO. |
|---|---|
| Net 30 | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 9 | Hours-Video production 3/26/08 (Vol. I) | 95.00 | 855.00 |
| 4 | Original Digital videotapes (retained by DMVP) | 35.00 | 140.00 |
|   | Parking | 21.00 | 21.00 |

No copies ordered.

*ok to pay*
*JCF 4/7/08*
*JCF*

*Charge 011124.1042*

Thank you for your continued business!

**Total** $1,016.00

**DAN MOTTAZ VIDEO PRODUCTIONS, LLC**
182 Second Street, Suite 202
San Francisco, CA 94105
(415) 624-1300
Tax I.D. 94-3289285

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/24/2008 | 30163 |

**BILL TO**
LITTLER, MENDELSON, PC
650 California Street, 20th Floor
San Francisco, CA 94108

Attn: John C. Fish, Jr., Esq.

**CASE INFORMATION**

Deposition of Tami Greenwald
Greenwald v. The Bohemian Club

| TERMS | P.O. NO. |
|---|---|
| Net 30 | |

| HRS/QTY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 8 | Hours-Video production 4/4/08 (Vol. II) | 95.00 | 760.00 |
| 3 | Original Digital videotapes (retained by DMVP) | 35.00 | 105.00 |
| 3 | MPEG files on DVD-ROM - Vol. II, Files 1-3 | 95.00 | 285.00 |
| 3 | Files synchronized with TrialDirector - Vol. II, Files 1-3 | 100.00 | 300.00 |
| 4 | MPEG files on DVD-ROM - Vol. I, Files 1-4 | 95.00 | 380.00 |
| 4 | Files synchronized with TrialDirector - Vol. I, Files 1-4 | 100.00 | 400.00 |
|  | Parking | 21.00 | 21.00 |
|  | Shipping & Handling | 12.00 | 12.00 |

Thank you for your continued business!

**Total** $2,263.00

