1  Robert L. Zaletel, Esq. (SB# 096262)
   **McQUAID BEDFORD & VAN ZANDT LLP**
2  221 Main Street, 16th Floor
   San Francisco, CA 94105
3  Telephone: 415/905-0200
   Facsimile: 415/905-0202
4  Rzaletel@mbvz.com

5  Attorneys for Defendant
   ALBERT BOWEN

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, AND DOES 1 through 99, inclusive,<br><br>    Defendants.<br>_____/ | Case No. C 07-05261 WHA<br><br>**SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON**<br><br>**Honorable William H. Alsup** |

   Defendant ALBERT BOWEN hereby requests the Court approve the substitution Robert L. Zaletel, of COOK, ROOS, WILBUR & THOMPSON LLP, 221 Main Street, Suite 1600, San Francisco, California 94105; Telephone (415) 362-7071; Fax: (415) 362-7073; e-mail: Rzaletel@cookroos.com, as attorney of record in place and stead of Robert L. Zaletel, of McQuaid, Bedford & Van Zandt LLP.

   I consent to the above substitution.

Dated: June 12, 2008

                                By:    /s/ Albert Bowen
                                       Albert Bowen

1

# ORDER APPROVING SUBSTITUTION

Pursuant to the request of Defendant Albert Bowen, Robert L. Zaletel of Cook, Roos, Wilbur & Thompson, LLP, is hereby substituted as attorney of record for Robert L. Zaletel of McQuaid, Bedford & Van Zandt, LLP.

Dated: __June 16, 2008.__

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM ALSUP
United States District Judge

00069279.WPD



SUBSTITUTION OF ATTORNEYS & [Proposed]
ORDER THEREON                                                         Case No. C 07-05261 WHA

# CERTIFICATE OF SERVICE

The undersigned hereby declares:

I am employed in the City and County of San Francisco, California, I am over the age of eighteen years and not a party to the within action; my business address is 221 Main Street, 16th Floor, San Francisco, California, 94105.

On June 12, 2008, I served the a copy of the following document(s):

- **SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON**

on the interested parties listed below by placing a true and correct copy thereof in a sealed envelope(s) for service by U.S. mail, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee(s) on the date shown herein following ordinary business practices.

| ADDRESSEE | PARTY |
|---|---|
| Burke J. Hanson, Esq.<br>The Law Office Burke Hanson .<br>819 Eddy Street<br>San Francisco, CA 94109 | Claimant |
| Daniel Berko, Esq.<br>THE LAW OFFICES OF DANIEL BERKO<br>819 Eddy Street<br>San Francisco, CA 94109 | Claimant |
| William F. Terhyeden, Esq.<br>John C. Fish, Jr., Esq.<br>Joshua J. Cliffe, Esq.<br>Littler Mendelson<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693 | Defendants |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on June 12, 2008 in San Francisco, California.

_____
Ilze Palms

CERTIFICATE OF SERVICE                                    Case No. C-07–05261 WHA