IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI GREENWALD,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOHEMIAN CLUB, INC., ALBERT BOWEN, RICHARD BRANDENBURG, DAN CAMPBELL, and DOES 1 through 99, inclusive,<br><br>    Defendants.<br>                                                / | No. C 07-05261 WHA<br><br>**ORDER REQUESTING RESPONSE FROM DEFENDANTS** |

Defendants are requested to respond to plaintiff's motion to alter judgment by **JUNE 24, 2008, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 20, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE