**United States District Court**
For the Northern District of California

1
2
3
4
5
6             IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   TAMI GREENWALD,                              No. C 07-05261 WHA

11          Plaintiff,

12      v.                                        **ORDER REQUESTING**
                                                  **RESPONSE FROM**
13   THE BOHEMIAN CLUB, INC., ALBERT              **DEFENDANTS**
     BOWEN, RICHARD BRANDENBURG,
14   DAN CAMPBELL, and DOES 1 through
     99, inclusive,
15
16          Defendants.
                                           /
17
18          Defendants are requested to respond to plaintiff's motion to alter judgment by **JUNE 24,**

19   **2008, AT NOON**.

20
21          **IT IS SO ORDERED.**

22
23   Dated: June 20, 2008.
                                           _____
24                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
25
26
27
28