# The Law Offices of Burke Hansen

The Stadtmuller House
819 Eddy St.
San Francisco, California 94109



July 3, 2008

re: *Greenwald v. Bohemian Club, et al.*, case no. C 07-05261

Dear Judge Alsup,

With consent of all parties I write to inform you that there has been a settlement in principle of the entire case. We expect to have the settlement documents completed and signed by early next week.

Thank you for your attention to this matter.

Very truly yours,

Burke Hansen
Attorney for Plaintiff

cc:DB