1  BURKE HANSEN, Bar No. 236030
   THE LAW OFFICES OF BURKE HANSEN
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone:   415.771.6174
   Fax:         415.474.3748
4
   DAN BERKO
5  THE LAW OFFICES OF DANIEL BERKO
   819 Eddy St.
6  San Francisco, CA 94109

7  Attorneys for Plaintiff
   TAMI GREENWALD
8

9

10                    UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

13 | TAMI GREENWALD,                              | Case No. C 07-05261 WHA
   |                                              |
14 |         Plaintiff,                           | **STIPULATED DISMISSAL WITH
   |                                              | PREJUDICE OF ALL PARTIES AND ALL
15 | v.                                           | CAUSES OF ACTION PURSUANT TO
   |                                              | FEDERAL RULE OF CIVIL PROCEDURE
16 | THE BOHEMIAN CLUB, INC., ALBERT              | 41(A)(1)(A)(II)**
   | BOWEN, RICHARD BRANDENBURG,                  |
17 | DAN CAMPBELL, and DOES 1                     | Trial Date: December 1, 2008
   | THROUGH 99, inclusive,                       | Time:
18 |                                              | Courtroom:
   |         Defendants.                          |

19

20

21

22 **STIPULATED DISMISSAL WITH PREJUDICE OF ALL PARTIES AND ALL CAUSES OF**

23                                  **ACTION**

24     TO DEFENDANTS BOHEMIAN CLUB, ALBERT BOWEN, RICHARD

25 BRANDENBURG, DAN CAMPBELL AND THEIR ATTORNEYS OF RECORD, pursuant to

26 Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tami Greenwald and Defendants

27 BOHEMIAN CLUB, ALBERT BOWEN, RICHARD BRANDENBURG and DAN CAMPBELL

28

---

REQUEST FOR DISMISSAL OF CAUSES OF ACTION                CASE NO. C 07-05261 WHA

hereby stipulate to the dismissal with prejudice of all parties and all causes of action in the above-captioned case.

Dated: 7/29, 2008

JOHN FISH
LITTLER MENDELSON
Attorney for Defendants
BOHEMIAN CLUB, DAN CAMPBELL,
RICHARD BRANDENBURG

Dated: 7/29, 2008

ROBERT ZALETEL

Attorney for Defendant
ALBERT BOWEN

Dated: 7/28, 2008

BURKE J. HANSEN
THE LAW OFFICES OF BURKE HANSEN
Attorney for Plaintiff
TAMI GREENWALD